IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | C.A. No.<br><br>JURY TRIAL DEMANDED |

**POLAROID CORPORATION'S DISCLOSURE STATEMENT
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

The undersigned counsel of record for plaintiff Polaroid Corporation believe and certify that Petters Group Worldwide is Polaroid's parent corporation, and there are no publicly held corporations that own 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
jblumenfeld@mnat.com
   Attorneys for Plaintiff, Polaroid Corporation

OF COUNSEL:

Russell E. Levine, P.C.
C. Graham Gerst
Michelle W. Jordan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

December 5, 2006
548112