## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )  C.A. No. 06-738 (SLR) |
| | ) |
| HEWLETT-PACKARD COMPANY, | ) |
| | ) |
| Defendant. | ) |

## STIPULATION AND ORDER

IT IS HEREBY stipulated by the parties, subject to the approval of the Court, that the time for the defendant to answer, move, or otherwise respond to the complaint is extended until January 31, 2006.

| | |
|---|---|
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | FISH & RICHARDSON P.C. |
| | By: /s/ *William J. Marsden, Jr.* |
| By: /s/ *Jack B. Blumenfeld* | William J. Marsden, Jr. (#2247) |
| Jack B. Blumenfeld (#1014) | 919 N. Market Street, Suite 1100 |
| Julie Heaney (#3052) | Wilmington, DE 19801 |
| 1201 N. Market Street | (302) 652-5070 |
| Wilmington, Delaware 19801 | |
| (302) 658-9200 | Attorneys for Defendant |
| | Hewlett-Packard Company |
| Attorneys for Plaintiff | |
| Polaroid Corporation | |
| | |
| OF COUNSEL: | OF COUNSEL: |
| Russell E. Levine, P.C. | John Giust |
| C. Graham Gerst | FISH & RICHARDSON PC |
| Michelle W. Jordan | 12390 El Camino Real |
| KIRKLAND & ELLIS LLP | San Diego, CA 92130 |
| 200 East Randolph Drive | (858) 678-5070 |
| Chicago, IL 60601 | |
| (312) 861-2000 | |

**SO ORDERED** this _____ day of December, 2006

_____
Judge