IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>　　　　　Defendant. | C.A. No. 06-738 (SLR) |

**MOTION AND ORDER**
**FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached Certifications, counsel moves the admission *pro hac vice* of John E. Giust and Matthew C. Bernstein of Fish & Richardson P.C., 12390 El Camino Real, San Diego, California 92130, to represent Defendant Hewlett-Packard Company in this matter.

Dated: January 10, 2007　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　By:　*/s/ William J. Marsden, Jr.*
　　　　　　　　　　　　　　　　　　William J. Marsden, Jr. (#2247)
　　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1100
　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　Phone:  (302) 652-5070
　　　　　　　　　　　　　　　　　　Facsimile:  (302) 652-0607
　　　　　　　　　　　　　　　　　　Email:  marsden@fr.com
　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　Hewlett-Packard Company

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bars of California, Virginia and the District of Columbia, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this Motion.

Dated: January 8, 2007

FISH & RICHARDSON P.C.

By: /s/ John E. Giust
John E. Giust
12390 El Camino Real
San Diego, CA. 92130
Phone: (858) 678-5070
Facsimile: (858) 678-5099
Email: giust@fr.com

Attorneys for Defendant
Hewlett-Packard Company

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of California, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this Motion.

Dated: January 8, 2007    FISH & RICHARDSON P.C.

By: _____
Matthew C. Bernstein
12390 El Camino Real
San Diego, CA. 92130
Phone: (858) 678-5070
Facsimile: (858) 678-5099
Email: bernstein@fr.com

Attorneys for Defendant
Hewlett-Packard Company

10695234.doc