IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant. | C.A. No. 06-738 (SLR) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached Certifications, counsel moves the admission *pro hac vice* of Charles Sanders of Fish & Richardson P.C., to represent Defendant Hewlett-Packard Company in this matter.

Dated: January 29, 2007

FISH & RICHARDSON P.C.

By:   /s/ *William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
919 N. Market Street, Suite 1100
Wilmington, DE 19801
Phone: (302) 652-5070
Facsimile: (302) 652-0607
Email: marsden@fr.com
Attorneys for Defendant
Hewlett-Packard Company

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____

_____
United States District Judge

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Massachusetts, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☑ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this Motion.

Signed: _Charles H. Sanders_

Date: _1/26/07_

Charles H. Sanders
Fish & Richardson P.C.
225 Franklin Street
Boston, MA  02110-2804

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 30, 2007, I electronically filed with the Clerk of Court the foregoing Motion and Order for Admission Pro Hac Vice using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, the filing will also be sent via hand delivery:

| | |
|---|---|
| Jack B. Blumenfeld, Esq.<br>Julia Heaney, Esq.<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>Wilmington, DE 19899-1347 | Attorneys for Plaintiff<br>Polaroid Corporation |

  I hereby certify that on January 30, 2007, I have mailed by United States Postal Service, the document(s) to the following non-registered participants:

| | |
|---|---|
| Russell E. Levine<br>Graham C. Gerst<br>Michelle W. Jordan<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL  60601 | Attorneys for Plaintiff<br>Polaroid Corporation |

              */s/ William J. Marsden, Jr.*
              William J. Marsden, Jr. (#2247)