IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| POLAROID CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 06-738 (SLR)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Maria A. Meginnes, 200 East Randolph Drive, Chicago, Illinois 60601-6636 to represent Polaroid Corporation in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, DE 19899-1347
(302) 658-9200
jheaney@mnat.com
Attorneys for Polaroid Corporation

Dated: February 20, 2007

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 2-19-07

Maria A. Meginnes
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636
312-861-3220
mmeginnes@kirkland.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on February 20, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Marsden, Jr.
> Fish & Richardson P.C.

I also certify that copies were caused to be served on February 20, 2007 upon the following in the manner indicated:

### BY E-MAIL

John E. Giust
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA  92130
giust@fr.com

/s/ Julia Heaney
_____
Julia Heaney (#3052)