IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POLAROID CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  06-738 (SLR) |
| | ) | |
| HEWLETT-PACKARD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of **1) Polaroid's**

**Second Set of Interrogatories; 2) Polaroid's Second Request for Production of Documents**

**and Things; and 3) Polaroid's Notice of Rule 30(b)(6) Deposition** were caused to be served on

June 5, 2007 upon the counsel of record as indicated below:

**BY E-MAIL AND OVERNIGHT
DELIVERY**

Matthew Bernstein
Fish and Richardson P.C.
12390 El Camino Real
San Diego, CA  92130
bernstein@fr.com

**BY E-MAIL**

William J. Marsden, Jr.  (marsden@fr.com)
John E. Giust (giust@fr.com)
Bradley Coburn (coburn@fr.com)
Joanne Owens (owens@fr.com)
Carol Jo Cameron (cameron@fr.com)
Ben Harjo (harjo@fr.com)
Jean Manis (manis@fr.com)

2

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP


*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, Delaware  19801
(302) 658-9200
jblumenfeld@mnat.com
   Attorneys for Plaintiff, Polaroid Corporation

OF COUNSEL:

Russell E. Levine, P.C.
C. Graham Gerst
Michelle W. Jordan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

June 5, 2007

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on June 5, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Marsden, Jr.
> Fish & Richardson P.C.
> 919 North Market Street, Suite 1100

I also certify that copies were caused to be served on June 5, 2007 upon the following in the manner indicated:

> **BY E-MAIL**
>
> William J. Marsden, Jr.
> Fish & Richardson P.C.
> 919 N. Market Street, Suite 1100
> Wilmington, DE  19899-1114
>
> John E. Giust
> Matthew Bernstein
> Fish & Richardson P.C.
> 12390 El Camino Real
> San Diego, CA  92130
>
> Bradley Coburn
> Fish & Richardson P.C.
> One Congress Plaza, Suite 810
> 111 Congress Avenue
> Austin, TX 78701

> */s/ Jack B. Blumenfeld (#1014)*
> Jack B. Blumenfeld (#1014)