## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>        Defendant. | C.A. No. 06-738 (SLR) |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that the undersigned hereby withdraws the appearance of Charles H. Sanders as an attorney of record for the Defendant in this action.  Fish & Richardson will continue to represent the Defendant in this action, and Mr. Sanders' name can be deleted by the Clerk's office to receive Electronic Notification.

Dated: June 7, 2007       FISH & RICHARDSON P.C.

By:   /s/ William J. Marsden, Jr.
      William J. Marsden, Jr. (#2247)
      919 N. Market Street, Suite 1100
      Wilmington, DE  19801
      Phone:  (302) 652-5070
      Facsimile:  (302) 652-0607
      Email:  marsden@fr.com

      John E. Giust
      Matthew E. Bernstein
      12390 El Camino Real
      San Diego, CA  92130
      Telephone: 858-678-5070; Facsimile: 858-678-5099
      Email:  giust@fr.com
      Email:  bernstein@fr.com
    Attorneys for Defendant
    Hewlett-Packard Company

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2007, I electronically filed with the Clerk of Court the foregoing **Notice of Withdrawal** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone: 302-658-9200<br>Fax: 302-658-3989<br>Email: jblumenfeld@mnat.com | Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>Polaroid Corporation |
| *Via Email*<br>Russell E. Levine, P.C./C. Graham Gerst<br>Michelle W. Jordan/David W. Higer<br>Maria A. Meginnes/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone:  312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com;<br>ggerst@kirkland.com; mjordan@kirland.com;<br>dhiger@kirkland.com; mmeginnes@kirkland.com;<br>cbeasley@kirkland.com | Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>Polaroid Corporation |

*Courtesy Copy Via Overnight Mail*
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

　　　　　　　　　　　　　　　　　　　　　　　　 /s/ William J. Marsden, Jr.
　　　　　　　　　　　　　　　　　　　　　　　　William J. Marsden, Jr. (#2247)