IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POLAROID CORPORATION,

    Plaintiff and Counterclaim-Defendant,

    v.

HEWLETT-PACKARD COMPANY,

    Defendant and Counterclaim-Plaintiff.

C.A. No. 06-738 (SLR)

## NOTICE OF SERVICE

    PLEASE TAKE NOTICE that on June 21, 2007, true and correct copies of the

following documents were caused to be served on the attorneys of record, at the

following addresses and in the manner indicated:

- Hewlett-Packard Company's Response to Polaroid's First Set of Interrogatories (Nos. 1-20)

- Hewlett-Packard Company's Response to Polaroid's First Request for Production of Documents and Things

*__Via Email__*
Jack B. Blumenfeld (#1014)
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE 19899-1347
Phone:  302-658-9200
Fax:  302-658-3989
Email:  jblumenfeld@mnat.com

Attorneys for Plaintiff and
Counterclaim-Defendant
Polaroid Corporation

***Via Email***
Russell E. Levine, P.C./C. Graham Gerst
Michelle W. Jordan/David W. Higer
Maria A. Meginnes/C. Beasley
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Phone: 312-861-2000
Fax: 312-861-2200
Emails: rlevine@kirkland.com;
ggerst@kirkland.com; mjordan@kirkland.com;
dhiger@kirkland.com; mmeginnes@kirkland.com;
cbeasley@kirkland.com

***Courtesy Copy Via Overnight Mail***
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Phone: 312-861-2000
Fax: 312-861-2200

Attorneys for Plaintiff and
Counterclaim-Defendant
Polaroid Corporation

Dated:  June 22, 2007                    FISH & RICHARDSON P.C.

                                         By:    */s/ William J. Marsden, Jr.*
                                                William J. Marsden, Jr. (#2247)
                                                919 N. Market Street, Suite 1100
                                                Wilmington, DE  19801
                                                Telephone:  (302) 652-5070
                                                Facsimile:  (302) 652-0607
                                                Email:  marsden@fr.com

                                                John E. Giust
                                                Matthew C. Bernstein
                                                12390 El Camino Real
                                                San Diego, CA  92130
                                                Telephone:  (858) 678-5070
                                                Facsimile:  (858) 678-5099
                                                Emails:  giust@fr.com; bernstein@fr.com

                                                Bradley D. Coburn
                                                111 Congress Avenue, Suite 810
                                                Austin, TX  78701
                                                Telephone:  (512) 472-5070
                                                Facsimile:  (512) 320-8935
                                                Email:  coburn@fr.com

                                         Attorneys for Defendant and Counterclaim-Plaintiff
                                         Hewlett-Packard Company

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 22, 2007, I electronically filed with the Clerk of

Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic

notification of such filing(s) to the following counsel:

<u>***Via Email***</u>
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE 19899-1347
Phone:  302-658-9200
Fax:  302-658-3989
Emails:  jblumenfeld@mnat.com; jheaney@mnat.com

Attorneys for Plaintiff and
Counterclaim-Defendant
Polaroid Corporation

In addition, service will be made on the following counsel of record as indicated:

<u>***Via Email***</u>
Russell E. Levine, P.C./C. Graham Gerst
Michelle W. Jordan/David W. Higer
Maria A. Meginnes/C. Beasley
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200
Emails:  rlevine@kirkland.com; ggerst@kirkland.com;
mjordan@kirkland.com; dhiger@kirkland.com;
mmeginnes@kirkland.com; cbeasley@kirkland.com

Attorneys for Plaintiff and
Counterclaim-Defendant
Polaroid Corporation

<u>***Courtesy Copy Via Federal Express***</u>
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

80045166.doc