IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-738 (SLR) |
| ) | |
| HEWLETT-PACKARD COMPANY, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that true and correct copies of *Polaroid's Third Request for Production of Documents and Things* were caused to be served on June 22, 2007 upon the counsel of record as indicated below:

**BY E-MAIL AND OVERNIGHT DELIVERY**

Matthew Bernstein
Fish and Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
bernstein@fr.com

**BY E-MAIL**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114
marsden@fr.com

John E. Giust
Matthew Bernstein
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
giust@fr.com
mbernstein@fr.com

Bradley Coburn
Fish & Richardson P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701
coburn@fr.com

MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

*/s/ Jack B. Blumenfeld (#1014)*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, Delaware  19801
(302) 658-9200
jblumenfeld@mnat.com

OF COUNSEL:

Attorneys for Plaintiff, Polaroid Corporation

Russell E. Levine, P.C.
C. Graham Gerst
Michelle W. Jordan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

June 22, 2007

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on June 22, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Marsden, Jr.
>Fish & Richardson P.C.
>919 North Market Street, Suite 1100

I also certify that copies were caused to be served on June 22, 2007 upon the following in the manner indicated:

>**BY E-MAIL**
>
>William J. Marsden, Jr.
>Fish & Richardson P.C.
>919 N. Market Street, Suite 1100
>Wilmington, DE  19899-1114
>
>John E. Giust
>Matthew Bernstein
>Fish & Richardson P.C.
>12390 El Camino Real
>San Diego, CA  92130
>
>Bradley Coburn
>Fish & Richardson P.C.
>One Congress Plaza, Suite 810
>111 Congress Avenue
>Austin, TX 78701

>*/s/ Jack B. Blumenfeld (#1014)*
>Jack B. Blumenfeld (#1014)