IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-738 (SLR) |
| ) | |
| HEWLETT-PACKARD COMPANY, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that true and correct copies of 1) Polaroid Corporation's Response to Hewlett-Packard Co.'s Notice of Deposition of Polaroid Corporation Pursuant to Fed.R.Proc.30(b)(6) Regarding Notice Under 35 U.S.C. § 287; and 2) Polaroid Corporation's Response to Hewlett-Packard Co.'s Notice of Deposition of Polaroid Corporation Pursuant to Fed.R.Proc.30(b)(6) Regarding Identity and Location of Relevant Documents were caused to be served on June 27, 2007 upon the counsel of record as indicated below:

**BY E-MAIL AND OVERNIGHT DELIVERY**

Matthew Bernstein
Fish and Richardson P.C.
12390 El Camino Real
San Diego, CA  92130
bernstein@fr.com

**BY E-MAIL**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19899-1114
marsden@fr.com

John E. Giust
Matthew Bernstein
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA  92130
giust@fr.com
mbernstein@fr.com

                                        Bradley Coburn  
                                        Fish & Richardson P.C.  
                                        One Congress Plaza, Suite 810  
                                        111 Congress Avenue  
                                        Austin, TX 78701  
                                        coburn@fr.com  

                                MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

                                */s/ Jack B. Blumenfeld (#1014)*  
                                Jack B. Blumenfeld (#1014)  
                                Julia Heaney (#3052)  
                                1201 N. Market Street  
                                Wilmington, Delaware  19801  
                                (302) 658-9200  
                                jblumenfeld@mnat.com

OF COUNSEL:                  Attorneys for Plaintiff, Polaroid Corporation

Russell E. Levine, P.C.  
C. Graham Gerst  
Michelle W. Jordan  
KIRKLAND & ELLIS LLP  
200 East Randolph Drive  
Chicago, IL  60601  
(312) 861-2000

June 27, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 27, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Marsden, Jr.
> Fish & Richardson P.C.
> 919 North Market Street, Suite 1100

I also certify that copies were caused to be served on June 27, 2007 upon the following in the manner indicated:

### BY E-MAIL

> William J. Marsden, Jr.
> Fish & Richardson P.C.
> 919 N. Market Street, Suite 1100
> Wilmington, DE  19899-1114
>
> John E. Giust
> Matthew Bernstein
> Fish & Richardson P.C.
> 12390 El Camino Real
> San Diego, CA  92130
>
> Bradley Coburn
> Fish & Richardson P.C.
> One Congress Plaza, Suite 810
> 111 Congress Avenue
> Austin, TX 78701

> */s/ Jack B. Blumenfeld (#1014)*
> Jack B. Blumenfeld (#1014)