IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-738 (SLR) |
| | ) |
| HEWLETT-PACKARD COMPANY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that true and correct copies of Polaroid's Notice of Rule 30(b)(6) Deposition were caused to be served on June 29, 2007 upon the counsel of record as indicated below:

**BY E-MAIL AND OVERNIGHT DELIVERY**

Matthew Bernstein
Fish and Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
bernstein@fr.com

**BY E-MAIL**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19899-1114
marsden@fr.com

John E. Giust
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
giust@fr.com

Bradley Coburn
Fish & Richardson P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701
coburn@fr.com

2

        MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

        */s/ Julia Heaney (#3052)*

        Jack B. Blumenfeld (#1014)
        Julia Heaney (#3052)
        1201 N. Market Street
        Wilmington, Delaware  19801
        (302) 658-9200
        jblumenfeld@mnat.com
          *Attorneys for Plaintiff, Polaroid Corporation*

OF COUNSEL:

Russell E. Levine, P.C.
C. Graham Gerst
Michelle W. Jordan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

July 2, 2007
836571

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 2, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Marsden, Jr.
>Fish & Richardson P.C.
>919 North Market Street, Suite 1100

I also certify that copies were caused to be served on July 2, 2007 upon the following in the manner indicated:

### **BY E-MAIL**

>William J. Marsden, Jr.
>Fish & Richardson P.C.
>919 N. Market Street, Suite 1100
>Wilmington, DE  19899-1114
>
>John E. Giust
>Matthew Bernstein
>Fish & Richardson P.C.
>12390 El Camino Real
>San Diego, CA  92130
>
>Bradley Coburn
>Fish & Richardson P.C.
>One Congress Plaza, Suite 810
>111 Congress Avenue
>Austin, TX 78701

*/s/ Julia Heaney*

_____
Julia Heaney (#3052)