IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-738 (SLR) |
| ) | |
| HEWLETT-PACKARD COMPANY, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that true and correct copies of *Polaroid's Fourth Request for Production of Documents and Things* and *Polaroid's First Set of Requests for Admission* were caused to be served on July 6, 2007 upon the counsel of record as indicated below:

**BY E-MAIL and**
**OVERNIGHT DELIVERY**

Matthew Bernstein
Fish and Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
bernstein@fr.com

**BY E-MAIL**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market Street
Suite 1100
Wilmington, DE 19801
marsden@fr.com

John E. Giust
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
giust@fr.com

Bradley Coburn
Fish & Richardson P.C.
One Congress Plaza
Suite 810
111 Congress Avenue
Austin, TX 78701
coburn@fr.com

2

        MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

        */s/ Julia Heaney (#3052)*
        _____
        Jack B. Blumenfeld (#1014)
        Julia Heaney (#3052)
        1201 N. Market Street
        Wilmington, Delaware  19801
        (302) 658-9200
        jheaney@mnat.com
          *Attorneys for Plaintiff, Polaroid Corporation*

OF COUNSEL:

Russell E. Levine, P.C.
C. Graham Gerst
Michelle W. Jordan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

July 6, 2007

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 6, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Marsden, Jr.
> Fish & Richardson P.C.
> 919 North Market Street
> Suite 1100

I also certify that copies were caused to be served on July 6, 2007 upon the following in the manner indicated:

**BY E-MAIL**

> William J. Marsden, Jr.
> Fish & Richardson P.C.
> 919 N. Market Street
> Suite 1100
> Wilmington, DE  19801
>
> John E. Giust
> Matthew Bernstein
> Fish & Richardson P.C.
> 12390 El Camino Real
> San Diego, CA  92130
>
> Bradley Coburn
> Fish & Richardson P.C.
> One Congress Plaza
> Suite 810
> 111 Congress Avenue
> Austin, TX 78701

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)
jheaney@mnat.com