IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POLAROID CORPORATION,

    Plaintiff and Counterclaim-Defendant,

    v.

HEWLETT-PACKARD COMPANY,

    Defendant and Counterclaim-Plaintiff.

C.A. No. 06-738 (SLR)

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the dates specified, true and correct copies of the

following documents were caused to be served on the attorneys of record, at the following

addresses and in the manner indicated:

**July 2, 2007**

- Hewlett-Packard Company's Notice of Deposition Pursuant to Fed. R. Civ. Proc. 30(b)(6) re Patent Application and Prosecution

- Hewlett-Packard Company's Notice of Deposition Pursuant to Fed R. Civ. Proc. 30(b)(6) re 3/11/03 Letter

- Hewlett-Packard Company's Notice of Deposition and Subpoena to Petters Group Worldwide

**July 3, 2007**

- Hewlett-Packard Company's Notice of Deposition Pursuant to Fed. R. Civ. Proc. 30(b)(6) Re Errors

**July 5, 2007**

- Hewlett-Packard Company's Response to Polaroid's Second Set of Interrogatories (No. 21)

- Hewlett-Packard Company's Responses to Polaroid's Second Request for Production of Documents and Things (Nos. 47-216)

**July 6, 2007**

- Hewlett-Packard Company's Second Set of Requests for Production of Documents to Polaroid Corporation

***Via Email***

Jack B. Blumenfeld (#1014)
Julie Heaney (#3052)
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE 19899-1347
Phone:  302-658-9200
Fax:  302-658-3989
Email:  jblumenfeld@mnat.com; jheaney@mnat.com

Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation

***Via Email***

Russell E. Levine, P.C./C. Graham Gerst
Michelle W. Jordan/David W. Higer
Maria A. Meginnes/C. Beasley
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200
Emails:  rlevine@kirkland.com; ggerst@kirkland.com; mjordan@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com

Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation

***Courtesy Copy Via Overnight Mail***

Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

Dated:  July 11, 2007                   FISH & RICHARDSON P.C.

                                        By:    */s/ William J. Marsden, Jr.*
                                               William J. Marsden, Jr. (#2247)
                                               919 N. Market Street, Suite 1100
                                               Wilmington, DE  19801
                                               Telephone:  (302) 652-5070
                                               Facsimile:  (302) 652-0607
                                               Email:  marsden@fr.com

                                               John E. Giust
                                               Matthew C. Bernstein
                                               12390 El Camino Real
                                               San Diego, CA  92130
                                               Telephone:  (858) 678-5070
                                               Facsimile:  (858) 678-5099
                                               Emails:  giust@fr.com; bernstein@fr.com

                                               Bradley D. Coburn
                                               111 Congress Avenue, Suite 810
                                               Austin, TX  78701
                                               Telephone:  (512) 472-5070
                                               Facsimile:  (512) 320-8935
                                               Email:  coburn@fr.com

                                        Attorneys for Defendant and Counterclaim-Plaintiff
                                        Hewlett-Packard Company

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2007, I electronically filed with the Clerk of

Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic

notification of such filing(s) to the following counsel:

| | |
|---|---|
| ***Via Email***<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone:  302-658-9200<br>Fax:  302-658-3989<br>Emails:  jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>Polaroid Corporation |

In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| ***Via Email***<br>Russell E. Levine, P.C./C. Graham Gerst<br>Michelle W. Jordan/David W. Higer<br>Maria A. Meginnes/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone:  312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com; ggerst@kirkland.com;<br>mjordan@kirkland.com; dhiger@kirkland.com;<br>mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>Polaroid Corporation |

***Courtesy Copy Via Federal Express***
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

80046625.doc