IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEWLETT-PACKARD COMPANY, )<br>)<br>Defendant. ) | C.A. No. 06-738 (SLR) |

### NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of *Polaroid Corporation's Response to Hewlett-Packard Co.'s Notice of Deposition of Polaroid Corporation Pursuant to Fed. R. Proc. 30(b)(6) Regarding Errors* was caused to be served on July 13, 2007 upon the counsel of record as indicated below:

**BY E-MAIL and**
**OVERNIGHT DELIVERY**

Matthew Bernstein
Fish and Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
bernstein@fr.com

**BY E-MAIL**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market Street
Suite 1100
Wilmington, DE 19801
marsden@fr.com

John E. Giust
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
giust@fr.com

Bradley Coburn
Fish & Richardson P.C.
One Congress Plaza
Suite 810
111 Congress Avenue
Austin, TX 78701
coburn@fr.com

2

                         MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

                         /s/ Julia Heaney
                         Jack B. Blumenfeld (#1014)
                         Julia Heaney (#3052)
                         1201 N. Market Street
                         Wilmington, Delaware 19801
                         (302) 658-9200
                         jheaney@mnat.com
                            *Attorneys for Plaintiff, Polaroid Corporation*

OF COUNSEL:

Russell E. Levine, P.C.
C. Graham Gerst
Michelle W. Jordan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

July 16, 2007

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 16, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Marsden, Jr.
>Fish & Richardson P.C.
>919 North Market Street
>Suite 1100

I also certify that copies were caused to be served on July 16, 2007 upon the following in the manner indicated:

### BY E-MAIL

>William J. Marsden, Jr.
>Fish & Richardson P.C.
>919 N. Market Street
>Suite 1100
>Wilmington, DE  19801
>
>John E. Giust
>Matthew Bernstein
>Fish & Richardson P.C.
>12390 El Camino Real
>San Diego, CA  92130
>
>Bradley Coburn
>Fish & Richardson P.C.
>One Congress Plaza
>Suite 810
>111 Congress Avenue
>Austin, TX 78701

_____
Julia Heaney (#3052)
jheaney@mnat.com