IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-738 (SLR) |
| | ) |
| HEWLETT-PACKARD COMPANY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that true and correct copies of *Polaroid Corporation's Response to Hewlett-Packard Co.'s Notice of Deposition of Polaroid Corporation Pursuant to Fed. R. Proc. 30(b)(6) Regarding Patent Application and Prosecution* and *Polaroid Corporation's Response to Hewlett-Packard Co.'s Notice of Deposition of Polaroid Corporation Pursuant to Fed. R. Proc. 30(b)(6) Regarding 3/11/03 Letter* were caused to be served on July 16, 2007 upon the counsel of record as indicated below:

**BY E-MAIL and OVERNIGHT DELIVERY**

Matthew Bernstein
Fish and Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
bernstein@fr.com

**BY E-MAIL**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market Street
Suite 1100
Wilmington, DE 19801
marsden@fr.com

John E. Giust
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
giust@fr.com

                    Bradley Coburn
                    Fish & Richardson P.C.
                    One Congress Plaza
                    Suite 810
                    111 Congress Avenue
                    Austin, TX 78701
                    coburn@fr.com

                    MORRIS, NICHOLS, ARSHT & TUNNELL, LLP

                    */s/ Julia Heaney (#3052)*

                    Jack B. Blumenfeld (#1014)
                    Julia Heaney (#3052)
                    1201 N. Market Street
                    Wilmington, Delaware 19801
                    (302) 658-9200
                    jheaney@mnat.com
                      *Attorneys for Plaintiff, Polaroid Corporation*

OF COUNSEL:

Russell E. Levine, P.C.
C. Graham Gerst
Michelle W. Jordan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

July 17, 2007

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 17, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Marsden, Jr.
>Fish & Richardson P.C.
>919 North Market Street
>Suite 1100

I also certify that copies were caused to be served on July 17, 2007 upon the following in the manner indicated:

**BY E-MAIL**

>William J. Marsden, Jr.
>Fish & Richardson P.C.
>919 N. Market Street
>Suite 1100
>Wilmington, DE  19801

>John E. Giust
>Matthew Bernstein
>Fish & Richardson P.C.
>12390 El Camino Real
>San Diego, CA  92130

>Bradley Coburn
>Fish & Richardson P.C.
>One Congress Plaza
>Suite 810
>111 Congress Avenue
>Austin, TX 78701

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)
jheaney@mnat.com