IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-738 (SLR) |
| ) | |
| HEWLETT-PACKARD COMPANY, ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that true and correct copies of *Petters Group Worldwide's Response to Hewlett-Packard Co.'s Notice of Deposition and Subpoena to Petters Group Worldwide* were caused to be served on July 26, 2007 upon the counsel of record as indicated below:

**BY E-MAIL and
OVERNIGHT DELIVERY**

Matthew Bernstein
Fish and Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
bernstein@fr.com

**BY E-MAIL**

John E. Giust
Matthew Bernstein
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
giust@fr.com

Bradley Coburn
Fish & Richardson P.C.
One Congress Plaza
Suite 810
111 Congress Avenue
Austin, TX 78701
coburn@fr.com

Joanne Owens
owens@fr.com

Carol Jo Cameron
cameron@fr.com

Ben Harjo
harjo@fr.com

Jean Manis
manis@fr.com

                                        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                        */s/ Julia Heaney (#3052)*

                                        Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
jheaney@mnat.com
*Attorneys for Plaintiff, Polaroid Corporation*

OF COUNSEL:

Russell E. Levine, P.C.
C. Graham Gerst
Michelle W. Jordan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

July 27, 2007

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on July 27, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Marsden, Jr.
>Fish & Richardson P.C.
>919 North Market Street
>Suite 1100

I also certify that copies were caused to be served on July 27, 2007 upon the following in the manner indicated:

### BY E-MAIL

| | |
|---|---|
| William J. Marsden, Jr.<br>Fish & Richardson P.C.<br>919 N. Market Street<br>Suite 1100<br>Wilmington, DE  19801 | Joanne Owens<br>owens@fr.com<br><br>Carol Jo Cameron<br>cameron@fr.com |
| John E. Giust<br>Matthew Bernstein<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA  92130 | Ben Harjo<br>harjo@fr.com<br><br>Jean Manis<br>manis@fr.com |
| Bradley Coburn<br>Fish & Richardson P.C.<br>One Congress Plaza<br>Suite 810<br>111 Congress Avenue<br>Austin, TX 78701 | |

/s/ *Julia Heaney (#3052)*
_____
Julia Heaney (#3052)
jheaney@mnat.com