IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>   Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>   Defendant and Counterclaim-Plaintiff. | C.A. No. 06-738 (SLR) |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 31, 2007, a true and correct copy of **Hewlett-Packard Company's Third Set of Requests for Production of Documents to Polaroid Corporation** was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Julie Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone:  302-658-9200<br>Fax:  302-658-3989<br>Email:  jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |
| *Via Email*<br>Russell E. Levine, P.C./C. Graham Gerst<br>Michelle W. Jordan/David W. Higer<br>Maria A. Meginnes/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone:  312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com; ggerst@kirkland.com; mjordan@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

*Courtesy Copy Via Overnight Mail*
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

Dated:  August 1, 2007                         FISH & RICHARDSON P.C.

By:   */s/ William J. Marsden, Jr.*
       William J. Marsden, Jr. (#2247)
       919 N. Market Street, Suite 1100
       Wilmington, DE  19801
       Telephone:  (302) 652-5070
       Facsimile:   (302) 652-0607
       Email:  marsden@fr.com

       John E. Giust
       Matthew C. Bernstein
       12390 El Camino Real
       San Diego, CA  92130
       Telephone:  (858) 678-5070
       Facsimile:  (858) 678-5099
       Emails:  giust@fr.com; bernstein@fr.com

       Bradley D. Coburn
       111 Congress Avenue, Suite 810
       Austin, TX  78701
       Telephone:  (512) 472-5070
       Facsimile:  (512) 320-8935
       Email:  coburn@fr.com

Attorneys for Defendant and Counterclaim-Plaintiff
Hewlett-Packard Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 1, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone: 302-658-9200<br>Fax: 302-658-3989<br>Emails: jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| *Via Email*<br>Russell E. Levine, P.C./C. Graham Gerst<br>Michelle W. Jordan/David W. Higer<br>Maria A. Meginnes/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Phone: 312-861-2000<br>Fax: 312-861-2200<br>Emails: rlevine@kirkland.com; ggerst@kirkland.com;<br>mjordan@kirkland.com; dhiger@kirkland.com;<br>mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

*Courtesy Copy Via Federal Express*
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Phone: 312-861-2000
Fax: 312-861-2200

                                          /s/ *William J. Marsden, Jr.*
                                          William J. Marsden, Jr.

80045166.doc