IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEWLETT-PACKARD COMPANY, )<br>)<br>Defendant. ) | C.A. No. 06-738 (SLR) |

### NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of *Polaroid Corporation's Response To Hewlett-Packard Company's Second Set Of Requests For Production Of Documents To Polaroid Corporation* were caused to be served on August 6, 2007 upon the counsel of record as indicated below:

**BY E-MAIL and**
**OVERNIGHT DELIVERY**

Matthew Bernstein
Fish and Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
bernstein@fr.com

**BY E-MAIL**

William J. Marsden, Jr.
Fish & Richardson P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

John E. Giust
Matthew Bernstein
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130

Bradley Coburn
Fish & Richardson P.C.
One Congress Plaza
Suite 810
111 Congress Avenue
Austin, TX 78701

Joanne Owens (owens@fr.com)

Carol Jo Cameron (cameron@fr.com)

Ben Harjo (harjo@fr.com)

Jean Manis (manis@fr.com)

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, Delaware  19801
(302) 658-9200
jheaney@mnat.com
*Attorneys for Plaintiff  Polaroid Corporation*

OF COUNSEL:

Russell E. Levine, P.C.
C. Graham Gerst
Michelle W. Jordan
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

August 6, 2007
1155604

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on August 6, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Marsden, Jr.
> Fish & Richardson P.C.
> 919 North Market Street
> Suite 1100

I also certify that copies were caused to be served on August 6, 2007 upon the following in the manner indicated:

### BY E-MAIL

| | |
|---|---|
| Matthew Bernstein<br>Fish and Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA  92130 | Joanne Owens (owens@fr.com)<br><br>Carol Jo Cameron (cameron@fr.com)<br><br>Ben Harjo (harjo@fr.com) |
| William J. Marsden, Jr.<br>Fish & Richardson P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE  19801 | Jean Manis (manis@fr.com) |
| John E. Giust<br>Matthew Bernstein<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA  92130 | |
| Bradley Coburn<br>Fish & Richardson P.C.<br>One Congress Plaza, Suite 810<br>111 Congress Avenue<br>Austin, TX 78701 | |

*/s/ Julia Heaney*

_____
Julia Heaney (#3052)
jheaney@mnat.com