IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POLAROID CORPORATION,

    Plaintiff and Counterclaim-Defendant,

    v.

HEWLETT-PACKARD COMPANY,

    Defendant and Counterclaim-Plaintiff.

C.A. No. 06-738 (SLR)

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 6, 2007, true and correct copies of the

following documents were caused to be served on the attorneys of record, at the following

addresses and in the manner indicated:

- Hewlett-Packard Company's Responses to Polaroid's Fourth Request for Production of Documents and Things (264-430)

- Hewlett-Packard Company's Response to Polaroid Corporation's First Set of Requests for Admission

*Via Email*
Jack B. Blumenfeld (#1014)
Julie Heaney (#3052)
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE 19899-1347
Phone:  302-658-9200
Fax:  302-658-3989
Email:  jblumenfeld@mnat.com; jheaney@mnat.com

Attorneys for Plaintiff and
Counterclaim-Defendant
Polaroid Corporation

*Via Email*
Russell E. Levine, P.C./C. Graham Gerst
Michelle W. Jordan/David W. Higer
Maria A. Meginnes/C. Beasley
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200
Emails:  rlevine@kirkland.com; ggerst@kirkland.com;
mjordan@kirkland.com; dhiger@kirkland.com;
mmeginnes@kirkland.com; cbeasley@kirkland.com

Attorneys for Plaintiff and
Counterclaim-Defendant
Polaroid Corporation

*Courtesy Copy Via Overnight Mail*
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

Dated:  August 7, 2007          FISH & RICHARDSON P.C.

By:     */s/ William J. Marsden, Jr.*
        William J. Marsden, Jr. (#2247)
        919 N. Market Street, Suite 1100
        Wilmington, DE  19801
        Telephone:  (302) 652-5070
        Facsimile:   (302) 652-0607
        Email:  marsden@fr.com

        John E. Giust
        Matthew C. Bernstein
        12390 El Camino Real
        San Diego, CA  92130
        Telephone:  (858) 678-5070
        Facsimile:  (858) 678-5099
        Emails:  giust@fr.com; bernstein@fr.com

        Bradley D. Coburn
        111 Congress Avenue, Suite 810
        Austin, TX  78701
        Telephone:  (512) 472-5070
        Facsimile:  (512) 320-8935
        Email:  coburn@fr.com

        Attorneys for Defendant and Counterclaim-Plaintiff
        Hewlett-Packard Company

**CERTIFICATE OF SERVICE**

I hereby certify that on August 7, 2007, I electronically filed with the Clerk of Court

the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic

notification of such filing(s) to the following counsel:

| | |
|---|---|
| ***Via Email*** | Attorneys for Plaintiff and |
| Jack B. Blumenfeld (#1014) | Counterclaim-Defendant |
| Julia Heaney (#3052) | Polaroid Corporation |
| Morris, Nichols, Arsht & Tunnell, LLP | |
| 1201 North Market Street | |
| Wilmington, DE 19899-1347 | |
| Phone:  302-658-9200 | |
| Fax:  302-658-3989 | |
| Emails:  jblumenfeld@mnat.com; jheaney@mnat.com | |

In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| ***Via Email*** | Attorneys for Plaintiff and |
| Russell E. Levine, P.C./C. Graham Gerst | Counterclaim-Defendant |
| Michelle W. Jordan/David W. Higer | Polaroid Corporation |
| Maria A. Meginnes/C. Beasley | |
| Kirkland & Ellis LLP | |
| 200 East Randolph Drive | |
| Chicago, IL  60601 | |
| Phone:  312-861-2000 | |
| Fax:  312-861-2200 | |
| Emails:  rlevine@kirkland.com; ggerst@kirkland.com; | |
| mjordan@kirkland.com; dhiger@kirkland.com; | |
| mmeginnes@kirkland.com; cbeasley@kirkland.com | |

***Courtesy Copy Via Federal Express***
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

80047774.doc