IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant and Counterclaim-Plaintiff. | C.A. No. 06-738 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 20, 2007, true and correct copies of the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

- Notice of Deposition of Polaroid Corporation Pursuant to Fed. R. Civ. Proc 30(b)(6) Regarding Polaroid Products

- First Supplemental Notice of Deposition of Polaroid Corporation Pursuant to Fed. R. Civ. Proc. 30(b)(6) Regarding Patent Application and Prosecution

- Notice of Deposition of Polaroid Corporation Pursuant to Fed. R. Civ. Proc. 30(b)(6) Regarding Polaroid Communications with Hewlett-Packard

- Notice of Deposition of Polaroid Corporation Pursuant to Fed. R. Civ. Proc. 30(b)(6) Regarding Letters at POL 21884-85, POL 24793-94, and POL 769-70

- Notice of Deposition of Jay Thornton Pursuant to Fed. R. Civ. P. 30(b)(1) (w/Subpoena in a Civil Case)

- Notice of Deposition of Ron Reiling Pursuant to Fed. R. Civ. P. 30(b)(1) (w/Subpoena in a Civil Case)

- Notice of Deposition of Woo-Jin Song Pursuant to Fed. R. Civ. P. 30(b)(1) (w/Subpoena in a Civil Case)

- Notice of Deposition of Edward Roman Pursuant to Fed. R. Civ. P. 30(b)(1) (w/Subpoena in a Civil Case)

- Notice of Deposition of Donald Levinstone Pursuant to Fed. R. Civ. P. 30(b)(1) (w/Subpoena in a Civil Case)

- Notice of Subpoena - Lehman Brothers Inc. (w/Subpoena in a Civil Case)

| | |
|---|---|
| ***Via Email***<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone:  302-658-9200<br>Fax:  302-658-3989<br>Email:  jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |
| ***Via Email***<br>Russell E. Levine, P.C./C. Graham Gerst<br>Michelle W. Jordan/David W. Higer<br>Maria A. Meginnes/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone:  312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com; ggerst@kirkland.com; mjordan@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

***Courtesy Copy Via Overnight Mail***
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

Dated:  August 21, 2007        FISH & RICHARDSON P.C.

By:    */s/ William J. Marsden, Jr.*
      William J. Marsden, Jr. (#2247)
      919 N. Market Street, Suite 1100
      Wilmington, DE  19801
      Telephone:  (302) 652-5070
      Facsimile:   (302) 652-0607
      Email:  marsden@fr.com

      John E. Giust *(pro hac vice)*
      Matthew C. Bernstein *(pro hac vice)*
      12390 El Camino Real
      San Diego, CA  92130
      Telephone:  (858) 678-5070
      Facsimile:  (858) 678-5099
      Emails:  giust@fr.com; bernstein@fr.com

      Bradley D. Coburn *(pro hac vice)*
      111 Congress Avenue, Suite 810
      Austin, TX  78701
      Telephone:  (512) 472-5070
      Facsimile:  (512) 320-8935
      Email:  coburn@fr.com

      Attorneys for Defendant and Counterclaim-Plaintiff
      Hewlett-Packard Company

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| ***Via Email***<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone: 302-658-9200<br>Fax: 302-658-3989<br>Emails: jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| ***Via Email***<br>Russell E. Levine, P.C./C. Graham Gerst<br>Michelle W. Jordan/David W. Higer<br>Maria A. Meginnes/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone: 312-861-2000<br>Fax: 312-861-2200<br>Emails: rlevine@kirkland.com; ggerst@kirkland.com; mjordan@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

***Courtesy Copy Via Federal Express***
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone: 312-861-2000
Fax: 312-861-2200

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

10765913.doc