IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>  Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>  Defendant and Counterclaim-Plaintiff. | C.A. No. 06-738 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on August 23, 2007, a true and correct copy of **Notice of Subopoena on Houlihan, Lokey, Howard & Zukin** was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Julie Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone:  302-658-9200<br>Fax:  302-658-3989<br>Email:  jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |
| *Via Email*<br>Russell E. Levine, P.C./C. Graham Gerst<br>Michelle W. Jordan/David W. Higer<br>Maria A. Meginnes/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone:  312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com; ggerst@kirkland.com; mjordan@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

*Courtesy Copy Via Overnight Mail*
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Phone: 312-861-2000
Fax: 312-861-2200

Dated: August 30, 2007              FISH & RICHARDSON P.C.

By:   */s/ William J. Marsden, Jr.*
      William J. Marsden, Jr. (#2247)
      919 N. Market Street, Suite 1100
      Wilmington, DE 19801
      Telephone: (302) 652-5070
      Facsimile: (302) 652-0607
      Email: marsden@fr.com

      John E. Giust
      Matthew C. Bernstein
      12390 El Camino Real
      San Diego, CA 92130
      Telephone: (858) 678-5070
      Facsimile: (858) 678-5099
      Emails: giust@fr.com; bernstein@fr.com

      Bradley D. Coburn
      111 Congress Avenue, Suite 810
      Austin, TX 78701
      Telephone: (512) 472-5070
      Facsimile: (512) 320-8935
      Email: coburn@fr.com

      Attorneys for Defendant and Counterclaim-Plaintiff
      Hewlett-Packard Company

## CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| *Via Email* <br> Jack B. Blumenfeld (#1014) <br> Julia Heaney (#3052) <br> Morris, Nichols, Arsht & Tunnell, LLP <br> 1201 North Market Street <br> Wilmington, DE 19899-1347 <br> Phone: 302-658-9200 <br> Fax: 302-658-3989 <br> Emails: jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| *Via Email* <br> Russell E. Levine, P.C./C. Graham Gerst <br> Michelle W. Jordan/David W. Higer <br> Maria A. Meginnes/C. Beasley <br> Kirkland & Ellis LLP <br> 200 East Randolph Drive <br> Chicago, IL 60601 <br> Phone: 312-861-2000 <br> Fax: 312-861-2200 <br> Emails: rlevine@kirkland.com; ggerst@kirkland.com; mjordan@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

*Courtesy Copy Via Federal Express*
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Phone: 312-861-2000
Fax: 312-861-2200

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

80045166.doc