IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POLAROID CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  06-738 (SLR) |
| | ) | |
| HEWLETT-PACKARD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of 1) Polaroid Corporation's Response to Hewlett-Packard Co.'s First Supplemental Notice of Deposition of Polaroid Corporation Pursuant to Fed. R. Civ. Proc. 30(b)(6) Regarding Patent Application and Prosecution; 2) Edward Roman's Response to Hewlett-Packard Co.'s Notice of Deposition and Subpoena to Edward Roman; and 3) Polaroid's Third Notice of Rule 30(b)(6) Deposition were caused to be served on August 31, 2007 upon the counsel of record as indicated below:

**BY E-MAIL and
OVERNIGHT DELIVERY**

Matthew Bernstein
FISH AND RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
bernstein@fr.com

**BY E-MAIL**

William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19801

John E. Giust
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130

Bradley Coburn
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld (#1014)*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
jblumenfeld@mnat.com
jheaney@mnat.com

OF COUNSEL:

*Attorneys for Plaintiff, Polaroid Corporation*

Russell E. Levine, P.C.
C. Graham Gerst
Michelle W. Jordan
David W. Higer
Maria A. Meginnes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

August 31, 2007

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that on August 31, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Marsden, Jr.
> FISH & RICHARDSON P.C.
> 919 North Market Street
> Suite 1100

I also certify that copies were caused to be served on August 31, 2007 upon the following in the manner indicated:

**BY E-MAIL**

William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19801

Matthew Bernstein
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130

John E. Giust
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130

Bradley Coburn
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701

> */s/ Jack B. Blumenfeld (#1014)*
> _____
> Jack B. Blumenfeld (#1014)