IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-738 (SLR) |
| | ) |
| HEWLETT-PACKARD COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of 1) Jay Thornton's Response to Hewlett-Packard Co.'s Notice of Deposition and Subpoena to Jay Thornton; and 2) Ron Reiling's Response to Hewlett-Packard Co.'s Notice of Deposition and Subpoena to Ron Reiling were caused to be served on September 4, 2007 upon the counsel of record as indicated below:

**BY E-MAIL and OVERNIGHT DELIVERY**

Matthew Bernstein
FISH AND RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
bernstein@fr.com

**BY E-MAIL**

William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19801

John E. Giust
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130

Bradley Coburn
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Jack B. Blumenfeld (#1014)*
                                      Jack B. Blumenfeld (#1014)
                                      Julia Heaney (#3052)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19801
                                      (302) 658-9200
                                      jblumenfeld@mnat.com
                                      jheaney@mnat.com

                                      *Attorneys for Plaintiff, Polaroid Corporation*

OF COUNSEL:

Russell E. Levine, P.C.
C. Graham Gerst
Michelle W. Jordan
David W. Higer
Maria A. Meginnes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

September 4, 2007

836571

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 4, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Marsden, Jr.
>FISH & RICHARDSON P.C.
>919 North Market Street
>Suite 1100

I also certify that copies were caused to be served on September 4, 2007 upon the following in the manner indicated:

**BY E-MAIL**

William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Matthew Bernstein
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130

John E. Giust
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130

Bradley Coburn
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701

>*/s/ Jack B. Blumenfeld (#1014)*
>Jack B. Blumenfeld (#1014)