IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant and Counterclaim-Plaintiff. | C.A. No. 06-738 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the dates specified, true and correct copies of the following documents were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

**August 31, 2007**

- Hewlett-Packard Company's Responses to Polaroid's Fifth Request for Production of Documents and Thing (431-530)

- Subpoena in a Civil Case to Jullian Bullitt, c/o Kirkland & Ellis, 200 East Randolph Drive, Chicago, IL  60601

**September 7, 2007**

- Subpoena in a Civil Case to Baker Library, Harvard Business School, Soldiers Field, Boston, MA  02163

| | |
|---|---|
| ***Via Email***<br>Jack B. Blumenfeld (#1014)<br>Julie Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone:  302-658-9200<br>Fax:  302-658-3989<br>Email:  jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |
| ***Via Email***<br>Russell E. Levine, P.C./C. Graham Gerst<br>Michelle W. Jordan/David W. Higer<br>Maria A. Meginnes/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone:  312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com; ggerst@kirkland.com; mjordan@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

***Courtesy Copy Via Overnight Mail***
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

Dated:  September 7, 2007  FISH & RICHARDSON P.C.

By:  */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
919 N. Market Street, Suite 1100
Wilmington, DE  19801
Telephone:  (302) 652-5070
Facsimile:   (302) 652-0607
Email:  marsden@fr.com

John E. Giust
Matthew C. Bernstein
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099
Emails:  giust@fr.com; bernstein@fr.com

Bradley D. Coburn
111 Congress Avenue, Suite 810
Austin, TX  78701
Telephone:  (512) 472-5070
Facsimile:  (512) 320-8935
Email:  coburn@fr.com

Attorneys for Defendant and Counterclaim-Plaintiff
Hewlett-Packard Company

## CERTIFICATE OF SERVICE

I hereby certify that on September 7, 2007, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone: 302-658-9200<br>Fax: 302-658-3989<br>Emails: jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>Polaroid Corporation |

In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| *Via Email*<br>Russell E. Levine, P.C./C. Graham Gerst<br>Michelle W. Jordan/David W. Higer<br>Maria A. Meginnes/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone: 312-861-2000<br>Fax: 312-861-2200<br>Emails: rlevine@kirkland.com; ggerst@kirkland.com; mjordan@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>Polaroid Corporation |

*Courtesy Copy Via Federal Express*
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone: 312-861-2000
Fax: 312-861-2200

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

80046625.doc