IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )  C.A. No. 06-738 (SLR)<br>  )<br>HEWLETT-PACKARD COMPANY,  )<br>  )<br>       Defendant.  ) | |

**NOTICE OF SERVICE**

The undersigned hereby certifies that true and correct copies of *Polaroid Corporation's First Supplemental Response to Hewlett-Packard Co.'s First Set of Interrogatories, Polaroid's Log of Documents Withheld Under the Claim of Privilege, Polaroid's Response to Hewlett-Packard Co.'s Notice of Deposition and Subpoena to Julian Bullitt,* and *Julian Bullitt's Response to Hewlett-Packard Co.'s Notice of Deposition and Subpoena to Julian Bullitt,* were caused to be served on September 14, 2007 upon the counsel of record as indicated below:

**BY E-MAIL and OVERNIGHT DELIVERY**

Matthew Bernstein
FISH AND RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
bernstein@fr.com

**BY E-MAIL**

William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19801

John E. Giust
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130

Bradley Coburn
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*
_____
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
jheaney@mnat.com

*Attorneys for Plaintiff, Polaroid Corporation*

OF COUNSEL:

Russell E. Levine, P.C.
C. Graham Gerst
Michelle W. Jordan
David W. Higer
Maria A. Meginnes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

September 17, 2007

1235072

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 17, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Marsden, Jr.
> FISH & RICHARDSON P.C.
> 919 North Market Street
> Suite 1100

I also certify that copies were caused to be served on September 17, 2007 upon the following in the manner indicated:

### BY E-MAIL

| | |
|---|---|
| William J. Marsden, Jr.<br>FISH & RICHARDSON P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801 | Bradley Coburn<br>FISH & RICHARDSON P.C.<br>One Congress Plaza, Suite 810<br>111 Congress Avenue<br>Austin, TX 78701 |
| Matthew Bernstein<br>John E. Giust<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA 92130 | |

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)