IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEWLETT-PACKARD COMPANY, )<br>)<br>Defendant. ) | C.A. No. 06-738 (SLR)<br>JURY TRIAL DEMANDED |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of G. Courtney Holohan, 200 East Randolph Drive, Chicago, Illinois 60601-6636 to represent Polaroid Corporation in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
jheaney@mnat.com
Attorneys for Plaintiff, Polaroid Corporation

September 18, 2007
1236496

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: _____    _____
                                United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon filing of this motion.

Date: Sept 17, 2007

G. Courtney Holohan
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, Illinois 60601
Phone: 312-861-3027
Fax: 312-861-2200

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 18, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Marsden, Jr.
> Fish & Richardson P.C.
> 919 North Market Street
> Suite 1100
> Wilmington, DE  19801

I also certify that copies were caused to be served on September 18, 2007 upon the following in the manner indicated:

## BY E-MAIL

| | |
|---|---|
| William J. Marsden, Jr.<br>Fish & Richardson P.C.<br>919 N. Market Street<br>Suite 1100<br>Wilmington, DE  19801 | Bradley Coburn<br>Fish & Richardson P.C.<br>One Congress Plaza<br>Suite 810<br>111 Congress Avenue<br>Austin, TX 78701 |
| John E. Giust<br>Matthew Bernstein<br>Fish & Richardson P.C.<br>12390 El Camino Real<br>San Diego, CA  92130 | |

*/s/ Julia Heaney*
_____
Julia Heaney (#3052)
jheaney@mnat.com