IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>      Defendant. | C.A. No. 06-738 (SLR) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached Certifications, counsel moves the admission *pro hac vice* of John Bustamante of Fish & Richardson P.C., to represent Defendant Hewlett-Packard Company in this matter.

Dated: October 4, 2007        FISH & RICHARDSON P.C.

                                            By:  */s/ William J. Marsden, Jr.*
                                                  William J. Marsden, Jr. (#2247)
                                                  919 N. Market Street, Suite 1100
                                                  Wilmington, DE 19801
                                                  Phone: (302) 652-5070
                                                  Facsimile: (302) 652-0607
                                                  Email: marsden@fr.com
                                          Attorneys for Defendant
                                          Hewlett-Packard Company

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____        _____
                                                       United States District Judge

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Texas, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this Motion.

Signed: _____

Date: 10/4/07

John Bustamante
Fish & Richardson P.C.
111 Congress Avenue, Suite 810
Austin, TX 78701

## CERTIFICATE OF SERVICE

I hereby certify that on October 4, 2007, I electronically filed with the Clerk of Court the foregoing **Motion and Order for Admission Pro Hac Vice** using CM/ECF which will send electronic notification of such filing(s) to the following Delaware counsel. In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| ***Via Email***<br>Jack B. Blumenfeld (#1014)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone: 302-658-9200<br>Fax: 302-658-3989<br>Email: jblumenfeld@mnat.com | Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>Polaroid Corporation |
| ***Via Email***<br>Russell E. Levine, P.C./C. Graham Gerst<br>Michelle W. Jordan/David W. Higer<br>Maria A. Meginnes/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone: 312-861-2000<br>Fax: 312-861-2200<br>Emails: rlevine@kirkland.com;<br>ggerst@kirkland.com; mjordan@kirland.com;<br>dhiger@kirkland.com; mmeginnes@kirkland.com;<br>cbeasley@kirkland.com | Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>Polaroid Corporation |

***Courtesy Copy Via Overnight Mail***
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone: 312-861-2000
Fax: 312-861-2200

/s/ William J. Marsden, Jr.
William J. Marsden, Jr. (#2247)