IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>HEWLETT-PACKARD COMPANY, )<br>)<br>Defendant. ) | C.A. No. 06-738 (SLR) |

### NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of *Polaroid Corporation's Reply to Hewlett-Packard Co.'s Response to Polaroid's Contention Interrogatories (Nos. 1-8 and 10)* were caused to be served on October 15, 2007 upon the counsel of record as indicated below:

**BY E-MAIL and OVERNIGHT DELIVERY**

Matthew Bernstein
FISH AND RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
bernstein@fr.com

**BY E-MAIL**

William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

John E. Giust
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130

Bradley Coburn
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ Julia Heaney (#3052)*

                                              Jack B. Blumenfeld (#1014)
                                              Julia Heaney (#3052)
                                              1201 N. Market Street
                                              P.O. Box 1347
                                              Wilmington, DE  19801
                                              (302) 658-9200
                                              jheaney@mnat.com

                                              *Attorneys for Plaintiff, Polaroid Corporation*

OF COUNSEL:

Russell E. Levine, P.C.
C. Graham Gerst
Michelle W. Jordan
David W. Higer
Maria A. Meginnes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

October 17, 2007
1235072

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on October 17, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Marsden, Jr.
>FISH & RICHARDSON P.C.
>919 North Market Street
>Suite 1100

I also certify that copies were caused to be served on October 17, 2007 upon the following in the manner indicated:

### **BY E-MAIL**

| | |
|---|---|
| William J. Marsden, Jr.<br>FISH & RICHARDSON P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE  19801 | Bradley Coburn<br>FISH & RICHARDSON P.C.<br>One Congress Plaza, Suite 810<br>111 Congress Avenue<br>Austin, TX 78701 |
| Matthew Bernstein<br>John E. Giust<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA  92130 | |

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)