## Morris, Nichols, Arsht & Tunnell LLP

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

November 6, 2007

**By E-Filing**

The Honorable Sue L. Robinson
United States District Court
  for the District of Delaware
844 N. King Street
Wilmington, DE 19801

        Re:    *Polaroid Corporation v. Hewlett-Packard Company*
              C.A. No. 06-738 (SLR)

Dear Judge Robinson:

      Polaroid would like to raise the following issues at the discovery conference scheduled for 5:00 p.m. today:

      **(1)    Polaroid's request for declarations and to have portions of a deposition transcript stricken, necessitated by HP's conduct regarding Polaroid privileged documents.**

      **(2)    HP's document production, including the specific categories listed below:**

          (a)    A date certain by which HP will produce (1) unit, revenue, profit, price, and specification information for each of the accused products; (2) unit and revenue numbers for paper and ink cartridges used with the accused products; (3) a verified written response indicating where the accused products are manufactured, and how HP accounts for whether a unit is a worldwide unit, or a U.S. unit; (4) specific survey and marketing documents identified in HPPOL 162026-34 (NPD Retail Sales data), HPDE 115297-98 (Checkpoint customer research), and HPPOL 179229-87 (AP Usability Study; IZE Usability and Beta Test Studies; Boston Research Group Studies); and (5) sales forecasts for the accused products. HP agreed more than two weeks ago to produce most of these categories of documents.

          (b)    Prompt production of the following documents, which HP has refused to produce:

                (i)    Complete versions of the potentially infringing source code, or code that HP may argue is a non-infringing alternative (TACE, ACE, LACE, SOSA, Retinex).

Hon. Sue L. Robinson
November 6, 2007
Page 2

      (ii)    Product development documents for products implementing this code.

      (iii)    Product manuals, guides, and data sheets for the accused products.

Respectfully,

*[signature]*

Jack B. Blumenfeld (#1014)

JBB/cbh
cc: Clerk of Court (By Hand)
    William J. Marsden, Jr., Esq. (By Hand)
    Matthew C. Bernstein, Esq. (By E-Mail)
    Russell C. Levine, Esq. (By E-Mail)

1305815