# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

November 6, 2007

The Honorable Sue L. Robinson
United States District Court
 For the District of Delaware
844 King Street
Wilmington, DE  19801

Re:   Hewlett Packard v. Polaroid Corporation
      USDC-D. Del. - C.A. No. 06-738 (SLR)

Dear Judge Robinson:

HP would like to raise the following issues at the discovery conference scheduled for 5:00 pm today:

(1)   Polaroid's production of thousands of irrelevant and nonresponsive documents in its over 7 million page production.

(2)   Polaroid's interrogatory responses, specifically:

  (a)   Polaroid's failure to answer HP interrogatory no. 16, and its failure to identify or produce documents related to interrogatory no. 16.

  (b)   Polaroid's failure to specifically identify documents in response to HP interrogatories 17 and 12.

(3)   Prompt production of Polaroid's agreements with third parties which allow it to distribute photo editing software for free.

Respectfully,

William J. Marsden, Jr.

WJM/kxk / 80051210.doc

cc:   Jack B. Blumenfeld, Esq. (via email)
      Russell E. Levine, Esq. (via email)
      Julia Heaney, Esq. (via email)
      C. Graham Gerst, Esq. (via emal)