# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347

302 658 9200
302 658 3989 Fax

Jack B. Blumenfeld
302 351 9291
302 425 3012 Fax
jblumenfeld@mnat.com

November 19, 2007

The Honorable Sue L. Robinson                    *VIA ELECTRONIC FILING*
United States District Court
   for the District of Delaware
844 N. King Street
Wilmington, DE  19801

Re:    *Polaroid Corporation v. Hewlett-Packard Company*
       C.A. No. 06-738 (SLR)

Dear Judge Robinson:

I write on behalf of Polaroid to report on the status of the outstanding discovery issues, in preparation for the conference at 5:00 this afternoon.

From the outset, the products that Polaroid has accused of infringement have been those HP products that use or incorporate HP's LACE source code. At the conclusion of the November 6, 2007 conference, an open issue was whether Polaroid would accuse additional HP products of infringement based on the use or incorporation of other source code (*e.g.*, TACE, ACE, and SOSA). Polaroid can now report that it will not accuse such products of infringement. Thus, the accused HP products remain the same as they have been from the outset of this case – those HP products that use or incorporate LACE source code, as identified by HP in response to Polaroid's Interrogatory No. 15 (as well as any other products that use or incorporate LACE).

Another open issue from the November 6, 2007 conference is whether HP has produced damages information – including revenue, unit, price, and profit information – for each of the 211 accused LACE products HP identified in response to Interrogatory No. 15 (of these 211, 82% or 173 are simply different models or versions within 5 product lines: Color Laserjet, Deskjet, Officejet, Photosmart, and PSC). Polaroid believes there is still information missing, and has sent HP a list identifying the missing information. We would like to discuss at the conference this afternoon a date certain by which HP will produce the missing information. Polaroid also is compiling a list of the manuals for the products identified in response to

The Honorable Sue L. Robinson
November 19, 2007
Page 2


Interrogatory No. 15 that have yet to be produced.  Polaroid also would like to discuss a date certain by which HP will produce these manuals.

Respectfully,

*[signature]*

Jack B. Blumenfeld (#1014)

JBB/dlb
cc:    Clerk of Court (Via Hand Delivery)
       William J. Marsden, Jr., Esquire (Via Hand Delivery)
       Matthew C. Bernstein, Esquire (Via Electronic Mail)
       Russell C. Levine, Esquire (Via Electronic Mail)