## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

POLAROID CORPORATION,

    Plaintiff and Counterclaim-Defendant,

    v.

HEWLETT-PACKARD COMPANY,

    Defendant and Counterclaim-Plaintiff.

C.A. No. 06-738 (SLR)

**PUBLIC VERSION**

## DECLARATION OF WILLIAM J. MARSDEN, JR.
## IN SUPPORT OF HEWLETT-PACKARD COMPANY'S MOTION TO BIFURCATE
## LIABILITY AND DAMAGES AND STAY DAMAGES DISCOVERY

Dated: November 6, 2007
Redacted: November 19, 2007

William J. Marsden, Jr. (#2247)
919 N. Market Street, Suite 1100
Wilmington, DE 19801
Telephone: (302) 652-5070
Facsimile: (302) 652-0607
Email: marsden@fr.com

John E. Giust
Matthew E. Bernstein
12390 El Camino Real
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099
Email: giust@fr.com
Email: bernstein@fr.com

Bradley D. Coburn
111 Congress Avenue, Suite 810
Austin, TX 78701
Telephone: (512) 472-5070
Facsimile: (512) 320-8935
Email: coburn@fr.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION, | |
|     Plaintiff and Counterclaim-Defendant, | C.A. No. 06-738 (SLR) |
|     v. | |
| HEWLETT-PACKARD COMPANY, | **PUBLIC VERSION** |
|     Defendant and Counterclaim-Plaintiff. | |

**DECLARATION OF WILLIAM J. MARSDEN, JR.
IN SUPPORT OF HEWLETT-PACKARD COMPANY'S MOTION TO BIFURCATE
LIABILITY AND DAMAGES AND STAY DAMAGES DISCOVERY**

I, WILLIAM J. MARSDEN, JR., provide the following declaration in the above-captioned matter based on my own personal knowledge except where stated otherwise, and if called to do so, could and would competently testify as follows:

1.      I am a principal in the law firm of Fish & Richardson P.C., counsel of record for Defendant Hewlett-Packard Company ("HP") in the above entitled matter.

2.      I make this declaration based on my own knowledge and could and would testify competently to the matter contained therein.

3.      Attached hereto as Exhibit A is a true and correct excerpted copy of  Polaroid's First Set of Interrogatories to HP.

4.      Attached hereto as Exhibit B is a true and correct excerpted copy of HP's First Supplemental Interrogatory Response to Polaroid's First Set of Interrogatories (No. 15).

5.      Attached hereto as Exhibit C is a true and correct excerpted copy of HP's First Set of Interrogatories (No. 1-19).

6.      Attached hereto as Exhibit D is a true and correct excerpted copy of Polaroid's First Supplemental Response to HP's First Set of Interrogatories.

7.    Attached hereto as Exhibit E is a true and correct copy of a letter from G. Courtney Holohan to Bradley D. Coburn dated Oct. 19, 2007.

8.    Attached hereto as Exhibit F is a true and correct .of a letter from Bradley D. Coburn to G. Courtney Holohan dated Oct. 17, 2007.

9.    Attached hereto as Exhibit is G is a letter from Bradley D. Coburn to G. Courtney Holohan dated Oct. 22, 2007.

10.    Attached hereto as Exhibit H is a letter from Bradley D. Coburn to G. Courtney Holohan dated Oct. 30, 2007.

11.    Attached hereto as Exhibit I is a true and correct excerpted copy of HP's Interrogatory No. 12 to Polaroid.

12.    Attached hereto as Exhibit J is a true and correct excerpted copy of Polaroid's First Supplemental Response to HP's  First Set of Interrogatories.

13.    Attached hereto as Exhibit K is a letter from G. Courtney Holohan to Bradley D. Coburn dated Oct. 18, 2007.

14.    Attached hereto as Exhibit L is a true and correct copy of a letter from G. Courtney Holohan to Bradley D. Coburn dated Oct. 22, 2007.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 6, 2007, in Wilmington, Delaware.


 /s/ William J. Marsden, Jr.
William J. Marsden, Jr. (#2247)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 19, 2007, I electronically filed with the Clerk of Court the foregoing PUBLIC VERSION of the DECLARATION OF WILLIAM MARSDEN IN SUPPORT OF HEWLETT-PACKARD COMPANY'S MOTION TO BIFURCATE LIABILITY AND DAMAGES AND STAY DAMAGES DISCOVERY using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

Jack B. Blumenfeld (#1014)
Julie Heaney (#3052)
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE 19899-1347
Phone:  302-658-9200
Fax:  302-658-3989
Emails:  jblumenfeld@mnat.com; jheaney@mnat.com

Attorneys for Plaintiff and
Counterclaim-Defendant
Polaroid Corporation

In addition, service will be made on the following counsel of record as indicated:

***<u>Via Electronic Mail</u>***
Russell E. Levine, P.C./C. Graham Gerst
Michelle W. Jordan/David W. Higer
Maria A. Meginnes/C. Beasley
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200
Emails:  rlevine@kirkland.com;
ggerst@kirkland.com; mjordan@kirkland.com;
dhiger@kirkland.com; mmeginnes@kirkland.com;
cbeasley@kirkland.com

Attorneys for Plaintiff and
Counterclaim-Defendant
Polaroid Corporation

***<u>Courtesy Copy Via Overnight Mail</u>***
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

*/s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)

# Exhibit A

# REDACTED
# IN ITS ENTIRETY

# Exhibit B

# REDACTED
# IN ITS ENTIRETY

# Exhibit C

# REDACTED
# IN ITS ENTIRETY

# Exhibit D

# REDACTED
# IN ITS ENTIRETY

# Exhibit E

# REDACTED
# IN ITS ENTIRETY

# Exhibit F

# REDACTED
# IN ITS ENTIRETY

# Exhibit G

# REDACTED
# IN ITS ENTIRETY

# Exhibit H

# REDACTED
# IN ITS ENTIRETY

# Exhibit I

# REDACTED
# IN ITS ENTIRETY

# Exhibit J

# REDACTED
# IN ITS ENTIRETY

# Exhibit K

# REDACTED
# IN ITS ENTIRETY

# Exhibit L

# REDACTED
# IN ITS ENTIRETY