IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 06-738 (SLR) |
| ) | |
| HEWLETT-PACKARD COMPANY, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of *Polaroid's Preliminary Identification of Terms for Construction and Preliminary Proposed Constructions* were caused to be served on November 30, 2007 upon the counsel of record as indicated below:

**BY E-MAIL**

William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19801

Matthew Bernstein
John E. Giust
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130

Bradley Coburn
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701

                                      MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                      */s/ Julia Heaney (#3052)*
                                      _____
                                      Jack B. Blumenfeld (#1014)
                                      Julia Heaney (#3052)
                                      1201 N. Market Street
                                      P.O. Box 1347
                                      Wilmington, DE  19801
                                      (302) 658-9200
                                      jheaney@mnat.com

                                      *Attorneys for Plaintiff, Polaroid Corporation*

OF COUNSEL:

Russell E. Levine, P.C.
C. Graham Gerst
Michelle W. Jordan
David W. Higer
Maria A. Meginnes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

December 3, 2007

836571

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 3, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Marsden, Jr.
> FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on December 3, 2007 upon the following in the manner indicated:

### BY ELECTRONIC MAIL

William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Matthew Bernstein
John E. Giust
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130

Bradley Coburn
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
jheaney@mnat.com