IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant. | C.A. No. 06-738 (SLR) |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on November 30, 2007, a true and correct copy of

**HEWLETT-PACKARD'S PRELIMINARY IDENTIFICATION OF TERMS NEEDING**

**CONSTRUCTION AND PRELIMINARY PROPOSED CONSTRUCTIONS FOR U.S.**

**PATENT NO. 4,829,381** was caused to be served on the following individuals via e-mail:

| | |
|---|---|
| Jack B. Blumenfeld, Esq.<br>Julie Heaney<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347 | *Attorneys for Plaintiff and*<br>*Counterclaim-Defendant*<br>*Polaroid Corporation* |
| Russell C. Levine, P.C.<br>Graham C. Gerst<br>Michelle W. Jordan<br>David W. Higer<br>Maria A. Meginnes<br>C. Beasley<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601 | *Attorneys for Plaintiff and*<br>*Counterclaim-Defendant*<br>*Polaroid Corporation* |

| | |
|---|---|
| Dated:  December 3, 2007 | FISH & RICHARDSON P.C. |

By: /s/ *William J. Marsden*
William J. Marsden, Jr. (#2247)
919 N. Market Street, Suite 1100
Wilmington, DE  19801
Tel:  (302) 652-5070
Fax: (302) 652-0607
marsden@fr.com

John E. Guist *(pro hac vice)*
Matthew E. Bernstein *(pro hac vice)*
12390 El Camino Real
San Diego, CA 93130
Tel:  (858) 678-5070
Fax: (858) 678-5099
guist@fr.com
bernstein@fr.com

Attorneys for Defendant and Counterclaim-Plaintiff
Hewlett-Packard Company

80052386.doc

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2007, I electronically filed with the Clerk of Court the attached **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing to the following counsel.

| | |
|---|---|
| Jack B. Blumenfeld, Esq.<br>Julie Heaney<br>Morris, Nichols, Arsht & Tunnell<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>jblumenfeld@mnat.com<br>jheaney@mnat.com | *Attorneys for Plaintiff and*<br>*Counterclaim-Defendant*<br>*Polaroid Corporation* |

In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| *Via Electronic Mail*<br>Russell C. Levine, P.C.; Graham C. Gerst<br>Michelle W. Jordan; David W. Higer<br>Maria A. Meginnes; C. Beasley<br>Kirkland & Ellis<br>200 East Randolph Drive<br>Chicago, IL 60601<br>rlevine@kirkland.com; ggerst@kirkland.com;<br>mjordan@kirkland.com; dhiger@kirkland.com;<br>mmeginnes@kirkland.com; cbeasley@kirkland.com | *Attorneys for Plaintiff and*<br>*Counterclaim-Defendant*<br>*Polaroid Corporation* |

*Courtesy Copy Via Overnight Mail*
Michelle W. Jordan
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

*William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)

80052386.doc