IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEWLETT-PACKARD COMPANY, )<br>)<br>Defendant. ) | C.A. No. 06-738 (SLR) |

### NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of *Polaroid's First Notice of Rule 30(b)(6) Deposition* were caused to be served on December 3, 2007 upon the counsel of record as indicated below:

**BY E-MAIL and OVERNIGHT DELIVERY**

Matthew Bernstein
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130

**BY E-MAIL**

William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

John E. Giust
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130

Bradley Coburn
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701

                                            MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                            */s/ Julia Heaney (#3052)*

                                            Jack B. Blumenfeld (#1014)
                                            Julia Heaney (#3052)
                                            1201 N. Market Street
                                            P.O. Box 1347
                                            Wilmington, DE  19801
                                            (302) 658-9200
                                            jheaney@mnat.com

                                            *Attorneys for Plaintiff, Polaroid Corporation*

OF COUNSEL:

Russell E. Levine, P.C.
C. Graham Gerst
Michelle W. Jordan
David W. Higer
Maria A. Meginnes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

December 3, 2007

836571

                                                                                            2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 3, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Marsden, Jr.
>FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on December 3, 2007 upon the following in the manner indicated:

### BY ELECTRONIC MAIL

| | |
|---|---|
| William J. Marsden, Jr. | Bradley Coburn |
| FISH & RICHARDSON P.C. | FISH & RICHARDSON P.C. |
| 919 N. Market Street, Suite 1100 | One Congress Plaza, Suite 810 |
| Wilmington, DE 19801 | 111 Congress Avenue |
| | Austin, TX 78701 |

Matthew Bernstein
John E. Giust
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)
jheaney@mnat.com