**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| POLAROID CORPORATION, )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>HEWLETT-PACKARD COMPANY, )<br>)<br>Defendant )<br>) | C.A. No. 06-738 (SLR) |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached Certifications, counsel moves the admission *pro hac vice* of Robert S. Frank, Daniel C. Winston, Carlos Albuerne-Perez, John D. Lanza, Leigh J. Martinson, and Margaret E. Ives of Choate, Hall & Stewart, Two International Place, Boston, Massachusetts 02110, to represent Defendant Hewlett-Packard Company in this matter.

Dated: December 12, 2007         FISH & RICHARDSON P.C.

By:  /s/ *William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
919 N. Market Street, Suite 1100
Wilmington, DE 19801
Phone: (302) 652-5070
Facsimile: (302) 652-0607
Email: marsden@fr.com

Attorneys for Defendant
Hewlett-Packard Company

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____          _____
United States District Judge

80052808.DOC

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Massachusetts, the United States Courts of Appeal for the First, Fourth and Federal Circuits, The United States Supreme Court, and United States District Court for the District of Massachusetts, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this Motion.

Dated: December 10, 2007

CHOATE, HALL & STEWART

By: /s/ Robert Frank
Robert S. Frank, Jr.
Two International Place
Boston, M-A 02110
Phone: 617-248-5000
Facsimile: 617-248-4000
Email: rfrank@choate.com

Attorneys for Defendant
Hewlett-Packard Company

4278822v1

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Massachusetts, the United States Courts of Appeal for the First and Federal Circuits, and United States District Court for the District of Massachusetts, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this Motion.

Dated: December 10, 2007

CHOATE, HALL & STEWART

By: _____
Daniel C. Winston
Two International Place
Boston, M-A 02110
Phone: 617-248-5000
Facsimile: 617-248-4000
Email: dwinston@choate.com

Attorneys for Defendant
Hewlett-Packard Company

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Massachusetts and the United States District Court for the District of Massachusetts and the United States Courts of Appeals for the District of Columbia and Federal Circuits, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this Motion.

Dated: December 10, 2007

CHOATE, HALL & STEWART LLP

By: _____
Carlos Perez-Albuerne
Two International Place
Boston, MA 02110
Phone: 617-248-5000
Facsimile: 617-248-4000
Email: cperez@choate.com

Attorneys for Defendant
Hewlett-Packard Company

4278835v1

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Massachusetts, the United States Court of Appeals for the Federal Circuit, the United States District Court of the District of Massachusetts, and the United States Patent and Trademark Office, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this Motion.

Dated: December 12, 2007

CHOATE, HALL & STEWART

By: _____
John D. Lanza
Two International Place
Boston, MA 02110
Phone: 617-248-5000
Facsimile: 617-248-4000
Email: jlanza@choate.com

Attorneys for Defendant
Hewlett-Packard Company

4278825v1
4279861v1

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Massachusetts, the United States District Court of the District of Massachusetts, and the United States Patent and Trademark Office, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☑ to the Clerk's Office upon the filing of this Motion.

Dated: December 11, 2007

CHOATE, HALL & STEWART

By: /s/ Leigh J. Martinson
Leigh J. Martinson
Two International Place
Boston, MA 02110
Phone: 617-248-5000
Facsimile: 617-248-4000
Email: lmartinson@choate.com

Attorneys for Defendant
Hewlett-Packard Company

4278825v1
4279877v1

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State bars of Massachusetts, Maryland and the District of Columbia, and the United States Court of Appeals for the First Circuit and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this Motion.

Dated: December 10, 2007

CHOATE, HALL & STEWART

By: *Margaret E. Ives*
Margaret E. Ives
Two International Place
Boston, MA 02110
Phone: 617-248-5000
Facsimile: 617-248-4000
Email: mives@choate.com

Attorneys for Defendant
Hewlett-Packard Company

# CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2007, I electronically filed with the Clerk of Court the foregoing **MOTION AND ORDER FOR PRO HAC ADMISSION** using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| Jack B. Blumenfeld (#1014) | Attorneys for Plaintiff and |
| Julie Heaney (#3052) | Counterclaim-Defendant |
| Morris, Nichols, Arsht & Tunnell, LLP | Polaroid Corporation |
| 1201 North Market Street | |
| Wilmington, DE 19899-1347 | |
| Phone:  302-658-9200 | |
| Fax:  302-658-3989 | |
| Emails:  jblumenfeld@mnat.com; jheaney@mnat.com | |

In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| ***Via Electronic Mail*** | Attorneys for Plaintiff and |
| Russell E. Levine, P.C./C. Graham Gerst | Counterclaim-Defendant |
| Michelle W. Jordan/David W. Higer | Polaroid Corporation |
| Maria A. Meginnes/C. Beasley | |
| Kirkland & Ellis LLP | |
| 200 East Randolph Drive | |
| Chicago, IL  60601 | |
| Phone:  312-861-2000 | |
| Fax:  312-861-2200 | |
| Emails:  rlevine@kirkland.com; ggerst@kirkland.com; mjordan@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | |

                                      */s/ William J. Marsden*
                                      William J. Marsden, Jr. (#2247)

80052808.DOC