IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-738 (SLR) |
| | ) |
| HEWLETT-PACKARD COMPANY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that true and correct copies of *Polaroid's Fourth Set of Interrogatories* were caused to be served on December 18, 2007 upon the counsel of record as indicated below:

**BY E-MAIL and OVERNIGHT DELIVERY**

Matthew Bernstein
FISH AND RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130
bernstein@fr.com

Daniel Winston
CHOATE HALL & STEWART, LLP
Two International Place
Boston, MA  02110

**BY E-MAIL**

William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19801

John E. Giust
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130

Bradley Coburn
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701

                                          MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                          */s/ Julia Heaney (#3052)*

                                          Jack B. Blumenfeld (#1014)
                                          Julia Heaney (#3052)
                                          1201 N. Market Street
                                          P.O. Box 1347
                                          Wilmington, DE  19801
                                          (302) 658-9200
                                          jheaney@mnat.com

                                          *Attorneys for Plaintiff, Polaroid Corporation*

OF COUNSEL:

Russell E. Levine, P.C.
C. Graham Gerst
G. Courtney Holohan
Michelle W. Jordan
David W. Higer
Maria A. Meginnes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

December 18, 2007
1235072

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on December 18, 2007, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Marsden, Jr.
> FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on December 18, 2007 upon the following in the manner indicated:

## BY E-MAIL

| | |
|---|---|
| William J. Marsden, Jr.<br>FISH & RICHARDSON P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE  19801 | Bradley Coburn<br>FISH & RICHARDSON P.C.<br>One Congress Plaza, Suite 810<br>111 Congress Avenue<br>Austin, TX 78701 |
| Matthew Bernstein<br>John E. Giust<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real<br>San Diego, CA  92130 | Daniel Winston<br>CHOATE HALL & STEWART, LLP<br>Two International Place<br>Boston, MA  02110 |

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
jheaney@mnat.com