IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION, | |
| Plaintiff and Counterclaim-Defendant, | |
| v. | C.A. No. 06-738 (SLR) |
| HEWLETT-PACKARD COMPANY, | |
| Defendant and Counterclaim-Plaintiff. | |

## <u>NOTICE OF SERVICE</u>

PLEASE TAKE NOTICE that true and correct copies of the following documents were

caused to be served on the attorneys of record, at the following addresses and in the manner

indicated:

**December 31, 2007**

- Subpoena in a Civil Case and Notice of Deposition issued to CRA International, Inc. to Jonathan Yellin, CRA International, Inc., John Hancock Tower, T-33, 200 Clarendon Street, Boston, MA  02116;

- Subpoena in a Civil Case and Notice of Deposition issued to Petters Group Worldwide to David W. Higer, Kirkland & Ellis LLP, 200 E. Randolph Drive, Chicago, IL  60601;

- Subpoena in a Civil Case and Notice of Deposition issued to Zink Imaging, LLC to David W. Higer, Kirkland & Ellis LLP, 200 E. Randolph Drive, Chicago, IL  60601;

- Subpoena in a Civil Case and Notice of Deposition issued to CONSOR Intellectual Asset Management to David Bradley Olsen, Henson & Efron, P.A., 220 South Sixth Street, Suite 1800, Minneapolis, MN  55402-4503.

**January 2, 2008**

- Hewlett-Packard Company's Second Set of Interrogatories to Polaroid Corporation;

- Hewlett-Packard Company's Second Set of Requests for Admission to Polaroid Corporation;

***Via Email***

Jack B. Blumenfeld (#1014)                      Attorneys for Plaintiff and
Julie Heaney (#3052)                            Counterclaim-Defendant
Morris, Nichols, Arsht & Tunnell, LLP           Polaroid Corporation
1201 North Market Street
Wilmington, DE 19899-1347
Phone:  302-658-9200
Fax:  302-658-3989
Email:  jblumenfeld@mnat.com; jheaney@mnat.com

***Via Email***

Russell E. Levine, P.C./C. Graham Gerst         Attorneys for Plaintiff and
Michelle W. Skinner/David W. Higer              Counterclaim-Defendant
Maria A. Meginnes/Courtney Holohan/C. Beasley   Polaroid Corporation
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200
Emails:  rlevine@kirkland.com; ggerst@kirkland.com;
skinnerm@kirkland.com; dhiger@kirkland.com;
mmeginnes@kirkland.com; cholohan@kirkland.com;
cbeasley@kirkland.com

***Courtesy Copy Via Overnight Mail***

Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

Dated:  January 3, 2008            FISH & RICHARDSON P.C.

By:    */s/ William J. Marsden, Jr.*
      William J. Marsden, Jr. (#2247)
      919 N. Market Street, Suite 1100
      Wilmington, DE  19801
      Telephone:  (302) 652-5070
      Facsimile:  (302) 652-0607
      Email:  marsden@fr.com

      John E. Giust
      Matthew C. Bernstein
      12390 El Camino Real
      San Diego, CA  92130
      Telephone:  (858) 678-5070
      Facsimile:  (858) 678-5099
      Emails:  giust@fr.com; bernstein@fr.com

      Bradley D. Coburn
      111 Congress Avenue, Suite 810
      Austin, TX  78701
      Telephone:  (512) 472-5070
      Facsimile:  (512) 320-8935
      Email:  coburn@fr.com

      Daniel C. Winston *(pro hac vice)*
      Choate Hall & Stewart, LLP
      Two International Place
      Boston, MA 02110
      Telephone:  (617) 248-5000
      Facsimile:  (617) 248-4000
      Email:  dwinston@choate.com

      Attorneys for Defendant and Counterclaim-Plaintiff
      Hewlett-Packard Company

## CERTIFICATE OF SERVICE

I hereby certify that on January 3, 2008, I electronically filed with the Clerk of

Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic

notification of such filing(s) to the following counsel:

*Via Email*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE 19899-1347
Phone:  302-658-9200
Fax:  302-658-3989
Emails:  jblumenfeld@mnat.com; jheaney@mnat.com

Attorneys for Plaintiff and
Counterclaim-Defendant
Polaroid Corporation

In addition, service will be made on the following counsel of record as indicated:

*Via Email*
Russell E. Levine, P.C./C. Graham Gerst
Michelle W. Skinner/David W. Higer
Maria A. Meginnes/Courtney Holohan/C. Beasley
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200
Emails:  rlevine@kirkland.com; ggerst@kirkland.com;
skinnerm@kirkland.com; dhiger@kirkland.com;
mmeginnes@kirkland.com; cholohan@kirkland.com;
cbeasley@kirkland.com

Attorneys for Plaintiff and
Counterclaim-Defendant
Polaroid Corporation

*Courtesy Copy Via Federal Express*
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

80046625.doc