IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-738 (SLR) |
| | ) |
| HEWLETT-PACKARD COMPANY, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that true and correct copies of (1) *Polaroid Corporation's Response to Hewlett-Packard Co.'s Notice of Deposition of Polaroid Corporation Pursuant to Fed. R. Proc. 30(b)(6) Regarding Polaroid's Bankruptcy* and (2) *Polaroid Corporation's Response to Hewlett-Packard Co.'s Notice of Deposition of Polaroid Corporation Pursuant to Fed. R. Proc. 30(b)(6) Regarding Polaroid's Distribution of Software* were caused to be served on January 10, 2008 upon the counsel of record as indicated below:

**BY E-MAIL and OVERNIGHT DELIVERY**

Matthew Bernstein
FISH AND RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
bernstein@fr.com

Daniel Winston
CHOATE HALL & STEWART, LLP
Two International Place
Boston, MA 02110

**BY E-MAIL**

William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

John E. Giust
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130

Bradley Coburn
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
P.O. Box 1347
Wilmington, DE  19801
(302) 658-9200
jheaney@mnat.com

*Attorneys for Plaintiff, Polaroid Corporation*

OF COUNSEL:

Russell E. Levine, P.C.
C. Graham Gerst
G. Courtney Holohan
Michelle W. Skinner
David W. Higer
Maria A. Meginnes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

January 14, 2008
1235072

2

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on January 14, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Marsden, Jr.
>FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on January 14, 2008 upon the following in the manner indicated:

### BY E-MAIL

William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19801

Matthew Bernstein
John E. Giust
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA  92130

Bradley Coburn
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX  78701

Daniel Winston
CHOATE HALL & STEWART, LLP
Two International Place
Boston, MA  02110

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)
jheaney@mnat.com