IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant and Counterclaim-Plaintiff. | C.A. No. 06-738 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of the following documents were caused to be served on the attorneys of record on January 16, 2008, at the following addresses and in the manner indicated:

- Hewlett-Packard Company's Responses and Objections to Polaroid Corporation's Eighth Notice of Rule 30(b)(6) Deposition;

- Hewlett-Packard Company's Responses and Objections to Polaroid Corporation's Ninth Notice of Rule 30(b)(6) Deposition;

- Hewlett-Packard Company's Responses and Objections to Polaroid Corporation's Tenth Notice of Rule 30(b)(6) Deposition;

- Hewlett-Packard Company's Responses and Objections to Polaroid Corporation's Twelfth Notice of Rule 30(b)(6) Deposition;

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Julie Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone:  302-658-9200<br>Fax:  302-658-3989<br>Email:  jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>Polaroid Corporation |

| | |
|---|---|
| ***Via Email***<br>Russell E. Levine, P.C./C. Graham Gerst<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone:  312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com; ggerst@kirkland.com; skinnerm@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; cholohan@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>Polaroid Corporation |

***Courtesy Copy Via Overnight Mail***
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

Dated: January 17, 2008　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　By:　*/s/ William J. Marsden, Jr.*
　　　　　　　　　　　　　　　　　　William J. Marsden, Jr. (#2247)
　　　　　　　　　　　　　　　　　　919 N. Market Street, Suite 1100
　　　　　　　　　　　　　　　　　　Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　Telephone:  (302) 652-5070
　　　　　　　　　　　　　　　　　　Facsimile:   (302) 652-0607
　　　　　　　　　　　　　　　　　　Email:  marsden@fr.com

　　　　　　　　　　　　　　　　　　John E. Giust
　　　　　　　　　　　　　　　　　　Matthew C. Bernstein
　　　　　　　　　　　　　　　　　　12390 El Camino Real
　　　　　　　　　　　　　　　　　　San Diego, CA  92130
　　　　　　　　　　　　　　　　　　Telephone:  (858) 678-5070
　　　　　　　　　　　　　　　　　　Facsimile:  (858) 678-5099
　　　　　　　　　　　　　　　　　　Emails:  giust@fr.com; bernstein@fr.com

　　　　　　　　　　　　　　　　　　Bradley D. Coburn
　　　　　　　　　　　　　　　　　　111 Congress Avenue, Suite 810
　　　　　　　　　　　　　　　　　　Austin, TX  78701
　　　　　　　　　　　　　　　　　　Telephone:  (512) 472-5070
　　　　　　　　　　　　　　　　　　Facsimile:  (512) 320-8935
　　　　　　　　　　　　　　　　　　Email:  coburn@fr.com

　　　　　　　　　　　　　　　　　　Daniel C. Winston *(pro hac vice)*
　　　　　　　　　　　　　　　　　　Choate Hall & Stewart, LLP
　　　　　　　　　　　　　　　　　　Two International Place
　　　　　　　　　　　　　　　　　　Boston, MA 02110
　　　　　　　　　　　　　　　　　　Telephone:  (617) 248-5000
　　　　　　　　　　　　　　　　　　Facsimile:  (617) 248-4000
　　　　　　　　　　　　　　　　　　Email:  dwinston@choate.com

　　　　　　　　　　　　　　　　　　Attorneys for Defendant and Counterclaim-Plaintiff
　　　　　　　　　　　　　　　　　　Hewlett-Packard Company

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2008, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone: 302-658-9200<br>Fax: 302-658-3989<br>Emails: jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| *Via Email*<br>Russell E. Levine, P.C./C. Graham Gerst<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Phone: 312-861-2000<br>Fax: 312-861-2200<br>Emails: rlevine@kirkland.com; ggerst@kirkland.com;<br>skinnerm@kirkland.com; dhiger@kirkland.com;<br>mmeginnes@kirkland.com; cholohan@kirkland.com;<br>cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

*Courtesy Copy Via Federal Express*
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Phone: 312-861-2000
Fax: 312-861-2200

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

80046625.doc