IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POLAROID CORPORATION,

    Plaintiff and Counterclaim Defendant,

       v.

HEWLETT-PACKARD COMPANY,

    Defendants and Counterclaim Plaintiff.

C.A. No. 06-738-SLR

**REDACTED**

## DECLARATION OF WILLIAM J. MARSDEN, JR.
## IN SUPPORT OF DEFENDANT HEWLETT-PACKARD'S
## OPENING CLAIM CONSTRUCTION BRIEF

FISH & RICHARDSON P.C.
William J. Marsden, Jr. (#2247)
919 N. Market Street, Suite 1100
Wilmington, DE  19801
Telephone:  (302) 652-5070

John E. Giust
Matthew E. Bernstein
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070

Bradley D. Coburn
111 Congress Avenue, Suite 810
Austin, TX  78701
Telephone:  (512) 472-5070

CHOATE, HALL & STEWART
Daniel C. Winston
Two International Place
Boston, MA  02110
Telephone:  (617) 248-5000

Dated:  January 11, 2008

*Attorneys for Defendant and Counterclaim-Plaintiff
Hewlett-Packard Company*

I, William J. Marsden, Jr., declare as follows:

1.      I am an attorney with Fish & Richardson P.C., counsel for Plaintiff Power Integrations, Inc.  I am a member of the Bar of the State of Delaware and of this Court.  I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.      Attached hereto as Exhibit A is a true and correct copy of excerpts from Azriel Rosenfeld and Avinash C. Kak, Digital Picture Processing, (1st ed. 1976).

3.      Attached hereto as Exhibit B is a true and correct copy of Computer Graphics Systems Development, Gamma Correction Explained, http://www.siggraph.org/education/ materials/HyperGraph/color/gamma_correction/gamma_intro.html (downloaded January 10, 2008).

4.      Attached hereto as Exhibit C is a true and correct copy of excerpts from the transcript to the Deposition of Donald S. Levinstone (September 26, 2007).

5.      Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 4,394,688 (filed August 25, 1981).

6.      Attached hereto as Exhibit E is a true and correct copy of excerpts from The Oxford English Dictionary, Vol. 3 (J.A. Simpson and E.S.C. Weiner, eds., 1989).

7.      Attached hereto as Exhibit F is a true and correct copy of excerpts from Margaret L. Lial and John Hornsby, Intermediate Algebra (8th ed. 2000).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 11th of January, 2008 at Wilmington, Delaware.

  /s/ William J. Marsden, Jr.
William J. Marsden, Jr.

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2008, I electronically filed with the Clerk of Court the foregoing **REDACTED DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF DEFENDANT HEWLETT-PACKARD'S OPENING CLAIM CONSTRUCTION BRIEF** using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

Jack B. Blumenfeld (#1014)                          Attorneys for Plaintiff and
Julie Heaney (#3052)                                Counterclaim-Defendant
Morris, Nichols, Arsht & Tunnell, LLP               Polaroid Corporation
1201 North Market Street
Wilmington, DE 19899-1347
Phone:  302-658-9200
Fax:  302-658-3989
Emails:  jblumenfeld@mnat.com; jheaney@mnat.com

In addition, service will be made on the following counsel of record as indicated:

***Via Electronic Mail***                           Attorneys for Plaintiff and
Russell E. Levine, P.C./C. Graham Gerst             Counterclaim-Defendant
Michelle W. Skinner/David W. Higer                  Polaroid Corporation
Maria A. Meginnes/Courtney Holohan/C. Beasley
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200
Emails:  rlevine@kirkland.com;
ggerst@kirkland.com; skinnerm@kirkland.com;
dhiger@kirkland.com; mmeginnes@kirkland.com;
cholohan@kirkland.com; cbeasley@kirkland.com

***Courtesy Copy Via Overnight Mail***
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

  */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)

# Exhibit A

HPPOL_0819255

**DIGITAL PICTURE PROCESSING**

Rosenfeld
Kak



Computer Science
and Applied Mathematics

# DIGITAL PICTURE PROCESSING

Azriel Rosenfeld and Avinash C. Kak

HPPOL_0819256

# Digital Picture Processing

HPPOL_0819257

# Digital Picture Processing

**AZRIEL ROSENFELD**

Computer Science Center
University of Maryland
College Park, Maryland

**AVINASH C. KAK**

School of Electrical Engineering
Purdue University
West Lafayette, Indiana

*This is a volume in*
COMPUTER SCIENCE AND APPLIED MATHEMATICS
*A Series of Monographs and Textbooks*

*Editor:* WERNER RHEINBOLDT

A complete list of titles in this series appears at the end of this volume.



ACADEMIC PRESS   New York   San Francisco   London   1976

A Subsidiary of Harcourt Brace Jovanovich, Publishers

HPPOL_0819258

considers nongeometrical picture properties (e.g., texture) and the description of pictures in terms of parts, properties, and relationships.

In the remainder of this chapter, we discuss the relationship between continuous and discrete pictures, and the representation of (discrete) pictures in a digital computer. We also give a brief guide to the picture-processing literature. In the next chapter, we review various useful mathematical tools.

## 1.2 PICTURES AND THEIR COMPUTER REPRESENTATION

### 1.2.1 Pictures as Functions

Informally, a *picture* is a flat object whose brightness or color may vary from point to point. This variation can be represented mathematically by a function of two spatial variables. When color is involved, the function should be regarded as vector valued, or several functions should be used; see Section 3.3. In this book, however, we will be dealing almost exclusively with black-and-white pictures in which there can be shades of gray, but no color. Such a picture can be represented by a single real-valued function, say $f(x, y)$. The value of this function at a point will be called the *gray level* or *brightness* of the picture at that point.

It is customary to assume that the functions that represent pictures are analytically well behaved—so that, for example, these functions are integrable, have invertible Fourier transforms, etc. It is usual also to regard these functions as having values that are nonnegative and bounded, i.e., $0 \leqslant f(x, y) \leqslant M$ for all $x, y$.

### 1.2.2 Pictures as Arrays

When a picture is *digitized* (Chapter 4), a *sampling* process is used to extract from the picture a discrete set of real numbers ("samples"), and a *quantization* process is applied to these samples to yield numbers having a discrete set of possible values. In most practical situations, the samples are the values of the picture at a discrete, usually regularly spaced, set of points—or, more realistically, averages of the values taken over small neighborhoods of such points. Such a set of samples can be represented, for computer-processing purposes, as a (rectangular) *array* of real numbers. The samples are usually quantized to a set of equally spaced gray level values (see Section 4.3). If the unit of measurement is suitably chosen, these values can be taken to be integers; thus a digitized picture, or *digital picture*, can be regarded as an

integer array.[†] The elements of a digital picture array are called *picture elements*, *pixels*, or *pels*, or sometimes just "points."

The most common method of picture sampling is to use a regularly spaced *square* array of points, i.e., points $(md, nd)$ whose coordinates are multiples of some unit distance $d$. In such an array, every point has two kinds of neighbors—four horizontal and vertical neighbors (above, below, to the left, and to the right), at distance $d$ from the point, and four diagonal neighbors at distance $d\sqrt{2}$. (Some of the complications introduced by the existence of these two types of neighbors will be discussed in Chapter 9.) Of course, at the edges of the array, some of these neighbors will not exist.

Another possibility is to use a regular *hexagonal* array of sample points; here each point has six neighbors, all at the same distance from it. One can obtain a similar kind of neighborhood from a square array by shifting, say, odd-numbered rows $d/2$ to the right (see Fig. 1). In fact, rather than do the



*Fig. 1*　"Hexagonal" array obtained by shifting odd-numbered rows of a square array.

actual shifting, one can simply stipulate that, for a point $p$ on an odd-numbered row, the neighbors of $p$ are its four horizontal and vertical neighbors together with just *two* of its diagonal neighbors, namely those to the northeast and southeast; and similarly for $p$ on an even-numbered row, but this time allowing only the northwest and southwest diagonal neighbors.

The picture arrays that are processed in practice can be very large. For example, suppose that we want to sample and quantize an ordinary television image finely enough so that it can be redisplayed without noticeable degradation. Then we should use an array of about $500 \times 500$ samples, and we should quantize the samples to at least 30–50 discrete gray levels, i.e., a quarter of a million 5- or 6-bit numbers (see Chapter 4). In many cases it is necessary to handle even larger arrays when digitizing high-resolution photographs; and it is often desirable to use finer quantization, to 8 or even 10 bits. (It is customary to use a power of 2 as the number of quantization levels; and one often

---

[†] In particular, if there are just two gray levels, "black" and "white," we usually represent them by 0 and 1, so that the picture becomes a Boolean array.

HPPOL_0819264

"exposure" when the picture was originally recorded. The second type is *gray scale transformation*, which has the aim of changing the gray scale in a uniform way throughout the picture, or perhaps throughout some region of the picture, usually in order to increase contrast and thereby make details of the picture more easily visible. An important special case of this is *histogram modification*, in which a gray scale transformation is used to give the picture a specified distribution of gray levels.

### 6.2.1  Gray Level Correction

A picture recording system should map object brightness into picture gray level in a monotonic fashion, and this mapping should ideally be the same at every point of the picture. In practice, however, the mapping often varies from point to point. For example, light passing along the axis of an optical system is generally attenuated less than light that passes through the system obliquely. Thus when an image is formed by the system, the parts of the image far from the axis will be attenuated relative to the parts near the axis; this phenomenon is called "vignetting." As another example, the photocathode of a vidicon may not be equally sensitive at all points; thus in a picture obtained using the vidicon, equal gray levels may not correspond to equally bright points in the scene.

If we can determine the nonuniform "exposure mapping" that produced a given picture, it is then straightforward to correct the picture, by changing the gray level of each point, to achieve the effect of a uniform mapping. Specifically, suppose that we describe the nonuniform mapping by an expression of the form

$$g(x, y) = e(x, y) f(x, y)$$

where $f(x, y)$ is the ideal gray level that should have resulted at picture point $(x, y)$ had the "exposure" been uniform [i.e., $f(x, y)$ is the desired monotonic function of the object brightness at the object point corresponding to $(x, y)$], and $g(x, y)$ is the actual gray level at point $(x, y)$, due to the nonuniform mapping. To determine the function $e(x, y)$, we can calibrate the picture recording system by taking a picture of a uniform field of known brightness. For such a field, $f$ is a known constant, call it $c$. If $g_c(x, y)$ is the picture of the uniform field, we have $e(x, y) = g_c(x, y)/c$. Once we know $e(x, y)$, we can correct any picture $g(x, y)$ obtained by the system (as long as the calibration does not change!), since

$$f(x, y) = g(x, y)/e(x, y) = cg(x, y)/g_c(x, y).$$

In any practical gray scale, the range $[z_1, z_K]$ of gray levels used is limited

by the dynamic ranges of the available display devices. The correction operation just described may give rise to gray levels outside the allowable range. One way of handling this situation is simply to change any gray level less than $z_1$ to $z_1$, and any level greater than $z_K$ to $z_K$. Another possibility is to shrink and/or shift the scale of the corrected gray levels until it falls within the allowable range. (Methods of doing this will be described in Section 6.2.2.) It should also be noted that even if the uncorrected gray levels were quantized to a discrete set of values $z_1, \ldots, z_K$, the corrected levels—even though they lie in the range $[z_1, z_K]$—need not have these discrete values. Thus gray level correction of a quantized picture must be followed by requantization.

### 6.2.2  Gray Scale Transformation

We next consider gray scale transformations that are the same at every point of the picture (or a region), rather than varying from point to point. Such a transformation can be expressed as a mapping from the given gray scale $z$ into a transformed gray scale $z'$, i.e.,

$$z' = t(z)$$

We shall assume that in both the old and new gray scales, the allowable range of gray levels is the same, i.e., $z_1 \leqslant z \leqslant z_K$ and $z_1 \leqslant z' \leqslant z_K$. We can now discuss how to design gray scale transformations that have enhancing effects, e.g., that increase contrast.

It is easy to increase the contrast of a picture if the picture does not occupy its full allowable gray level range. (This can happen if the picture recording device used had a smaller dynamic range than $[z_1, z_K]$, or if the picture was originally "underexposed.") Suppose that, in the given picture $f$, we have $a \leqslant z = f(x, y) \leqslant b$ for all $x, y$, where $[a, b]$ is a subinterval of $[z_1, z_K]$. Let

$$z' = \frac{z_K - z_1}{b - a}(z - a) + z_1 = \frac{z_K - z_1}{b - a}z + \frac{z_1 b - z_K a}{b - a}$$

This simple linear gray scale transformation stretches and shifts the gray scale to occupy the full range $[z_1, z_K]$.

A similar approach can be used if *most* of the gray levels of the given picture lie in the subrange $[a, b]$. In this case, we can use the transformation

$$z' = \begin{cases} \frac{z_K - z_1}{b - a}(z - a) + z_1 & \text{for} \quad a \leqslant z \leqslant b \\ z_1 & \text{for} \quad z < a \\ z_K & \text{for} \quad z > b \end{cases}$$

This piecewise linear transformation stretches the $[a, b]$ interval of the

HPPOL_0819347

original gray scale; but it *compresses* the intervals $[z_1, a]$ and $[b, z_K]$—in fact, it collapses them to single points. This may be tolerable, however, if very few points have gray levels in these intervals, so that little information is lost when we compress.

More generally, we can stretch selected regions of the gray scale, at the cost of compressing other regions, if we want to bring out detail in the stretched regions, and we do not care about loss of information in the compressed regions. As a simple example, suppose that the gray scale range is $[0, 30]$; then the transformation

$$z' = \begin{cases} z/2 & \text{for } z \leqslant 10 \\ 2z - 15 & \text{for } 10 \leqslant z \leqslant 20 \\ (z/2) + 15 & \text{for } 20 \leqslant z \leqslant 30 \end{cases}$$

compresses the gray scale by a factor of 2 in the ranges $[0, 10]$ and $[20, 30]$ (on the original), while expanding it by a factor of 2 in the range $[10, 20]$.

*Exercise 6.* Give the equations for the transformation that stretches gray scale range $[0, 10]$ into $[0, 15]$, shifts range $[10, 20]$ to $[15, 25]$, and compresses range $[20, 30]$ into $[25, 30]$. ∎

The gray scale transformations that we use can, of course, be smooth rather than piecewise linear. We can implement any desired mathematical transformation $z' = t(z)$—quadratic, logarithmic, or completely arbitrary—subject only to the restriction that the results lie in the allowable range $[z_1, z_K]$—i.e., that $z_1 \leqslant t(z) \leqslant z_K$ for all $z_1 \leqslant z \leqslant z_K$. This can always be achieved by incorporating a suitable shift and scale factor into the transformation. We can do this as follows: given any $t(z)$, let $t_1 = \min t(z)$ and $t_K = \max t(z)$ for $z_1 \leqslant z \leqslant z_K$. Then the modified transformation $t'$ defined by

$$t'(z) = \frac{z_K - z_1}{t_K - t_1}[t(z) - t_1] + z_1$$

satisfies $z_1 \leqslant t'(z) \leqslant z_K$ for all $z_1 \leqslant z \leqslant z_K$.

*Exercise 7.* Give the equations for a transformation $t$ for which $t(z)$ is a linear function of $\log z$ over the range $10 \leqslant z \leqslant 100$. ∎

Two simple examples of contrast-stretching gray scale transformations are shown in Figs. 7 and 8. The graph of such a transformation, $t(z)$ as a function of $z$, is a useful aid in visualizing the effect of $t$. In ranges where this graph has slope $<1$, contrast is compressed, while slope $>1$ implies that contrast is stretched.

The examples of transformations considered up to now have all been monotonic [i.e., $z' \leqslant z''$ implies $t(z') \leqslant t(z'')$] and continuous. It is sometimes

HPPOL_0819348



*Fig. 7* Contrast stretching. (a) "Underexposed" picture (all gray levels in middle half of range). (b) Result of stretching the gray scale of (a) by a factor of 2.



*Fig. 8* Partial contrast stretching. (a) Input pictures. (b) Result of stretching the middle third of part (a)'s gray scale by a factor of 2 while compressing the upper and lower thirds by a factor of 2.

of interest, however, to consider nonmonotonic discontinuous transformations in which different ranges of input gray levels are mapped into the same range of output levels. As a simple example, if the input range is $[0, 30]$, the discontinuous transformation

$$t(z) = \begin{cases} 3z, & 0 \leqslant z \leqslant 10 \\ 3(z - 10), & 10 < z \leqslant 20 \\ 3(z - 20), & 20 < z \leqslant 30 \end{cases}$$

6 Enhancement



*Fig. 9* Discontinuous, nonmonotonic contrast stretching. (a) Input picture (same as Fig. 2b of Chapter 8). (b) Result of stretching each third of part (a)'s nonzero gray levels to cover the full gray level range.

maps each third of this range into $[0, 30]$. Within these subranges, we have threefold contrast stretching; but as we cross from one range to another, strong false contours are introduced, as illustrated in Fig. 9.[†]

This discussion has treated the input gray scale as though it were continuous rather than quantized. If it is, in fact, quantized, say to the $K$ discrete values $z_1, ..., z_K$, then any gray scale transformation $t$ can only produce $K$ discrete output values $t(z_1), ..., t(z_K)$, some of which may be equal.[‡] Nevertheless, contrast stretching can be advantageous, since it enables us to space (some of) the output values farther apart, so that they become more clearly distinguishable. In a well-designed gray scale, consecutive levels $z_i, z_{i+1}$ should not be easily distinguishable; in fact, if they were, we could never get the impression of continuously varying gray levels in a picture. Thus detail that is not sharply delineated in the input is enhanced in the output when we spread the gray levels. Note, however, that once the levels have been spread far enough apart to become easily distinguishable, there is little to be gained in spreading them still farther apart, since all the available information (in the gray level range that has been stretched) has already been brought out. Note also that in ranges where the gray scale is compressed, information is lost, since when we requantize, several input levels may be mapped into the same output level.

If a picture's gray scale has been distorted by a known gray scale transformation $z' = t(z)$, the distortion can in principle be corrected by applying

the inverse transformation $z = t^{-1}(z')$. For example, this approach can be used to correct for the effects of nonlinearities in the gray scales of display devices, or of recording media such as photographic film. In practice, of course, implementation of $t^{-1}$ may be subject to the difficulties previously discussed.

### 6.2.3  Histogram Modification

Given a picture $f$, let $p_f(z)$ denote the relative frequency with which gray level $z$ occurs in $f$, for all $z$ in the gray level range $[z_1, z_K]$ of $f$. The graph of $p_f(z)$ as a function of $z$, normalized so that $\int_{z_1}^{z_K} p_f(z)\,dz$ is equal to the area of $f$, is called the *histogram* of $f$. If $f$ is quantized, and has gray levels $z_1, ..., z_K$, its histogram can be represented as a bar graph having $K$ bars. As we shall see in Chapters 8 and 10, the histogram of $f$ can provide useful information about how to segment $f$ into parts, and it also serves as a basis for measuring certain textural properties of $f$. Note that for any $z_1 \leqslant a \leqslant b \leqslant z_K$, the integral $\int_a^b p_f(z)$ measures how heavily the gray scale range $[a, b]$ is populated, i.e., what fraction of $f$'s points have their gray levels in that range.

In this section we describe how to transform a picture's gray scale so as to give the picture a specified histogram $q(z)$. The following are some cases where this type of transformation might be required:

(a)  If we want to quantize a picture $f$ to $K$ discrete levels in such a way as to minimize quantization error (Section 4.3.1), the $K$ levels should be spaced close together in heavily populated regions of $f$'s gray scale, but they can be farther apart in sparse regions. One way of doing this is to pick the levels at the midpoints between the successive $K$-tiles of $f$'s histogram; this means that when we quantize, just one $K$th of the points of $f$ will be quantized to each of the levels. This "tapered" quantization scheme thus transforms $f$'s histogram into a "flat" bar graph in which all the bars have equal height.

(b)  Suppose that we want to compare two pictures $f_1$ and $f_2$ in order to (say) detect differences between them. If the pictures were obtained under different lighting conditions, we must somehow compensate for this, since otherwise they will have different gray levels at every point even if they are pictures of the same scene. One way to carry out this compensation might be to transform the gray scale of $f_1$ so that its histogram matches that of $f_2$, or to transform both pictures so that they have some standard histogram. (On picture matching see Section 8.3.)

(c)  We often want to measure certain properties of a picture $f$ in order to classify or describe it. If these properties depend on the gray levels that are present in $f$, their values will be sensitive to the lighting conditions under which $f$ was obtained. This sensitivity can be reduced by "normalizing" $f$ so that it

[†] Another important "contrast-stretching" technique is to map the gray levels of a picture into *colors*—e.g., low levels into shades of red; higher ones into orange shades; still higher ones into yellow, and so on. This can greatly enhance the visibility of detail in the picture, because the eye is more sensitive to differences in hue than it is to differences in brightness.

[‡] See, however, Section 6.2.3, where we discuss how to map a single input gray level into more than one output level.

HPPOL_0819349

# Exhibit B

# CGSD - Gamma Correction Explained

## What is Gamma Correction?

In the field of Computer Graphics, one often hears the phrase "gamma correction." What is this strange sounding thing and why does it matter to you?

Gamma correction matters if you have any interest in displaying an image accurately on a computer screen. Gamma correction controls the overall brightness of an image. Images which are not properly corrected can look either bleached out, or too dark. Trying to reproduce colors accurately also requires some knowledge of gamma. Varying the amount of gamma correction changes not only the brightness, but also the ratios of red to green to blue. (Example of this color phenomenon).Gamma correction also plays a big role in making images for the WWW.

To explain gamma correction we will begin with where you are looking - your computer monitor.

Almost every computer monitor, from whatever manufacturer, has one thing in common. They all have a intensity to voltage response curve which is roughly a 2.5 power function. Don't be afraid, this just means that if you send your computer monitor a message that a certain pixel should have intensity equal to x, it will actually display a pixel which has intensity equal to $x \wedge 2.5$ Because the range of voltages sent to the monitor is between 0 and 1, this means that the intensity value displayed will be less than what you wanted it to be. ($0.5 \wedge 2.5 = 0.177$ for example) Monitors, then, are said to have a gamma of 2.5



*Note: The grayscale images will not look very good on 8-bit color computers. Also the gamma correction for these images is 1.0 so they were actually designed to be viewed on a system such as a Sun or a PC with no hardware correction. They may appear brighter on other systems. The important thing here is the relative difference that you see.*

To correct this annoying little problem, the input signal to the monitor (the voltage) must be "gamma corrected".

The solution, fortunately, is a simple one. Since we know the relationship between the voltage sent to the monitor and the intensity which it produces, we can correct the signal before it gets to the monitor. The signal is adjusted so that it is essentially the complement of the curve shown above. There are other considerations as well when one speaks of a "correct" image. These include the ambient light in a room where the computer is, the brightness and contrast settings on the monitor, and finally personal taste.





If gamma correction is done properly for the computer system, then the output should accurately reflect the image input.

Note that the task of gamma correction is accomplished by raising the input value to the 1/2.5 power. This is referred to as a gamma correction of 2.5. because we are correcting the input for a monitor whose gamma is 2.5

## Real World Application

In the real world, it isn't quite this simple, especially when an image needs to look good on different systems, or platforms.

As we mentioned above, most monitors work in about the same way with respect to gamma correction. Most computers, or more specifically, most computer systems, do not work in exactly the same way, however.

By computer systems we mean everything from the software that is running (like Netscape) to the graphics cards installed, to the standard hardware on the motherboard. Different computers do different things and many "systems" have different configurations of all of the above things.

Macintoshes, for example, have partial gamma correction built-in to their hardware. Silicon Graphics computers also have built-in gamma correction, but it is different from the Macintosh. Suns and PCs have no standard built-in gamma correction but some graphics cards installed in these computers may provide this functionality.

## System Gamma

The idea of system gamma, is the gamma correction that should be applied in the software to reproduce an accurate image on the monitor for an uncorrected image on a particular computer "system."

**Macintosh**

> The Macintosh has built-in gamma correction of 1.4. This means that after the software sends the signal to the framebuffer, there are internal hardware corrections which will further process the signal, specifically by gamma correcting it another 1.4 - That is, the signal is raised to the 1/1.4. Therefore, to get full correction, the software itself should first adjust the signal by raising it to the 1/1.8 power. (2.5/1.4 = 1.8) Thus the system gamma on a Macintosh is 1.8.

> Note some graphics cards in Macintoshes may have their own software to change the standard gamma and Adobe Photoshop 3.0 is now released with a gamma control panel from Knoll software which allows the user to change the system gamma of their Macintosh. The 1.8 standard is still accepted as the universal Mac System Gamma, but users should be aware that a Mac can be set differently. The Knoll software control panel for the Mac rewrites the look up table, (LUT) with a value of g/2.5 where g is the gamma the user selects. Thus selecting 1.8 will rewrite the LUT with 1.8/2.5 = 1/1.4 - the default setting. (The values in the LUT are 1/1.4 and this is called a 1.4 correction)

Case 1:06-cv-00738-SLR     Document 111-3     Filed 01/18/2008     Page 4 of 4

**SGI**

The SGI is similar to the Macintosh but instead of a hardware correction of 1.4 the SGI applies gamma correction of 1.7. Thus the system gamma for an SGI is 2.5/1.7 or roughly 1.5. Sometimes you may see that an SGI has a system gamma of 1.4. This calculation is made on the assumption that monitors have a response curve closer to a 2.4 power function.

SGI's also come with a utility to rewrite the internal hardware correction. These values are stored in a look up table, (LUT) and can be altered. The default is 1/1.7 as mentioned above. (The values in the table are 1/1.7, so we call this a 1.7 correction) Sometimes the value in the LUT may be referred to as the SGI system gamma. This is not the definition used on other platforms. Unlike the Mac gamma control panel, the SGI gamma utility will rewrite the LUT with the actual value set by the user. Gamma Definitions

**Suns and PCs**

Suns and PCs have no standard hardware correction (although certain graphics cards for these platforms may) and therefore their system gammas are roughly 2.5. (More about Sun's SX hardware and gamma)

Common graphics software such as Adobe Photoshop allows the user to set the gamma correction value they want. (In Photoshop it is found in Monitor Setup under Preferences under the File Menu.)
More about software gamma correction

# Exhibit C

# REDACTED
# IN ITS ENTIRETY

# Exhibit D

# United States Patent [19]

## Iida et al.

[11] **4,394,688**

[45] **Jul. 19, 1983**

[54] **VIDEO SYSTEM HAVING AN ADJUSTABLE DIGITAL GAMMA CORRECTION FOR CONTRAST ENHANCEMENT**

[75] Inventors: **Hitoshi Iida,** Bedford; **Pay-Shin King,** Newton, both of Mass.

[73] Assignee: **Hamamatsu Systems, Inc.,** Waltham, Mass.

[21] Appl. No.: **296,068**

[22] Filed: **Aug. 25, 1981**

[51] **Int. Cl.³** ......................... **H04N 5/14; H04N 5/20**
[52] **U.S. Cl.** .................................... **358/160;** 358/164; 358/163; 358/166; 358/169; 382/54
[58] **Field of Search** ............... 358/160, 163, 164, 166, 358/37, 168, 169, 903, 111; 364/515

[56] **References Cited**

### U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 3,800,078 | 3/1974 | Cochran et al. ................ | 358/166 X |
| 4,148,070 | 4/1979 | Taylor ................................. | 358/160 |
| 4,242,707 | 12/1980 | Budai .................................. | 358/160 |
| 4,335,427 | 6/1982 | Hunt et al. ....................... | 358/166 X |

*Primary Examiner*—Robert L. Richardson
*Attorney, Agent, or Firm*—Irving M. Kriegsman

[57] **ABSTRACT**

A video system having a television camera, a digital video signal processor coupled to the output of the television camera and a television monitor coupled to the output of the digital video signal processor is disclosed. The digital video signal processor includes an analog to digital converter for converting analog video signals into video data, a frame memory processor for processing and temporarily storing the video data, a random access memory device in which the video data is altered in accordance with the contents of a table-look-up temporarily written therein, a read only memory device containing a plurality of different table-look-ups, each table-look-up containing data representing a different gamma correction, a central processing unit for obtaining a table-look-up from the read only memory device and then writing the table-look-up into the random access memory device and a manually operated control device coupled to the central processing unit for selecting which table-look-up is read out from the read only memory device and then written into the random access memory device and a digital to analog converter for converting the processed video data into analog video signals.

**9 Claims, 1 Drawing Figure**



U.S. Patent                    Jul. 19, 1983                    4,394,688



4,394,688

1

### VIDEO SYSTEM HAVING AN ADJUSTABLE DIGITAL GAMMA CORRECTION FOR CONTRAST ENHANCEMENT

#### BACKGROUND OF THE INVENTION

The present invention relates generally to video systems and more particularly to a video system which includes an adjustable digital gamma correction which is used to selectively emphasize or enhance the contrast of a video picture over different regions of interest.

In a television system the relationship between the brightness of a portion of an object and the brightness of the corresponding portion of the image is generally expressed by the formula:

$$y = x^\gamma$$

where y is the magnitude of the output signal, x is the magnitude of the input signal and $\gamma$ is the power, referred to as the gamma, to which x must be raised to be equal to y. In order to determine the overall gamma of a television system, the gamma of the television camera and the gamma of the television monitor or receiver are multiplied together. In an ideal or distortionless system the overall gamma is 1.0. Unfortunately, in most all television cameras the gamma (which is determined by the composition of the photosensitive material in the vidicon) is between around 0.6 to 0.5 while in most all television monitors the gamma (which is determined by the composition of the phosphorescent material in the screen) is designed to be about 2.2. Consequently, the overall gamma is normally not equal to 1.0 and the contrast of the resulting image is somewhat distorted (i.e. in certain areas the contrast is greater than it should appear and in other areas the contrast is less than it should appear).

In order to correct for this distortion, a type of analog electrical circuit called a gamma correction circuit is normally incorporated into the system. The circuit provides a gamma which when multiplied together with the gamma of the television camera and the gamma of the television monitor produces an overall gamma in the system of around 1.0. These gamma correction circuits are normally built into the television camera or a control module for the television camera and are usually adjustable within a small range, such as from 0.85 to 1.0, to compensate for variations that may be present in the gamma of the particular vidicon tube used in the television camera. Once set to the particular value needed to produce an overall gamma of 1.0 (or as close to 1.0 as is possible), the gamma of the gamma correction circuit is generally not changed. However, in some closed circuit television systems used for surveillance purposes it is known to provide a knob or other manually adjustable means at the television monitor for adjusting the gamma produced by the gamma correction circuit for the purpose of intentionally distorting the contrast over areas of interest where the lighting is poor and the resulting image difficult to perceive. The amount of intentional distortion that can be produced, however, is limited to the small range of adjustability in the analog gamma correction circuit.

It is known to intentionally distort the contrast of an image formed in video microscope systems used in industrial and research applications to examine characteristics and properties of very small objects in order to improve the visibility of the objects being examined by selectively manipulating the gain and offset knobs in the

2

video camera and the diaphragm and compensator settings in the microscope. An example of this technique of contrast enhancement may be found in a publication entitled Video-Enhanced Contrast Polarization (AVEC-POL) Microscopy appearing in Cell Motility 1:275–289 (1981), Alan R. Liss, Inc.

It is also known to convert analog video signals into video data for temporary or permanent storage and/or digital signal image processing. One known type of digital signal image processing that is often performed to improve the quality of an image is noise reduction. An example of a known digital type image processing system may be found in U.S. Pat. No. 4,240,113, to Michael et al. Another example of a digital image processing system is described in Hamamatsu Systems Inc. Product Bulletin/2001 Rev. 2 2-81.

It is an object of this invention to provide a new and improved video system which is especially suited for use in, but not exclusively limited to, industrial and research applications.

It is another object of this invention to provide a novel method and system for selectively manipulating the contrast of a video image.

It is a further object of this invention to provide a video system having an adjustable digital gamma correction.

It is yet still another object of this invention to provide a novel method and system for selectively manipulating the contrast of a video image over low intensity areas.

It is a further object of this invention to provide a novel method and system for selectively manipulating the contrast of a video image over high intensity areas.

It is yet still another object of this invention to provide a video system in which the gamma is adjustable and useable over a range from 0.1 or lower to 3.0 or higher.

It is another object of this invention to provide a system and method for digitally adjusting the gamma of a video system in order to provide contrast enhancement in selected areas of interest.

#### SUMMARY OF THE INVENTION

A video system constructed according to the teachings of the present invention includes a television camera, a digital video signal processor coupled to the output of the television camera and a television monitor coupled to the output of the digital video signal processor. The digital video signal processor includes an analog to digital converter for converting analog video signals from the television camera into video data, a random access memory device through which the video data is passed and in which the video data is altered in accordance with the contents of a table-look-up temporarily written therein, a read only memory device containing a plurality of different table-look-ups for use in the random access memory device, each table-look-up containing data representing a different gamma correction, a central processing unit for obtaining a table-look-up from the read only memory device and then writing the table-look-up so obtained into the random access memory device in response to control signals applied thereto, a manually operated control device for applying control signals to the central processing unit for selecting which table-look-up is read out from the read only memory device and then written into the random access memory device and an analog to digital

4,394,688

3

converter for converting the processed video data into analog video signals. In the operation of the digital video system, the contrast of the video picture appearing the television monitor is adjusted for optimum viewing conditions over an area of interest by changing the particular table-look-up in the random access memory device until the most favorable picture is produced.

The foregoing and other objects as well as many advantages of the invention will appear from the description to follow. In the description, reference is made to the accompanying drawings which form a part thereof, and in which is shown by way of illustrating, specific embodiments for practicing the invention. These embodiments will be described in sufficient detail to enable those skilled in the art to practice the invention, and it is to be understood that other embodiments may be utilized and that structural changes may be made without departing from the scope of the invention. The following detailed description is, therefore, not to be taken in a limiting sense, and the scope of the present invention is best defined by the appended claims.

BRIEF DESCRIPTION OF THE DRAWINGS

In the drawings wherein like reference numerals represent like parts, the sole FIGURE is a simplified block diagram of a video system including a digital video signal processor constructed according to the principles of the present invention.

DETAILED DESCRIPTION OF PREFERRED EMBODIMENT

Referring now to the drawings, there is illustrated in the sole FIGURE a simplified block diagram of a video system constructed according to the teachings of the present invention and identified generally by reference numeral 11.

Video system 11 includes a television camera 13 for generating analog video signals of an object or scene (or an optical image of an object or scene such as may be formed by a microscope), a digital video signal processor 15 for digitally processing the video signals obtained from the TV camera 13 and a television monitor 17 for displaying an image of the processed video signals.

The digital video signal processor 15 includes an analog to digital converter 19 for converting the analog video signals from TV camera 13 into video data. The video data from analog to digital converter 19 is transmitted to one of two inputs of a multiplexer 21 and to the input of a frame memory processor 23. The video data from analog to digital converter 19 may also be transmitted to a host or main computer (not shown) for permanent storage and processing, if desired.

In the frame memory processor 23, video data of a single frame is temporarily stored and processed either before or after storage. The frame memory processor 23 is shown in the FIGURE as including a pair or arithmetic logic units 25 and 27 and a frame memory 29. Frame memory processor 23 performs various known arithmetic type video signal processing functions, such as summing, averaging or differencing, the particular construction of frame memory processor 23 to perform these functions for purposes such as noise reduction not being considered a part of the invention and the particular components shown therein being for illustrative purposes only. Frame memory 29 may comprise a pair of Intel chips number 2117. An example of a known frame memory processor capable of performing adding,

4

substracting and averaging type signal processing is described in the above referenced Hamamatsu Systems Inc. Product Bulletin/2001, Revision 2, 2/81. The output of the frame memory processor 23 is transmitted to the other input of multiplexer 21.

The video data from multiplexer 21, which is obtained either from analog to digital converter 19 or frame memory processor, is transmitted to a high speed random access memory device 31, where it is modified by a table-look-up which is temporarily written therein. Random access memory device 31 may comprise a pair of Fairchild chips number 93L422 and conventional associated logic circuitry. Random access memory device 31 is loaded with the table-look-up which is used to modify the video data from a central processing unit (CPU) 33 which controls the overall operations of the digital video signal processor 15 through signals sent over appropriate control lines (not shown). CPU 33 may be, for example, an Intel chip number 8080. The program for operating CPU 33 is stored in a memory (not shown) and instructions for executing the operating program are entered through a manually operated control panel 35 which includes a keyboard 37 and a joystick 39.

The table-look-up which is sent to random access memory device from CPU 33 is obtained from a bank of different table-look-ups permanently stored in a read only memory device 41 which is coupled to CPU 33. Each one of the table-look-ups in memory device 41 is for a different gamma correction. For example, there may be a bank of thirty table-look-ups, with each table-look-up having a different gamma correction, the smallest gamma correction table being 0.1 or smaller and the largest gamma correction table being 3.0 or larger. As can be appreciated, if the gamma resulting from TV camera 13 and TV monitor 17 is, for example, 1.32 a set of gamma correction tables having a range of 0.1 to 3.0 will enable the overall gamma to be changed from 0.132 to 3.966. Read only memory device 41 may comprise a pair of Intel chips number 2716 and associated logic circuitry.

The modified output data from random access memory device 31 is fed into a digital to analog converter 43 where it is converted into analog video signals. The modified output data may also be sent to the host computer, if desired. The image corresponding to the video output signals from digital to analog converter 43 is displayed on TV monitor 17.

In the operation of the digital video signal processor 15, the particular table-look-up that is read out from the read only memory device 41 and written into the random access memory is controlled through the manually operated control panel 35. For example, the CPU 33 may be programmed so that the specific table-look-up written into the random access memory 31 from the read only memory 41 is determined by the angular position of the joy stick 39. Alternatively CPU 33 may be programmed so that different look-up-tables can be moved from read only memory 41 to random access memory 31 by depressing different keys or combinations of keys on the keyboard 37. As can be appreciated, the gamma correction applied to the video data can thus be very easily and very quickly changed over a range limited solely the number of different tables stored in the read only memory device 41 and the gamma values preselected for the individual tables.

In using the digital video signal processor 15 to manipulate contrast, data sent to multiplexer 21 either

4,394,688

5

directly from analog to digital converter **19** or from frame memory processor **23** is fed from multiplexer **21** into random access memory **31**, the particular data selected being controlled by CPU **33**. The gamma correction table inserted into random access memory device **31** is than changed until the most favorable image is formed on the screen of the TV monitor **17**. By changing the gamma correction over a portion of or over the entire range of table-look-ups, areas of interest in the resulting picture may be seen which might not otherwise be visually perceptible.

As is known, for certain applications such as viewing video pictures of X-rays, it is benefical to emphase contrast in low intensity areas while in other applications such as in video microscopy it is beneficial to emphasize contrast in high intensity areas. Thus, in certain instances low gamma corrections are desirable while in other instances high gamma corrections are desirable.

As is also known, at very high or very low gammas, noise represents a problem that can very adversely effect the resulting picture. However, by processing the video data through frame memory processor **23**, the noise can be easily reduced or substantially eliminated. Therefore, when using very high or very low gammas, the video data should be processed for noise reduction in the frame memory processor **23**.

The above description is considered as illustrative only of the principles of the invention. Further, since numerous modifications and changes will readily occur to those skilled in the art it is not desired to limit the invention to the exact construction and operation shown and described, and accordingly all suitable modifications and equivalents may be resorted to, falling within the scope of the invention as claimed.

What is claimed is:

1. A video system comprising a television camera for converting visual information into analog video signals, a digital video signal processor for digitally processing said anolog video signals and a television monitor for displaying an image of the processed analog video signals, said digital video signal processor including:

  a. an analog to digital converter for converting the analog video signals into video data,

  b. a first memory device for modifying the video data according to the particular contents contained therein,

  c. a second memory device, said second memory device having stored therein a plurality of table-look-ups, each table-look-up corresponding to a different gamma correction,

  d. a central processing unit for controlling the operations of the digital video signal processor, said operations including reading out one of said table-look-ups in said second memory device and writing said read data into said first memory device,

6

  e. a manually operated control device for controlling the operations of the central processing unit, said control device including means for selecting the particular table-look-ups to be read by said central processing unit, and

  f. a digital to analog converter for converting the modified video data from said first memory device into analog video signals.

2. The video system of claim **1** and wherein said first memory device comprises a pair of high speed RAMS.

3. The video system of claim **1** and further including a frame memory processor for processing and/or storing a single frame.

4. The video system of claim **1** and wherein the means for selecting the particular table-look-up to be read by the central processing unit comprises a joystick.

5. A method of manipulating video picture data for the purpose of enhancing contrast over certain areas of interest comprising:

  a. passing said video picture data through a first memory device which is arranged to modify the video picture data according to the contents of a table-look-up contained therein,

  b. providing a second memory device having therein a plurality of different table-look-ups, each table-look-up corresponding to a different gamma correction, and

  c. selectively reading out one of said table-look-ups from said second memory device and writing said table-look-up so read into said first memory device.

6. A digital video signal processor for processing analog video signals comprising:

  a. an analog to digital converter for converting the analog video signals into video data,

  b. a first memory device for modifying the video data according to the particular contents contained therein,

  c. a second memory device having therein a plurality of table-look-ups, each table-look-up constituting a different gamma correction,

  d. a central processing unit for moving one of the table-look-ups from the second memory device to the first memory device and

  e. control means for selecting which table-look-up is moved from the second memory device to the first memory device.

7. A digital video signal processor according to claim **6** and wherein said first memory device comprises a pair of high speed RAMS.

8. A digital video signal processor according to claim **6** and wherein including a frame memory processor for processing and/or storing a single frame.

9. A digital video signal processor according to claim **6** and wherein the means for selecting the particular table-look-up to be read by the central processing unit comprises a joystick.

\* \* \* \* \*

# Exhibit E

# THE OXFORD ENGLISH DICTIONARY

SECOND EDITION

*Prepared by*

J. A. SIMPSON *and* E. S. C. WEINER

VOLUME III

cham–creeky

CLARENDON PRESS · OXFORD

1989

*Oxford University Press, Walton Street, Oxford* OX2 6DP
*Oxford  New York  Toronto
Delhi  Bombay  Calcutta  Madras  Karachi
Petaling Jaya  Singapore  Hong Kong  Tokyo
Nairobi  Dar es Salaam  Cape Town
Melbourne  Auckland
and associated companies in
Berlin  Ibadan*

*Oxford is a trade mark of Oxford University Press*

© *Oxford University Press* 1989

*All rights reserved. No part of this publication may be reproduced,
stored in a retrieval system, or transmitted, in any form or by any means,
electronic, mechanical, photocopying, recording, or otherwise, without
the prior permission of Oxford University Press*

*British Library Cataloguing in Publication Data
Oxford English dictionary.—2nd ed.
1. English language–Dictionaries
I. Simpson, J. A. (John Andrew), 1953-
II. Weiner, Edmund S. C., 1950-
423
ISBN 0-19-861215-X (vol. III)
ISBN 0-19-861186-2 (set)*

*Library of Congress Cataloging-in-Publication Data
The Oxford English dictionary.—2nd ed.
prepared by J. A. Simpson and E. S. C. Weiner
Bibliography: p.
ISBN 0-19-861215-X (vol. III)
ISBN 0-19-861186-2 (set)
1. English language—Dictionaries.  I. Simpson, J. A.
II. Weiner, E. S. C.  III. Oxford University Press.
PE1625.087 1989
423—dc19      88-5330*

*Data capture by ICC, Fort Washington, Pa.
Text-processing by Oxford University Press
Typesetting by Filmtype Services Ltd., Scarborough, N. Yorks.
Manufactured in the United States of America by
Rand McNally & Company, Taunton, Mass.*

NOTICE
THIS MATERIAL M...
PROTECTED BY CO...
LAW (TITLE 2, US ...

**continuity** (kɒntiˈnjuːiti). [a. F. *continuité* (16th c.), ad. L. *continuitāt-em*, f. *continu-us*: see -ITY.] The state or quality of being continuous.

**1.** Of material things: The state or quality of being uninterrupted in extent or substance, of having no intersties or breaks; uninterrupted connexion of parts; connectedness, unbrokenness.

1543 [see 5]. 1570 DEE *Math. Pref.* Dj, Fyre and Ayre .. will descend, when .. their Continuitie should be dissolued. 1607 TOPSELL *Four-f. Beasts* (1673) 38 Inflaming the body, loosing the continuity of the parts. 1615 CROOKE *Body of Man* 307 Now there is no continuitie between the vmbilicall veine and the hollow veine. 1646 SIR T. BROWNE *Pseud. Ep.* II. v. 95 Continuity of parts is the cause of perspicuity. 1727-51 CHAMBERS *Cycl., Continuity* is usually defined, among scholemen, the immediate cohesion of parts in the same quantum. 1802 WELLINGTON in GURW. *Disp.* III. 69 The continuity of the frontier. 1813 BAKEWELL *Introd. Geol.* (1815) 52 Sometimes the continuity of rocks and strata is broken. 1855 BAIN *Senses & Int.* I. ii. §17 (1864) 46 The continuity of the cord with the brain is necessary.

**2. a.** Of immaterial things, actions, processes, etc.: The state or quality of being uninterrupted in sequence or succession, or in essence or idea; connectedness, coherence, unbrokenness.

1693 HOLLAND *Plutarch's Mor.* 1376 All that shall be, hath a stint and dependance of that which is, by a certeine continuitie, which proceedeth from the beginning to the end. 1751 HARRIS *Hermes* vii. (1786) 101 We may gain some idea of Time, by considering it under the notion of a transient continuity. 1820 W. IRVING *Sketch Bk.* I. 10 In travelling by land there is a continuity of scene, a connected succession of incidents that carry on the story of life. 1842 W. GROVE *Corr. Phys. Forces Pref.* (ed. 6) 16 The continuity of attention necessary for the proper evolution of a train of thought.

**b.** *law* or *principle of continuity*: the principle that all change, sequence, or series in nature is continuous, and that nothing passes from one state to another *per saltum*.

The phrase originated with Leibnitz. In 1687 he laid down as a general principle, that where there is continuity between data, such that one case continually approaches and at length loses itself in another, there will be a corresponding continuity in results or properties. For example, it is a property of the ellipse that all rays from the one focus are reflected from the curve to the other; in the parabola all such rays reflected at the curve are parallel; if there be given a series of ellipses continually approaching the parabola by the continuous increase of distance between the foci, the focal radii of these will continuously approach the relation of parallelism, so as at length to differ from it by less than any assignable amount. This was according to Leibnitz 'a principle of general order', having its origin in the mathematical infinite, absolutely necessary in Geometry, but holding good also in Physics, because the Sovereign Wisdom, the source of all things, acts as a perfect Geometer, and according to a harmony that admits no exception. In 1702 he referred to this principle as 'the law of continuity', and claimed that it operates in all natural phenomena, and in his *Nouveaux Essais*, he declared it to be part of his 'Law of Continuity' that everything in nature goes by degrees, and nothing *per saltum*.

[1687 LEIBNITZ *Lettre à Mr. Bayle* Wks. Erdm. 104. 1690 —— *Lettre à Mr. Arnauld* ibid. 107 Chacune de ces substances contient dans sa nature lʼapres continuationis seriei suarum operationum. 1702 —— *Repl. aux Refl. de Bayle* ibid. 189/2 Quʼil ne se rencontre jamais rien, où la loi de la continuité (que jʼai introduite, et dont jʼai fait la première mention dans les *Nouvelles de la République des Lettres* de Mr. Bayle), et toutes les autres règles les plus exactes des Mathématiques soient violées. a1716 —— *Nouv. Ess.* IV. xvi. Tout va par degrés dans la nature et rien par saut, et cette règle, à lʼégard des changemens, est une partie de ma loi de la continuité.] 1753 CHAMBERS *Cycl.* Suppl. s.v., An eminent mathematician has supposed what he calls a law of continuity to obtain in the universe, by which law every thing that is executed or done in nature, is done by infinitely small degrees. 1812-6 PLAYFAIR *Nat. Phil.* (1819) I. 271 When bodies, whether solid or fluid, act on one another by impulse or percussion, in such a manner that their action is subject to the law of continuity. 1830 HERSCHEL *Stud. Nat. Phil.* 180 It presents a breach of the law of continuity between transparent and opake bodies. 1841 J. R. YOUNG *Math. Dissert.* ii. 74 That the angle changes at once from 90° to zero, is to admit no palpable a violation of the principle of continuity.. that, etc. 1869 MULCAHY *Mod. Geom.* (ed. 2) 1878 TAIT & STEWART *Unseen Univ.* (1880) p. xii, We endeavour to show .. that immortality is strictly in accordance with the principle of Continuity (rightly viewed).

**c.** *equation of continuity*, in *Hydrodynamics*: the equation connecting the rate of change of density of a fluid within any closed surface constantly full of fluid with the flow of fluid through the surface.

1856 T. WEBSTER *Equilib. & Motion of Fluids.* 1880 HAUGHTON *Phys. Geog.* iii. 141. 1882 MINCHIN *Unipl. Kinemat* 593.

**3.** The state or quality of being continuous in time; uninterrupted duration. *rare.*

1646 SIR T. BROWNE *Pseud. Ep.* IV. xiii, Wee need not have recourse unto any starre but the Sunne and the continuity of its action. 1840 MRS. BROWNING *Drama of Exile* Poems 1850 I. 27 Their stedfast continuity of gaze. 1841 BREWSTER *Mart. Sc.* ii. iv. (1856) 146 A painful disease, which had its origin in the severity and continuity of his studies.

**4. a.** *quasi-concr.* A continuous or connected whole; a continuous or unbroken course or series. (Of material or immaterial things.)

1601 HOLLAND *Pliny* II. 423 Running throughout one continuity without interruption. a1619 FOTHERBY *Atheom.* II. ix. §3 (1622) 296 All magnitudes and continuities are

deduced from one originall price. 1644 MILTON *Areop.* (Arb.) 70 When every stone is laid artfully together, it cannot be united into a continuity, it can but be contiguous in this world. 1809-10 COLERIDGE *Friend* (1865) 219 A chain that ascends in a continuity of links.

**b.** A part continuous with something else. *rare.*

1869 W. IRVING *Knickerb.* (1861) 248 The New-Netherlands.. a continuity of the territory taken possession of.. by the Pilgrims, when they landed on Plymouth Rock.

**5. solution of continuity:** the fact or condition of being or becoming discontinuous; fracture, rupture, breakage, 'break'. Orig. used of wounds, etc. in an animal body; thence also in other senses.

1543 TRAHERON tr. *Vigo's Chirurg.* (1586) 12 The heart can not suffer solution of continuitie without death. 1601 BRAMHALL *Just Vind.* II. 14 Schisme is an exteriour breach, or a solution of continuity in the body Ecclesiastick. 1707 *Curios. in Husb. & Gard.* 77 The Solution of Continuity may hinder the Juice from mounting. 1790 BURKE *Fr. Rev.* 24 With what address this temporary solution of [historical] continuity is kept from the eye. 1877 TYNDALL in *Daily News* 2 Oct. 2/5 We are brought without solution of continuity into the presence of problems, which.. lie wholly outside the grasp of any scientific theory.

**6. a.** *Cinemat.* A detailed scenario for a cinema film; also, the maintenance of consistency or a continuous flow of action in successive shots or scenes of a cinema or television film. orig. *U.S.*

1921 *Collier's* 25 June 26/3 It is a hobby of mine never to pay no attention to a continuity, as it only gets a man balled up. 1926 G. P. BUCKLE *Mind & Film* i. 18, I am deliberately using the word scenario here instead of continuity (which is the correct name for the working script) in order to avoid confusion when discussing faults in the scenario which result in bad continuity in the film. 1927, etc. [see sense 7 below]. 1930 *Times* 12 July 4/6 Mr. Knoblock became joint author.. of the scenario of the talking film and he also wrote the 'continuity' or stage directions. 1940 F. SCOTT FITZGERALD *Let.* 11 May (1964) 116 Iʼve written a really brilliant continuity .. it seems to be a last life line that Hollywood has thrown me. 1940 *War Illustr.* 12 Jan. p. ii 2 Touching this matter of 'continuity'—to use a word from film-technique. 1951 'J. WYNDHAM' *Day of Triffids* vi. 116 Sandra is our professional remembrancer—continuity is her usual work.

**b.** A series of linking announcements, interpolations, or the like in a radio programme or broadcast; the maintenance of a continuous sequence in broadcasting (see quot. 1941).

1934 *B.B.C. Year-Bk.* 107 The Continuity or the Keys is a good example of a broadcast which requires elaborate technical arrangements to ensure 'continuity'. 1941 *B.B.C. Gloss. Broadc. Terms* 7 Continuity, (1) structure of verse or prose, linking sections of a dramatic or of a magazine programme; (2) announcements or interlude material filling intervals between programmes in a sequence of programmes. 1968 *Listener* 4 Jan. 28/2 All the *Best .. Bus* .. is full of limp interviews and badly written continuity.

**7.** *attrib.*, as **continuity announcement**, **announcer**, **clerk**; **continuity girl** *Cinemat.*, a woman who is responsible for ensuring that there are no discrepancies of detail between linked scenes filmed at different times; **continuity studio** (see quot. 1941); **continuity suite** (see quot. 1962); **continuity title**, an explanatory title inserted into a film to ensure continuity; **continuity writer**, a writer of continuity titles.

1962 A. NISBETT *Technique of Sound Studio* i. 17 The output of individual studios is .. linked together by "continuity announcements. *Ibid.*, "Continuity announcer. 1927 *Sunday Express* 20 May 10 Promising to let her be a "continuity clerk if she did not get ahead as an actress. 1933 'I. HAY' & 'A. ARMSTRONG' *Orders are Orders* II. 46 Meet Miss Mangold, my secretary and "continuity girl. 1937 NT. ROBINSON [title] Continuity girl. 1944 R. MANVELL *Film* i. vi. 68 The director is the admitted co-ordinator of the actorsʼ work, with the continuity girl killing the details. 1970 *Daily Tel.* (Colour Suppl.) 3 July 23 The world of folding chairs, megaphones and continuity girls is put firmly behind him. when he turns to domestic film-making. 1941 *B.B.C. Gloss. Broadc. Terms* 7 *Continuity studio*, small studio from which an announcer, supervising the running of a sequence of programmes, makes opening and closing announcements and interpolates interlude material when required. 1957 *B.B.C. Handbk.* 52 The machines are started and stopped by remote control.. from a "continuity suite in the case of reproductions. 1962 A. NISBETT *Technique of Sound Studio* 146 Continuity suite, a centre through which programmes are routed or where they are reproduced to build a particular service ready for feeding to a transmitter. 1953 K. REISZ *Film Editing* 279 "Continuity title, title designed to bridge a break in the pictorial continuity. 1921 *Moving Pict. Stories* 9 Dec. 18/2 He knows that the "continuity writer is going to make certain changes. 1928 *Sunday Express* 18 Mar. 4/3 The necessity for such titles as "Time went on, and tough changes in the circus" would bring most continuity writers into disgrace.

**continuo** (kɒnˈtinjuːəʊ). *Mus.* = BASSO *continuo*; also, an instrument or instruments playing this.

1724 *Short Explic. For. Words Mus. Bks.* 24 *Continuo*, for this see the Words *basso continuo*. 1740 GRASSINEAU tr. *S. de Brossard's Mus. Dict.* 44 *Continuo*, signifies the thorough Bass, as *Basso continuo* is the continual or thorough Bass. 1879 GROVE *Dict. Mus.* I. 151/2 In the score of the 'Meshhaus Passion' of Bach.. in the recitative a single line and figures is given for the 'continuo' alone. 1942 E. BLOM *Music in Eng.* iii. 42 These harmonic instruments thus began casually to take on the function they or their descendants assumed quite regularly in the next two centuries under the name of *continuo*.

**continuous** (kɒnˈtinjuːəs), *a.* [f. L. *continu-us* hanging together, uninterrupted (f. *contin-ēre* in intr. sense 'to hang together,' etc.) + -OUS.]

**1. a.** Characterized by continuity; extending in space without interruption of substance; having no intersties or breaks; having its parts in immediate connexion; connected, unbroken.

1673 GREW *Anat. Plants* II. iii. §3 It is Compounded of two Bodies. The one Parenchymous; Continuous throughout; yet somewhat Pliable without a solution of its Continuity. 1704 NEWTON *Opticks* II. ii. (1782) IV. 148 The dark intervals must be diminished, until the neighbouring rings become continuous, and are blended. 1795 SOUTHEY *Joan of Arc* VII. 6 Round the city stretch'd Their line continuous, massy as the wall Erst by the fearful Roman.. raised. 1869 DARWIN *Orig. Spec.* xii. (1873) 320 In most cases the area inhabited by a species is continuous. 1879 LOCKYER *Elem. Astron.* vi. 228 If we light a match and observe its spectrum, we find that it is continuous—that is, from end through the whole gamut of colour to the visible limit of the violet. 1881 MAXWELL *Electr. & Magn.* I. 6 Without describing a continuous line in space.

**b.** In unbroken connexion *with*; joined continuously *to*; forming one mass *with*.

1692 RAY *Discol. World* XI. v. (1732) 207 Anciently continuous with Malacca. 1790 S. PALEMON *Six Philos. Ess.* 95 The Superficies whereon it was continuous, etc. 1879 HARLAN *Eyesight* ii. 25 The mucous membrane of the eye is continuous with the skin.

**† c.** *fig. Obs.*

1642 FULLER *Holy & Prof. St.* IV. iii. 252 They were so contiguous and near in kinred, they might not be made continuous (one flesh) in marriage.

**2. a.** Of immaterial things, actions, etc.: Uninterrupted in time, sequence, or essence; going on without interruption; connected, unbroken.

1751 HARRIS *Hermes* ii. (1841) 187 Continuatives .. consolidate sentences into one continuous whole. 1833 *Nat. Philos., Electro-Magnet.* xi. §176. 60 (Useful Knowl. Soc.) The currents transmitted by perfect conductors are continuous; that is, their intensity is either constant, or varies insensibly during two consecutive instants. 1867 SMYTH *Sailor's Word-bk., Continuous service men*, those seamen who, having entered for a period, on being paid off, are permitted to have leave, and return to the flag-ship at the port for general service. 1867 FREEMAN *Norm. Conq.* I. App. (1876) 700 A continuous siege of six months. 1875 JOWETT *Plato* (ed. 2) V. 131 The power of abstract study or continuous thought is very rare. 1878 TAIT & STEWART *Unseen Univ.* vii. §215 Which will explain the continuous life of the universe as well as its continuous energy.

**b.** *Gram.* Of verb tense-forms or aspect: denoting continuous action (see quots.). Cf. EXPANDED *ppl. a.* 2 b and PROGRESSIVE *a.* 3 h.

1887 *N.E.D.* s.v. *be* v., B 15 With the present participle, forming continuous varieties of the tenses. 1892 H. SWEET *New Eng. Gram.* I. 102 Long tenses may be either *continuous* or *recurrent*, denoting repetition, habit, etc. Thus we have a continuous present in *he lives in the country*, a recurrent present in *he goes to Germany twice a year*. 1898 J. C. NESFIELD *Eng. Gram.* v. 58 Continuous [tense] .. denotes that the event (in Present, Past, or Future time) is still continuing, and is not yet completed; as, 'I am loving,' 'I was loving,' 'I shall be loving.' 1904 C. T. ONIONS *Advanced Eng. Syntax* 112 Where a Continuous Tense refers to a period of action, it often implies habit, e.g. 'I shall be dining alone all week'. 1947 W. S. ALLEN *Living Eng. Struct.* 79 It might.. be shown that as a continuous tense describes an action as it is taking place, the Present Continuous is the only real present tense we have in English. 1965 F. R. PALMER *Linguistic Study Eng. Verb* iv. 59 Every second pair in the paradigm .. is progressive. There is no obvious name for the category.. The terms 'continuous' and 'non-continuous' are sometimes used. 1985 R. QUIRK et al. *Comprehensive Gram. Eng. Lang.* 197 The *progressive* aspect (sometimes called the *durative* or *continuous* aspect) indicates a happening *in progress.*

**3.** *technically.* **continuous assessment** (*Educ.*), the evaluation of a pupil's progress throughout the course of study, based on course-work as well as, or instead of, examinations; see also ASSESSMENT 3 b; **continuous brake**, a continuous series of carriage brakes controlled from one point, acting upon every carriage or wheel in a train; **continuous consonants**, those which are capable of prolonged enunciation (opposed to *explosive*); **continuous creation**, creation viewed as being a continuous process and not a single act at a particular time; *spec.* the view that the universe is in a steady state, new systems being formed continually to replace those that disappear; **continuous-flow**, used *attrib.* designating a system, device, etc., in which a fluid or other material flows continuously; **continuous function** (Math.), a function that varies continuously, and whose differential coefficient therefore never becomes infinite; **continuous impost**: see IMPOST; **continuous kiln** (see quot. 1910); **continuous miner** (see quot. 1967); **continuous process**, an industrial process which operates without interruption (opp. *batch process*); **continuous spectrum**, a spectrum not broken by bands or lines, but having the colors shaded into each other continuously, as that from an incandescent solid or liquid, or a gas under high pressure' (WEBSTER 1890) (cf. quot.



1879 for sense 1 a above); **continuous stationary** (see quot. 1942); **continuous stem** (Bot.), one without articulations; **continuous style**, in Gothic Architecture, a style in which the mullions of a window are continued in the tracery, as distinguished from the geometrical style of earlier Gothic; **continuous tone** (see quot. 1968); **continuous variation**, in *Biol.* (see quot. 1961); **continuous voyage**, a voyage which, though interrupted by stops at ports or otherwise, is regarded as a single voyage in reference to the purpose for which it was undertaken (e.g. the consignment of goods or materials); **continuous wave**, an electromagnetic (esp. radio) wave having constant amplitude and intensity; also *attrib.*

**continuously** (kɒn'tɪnjʊəslɪ), *adv.* [f. prec. + -LY².] In a continuous manner;

uninterruptedly, without break; continually, constantly.

**continuousness** (kɒn'tɪnjʊəsnɪs). [f. as prec. + -NESS.] The state or quality of being continuous; continuity.

**conto** (kɒntəʊ). In 6–7 *counto*. [Pg. *conto* = It. *conto*, OF. *cunte*, F. *compte*:—L. *computus*: see COUNT *sb.*] In Portuguese, a million; hence, short for a million reis, worth in Portuguese currency about £220, in Brazilian a little more than half that amount.

**contir-**, obs. f. COUNTER-, e.g. in *contirment*.

**'cont-line**. [Of uncertain derivation: it has been suggested that *cont* is a variant of *cant sb.¹*]
1. 'The spiral intervals formed between the strands of a rope, by their being twisted together'.
2. 'The space between the bilges of two casks stowed side by side'.

**continuance** (kɒn'tɪnjʊəns). [f. as prec. + -NESS.] The state or quality of being continuous; continuity.

**contir-**, obs. f. COUNTER-, e.g. in *contirment*.

**contoid** ('kɒntɔɪd), *a.* and *sb. Linguistics.* [f. *cont-*, shortening of CONSONANT *sb.* + -OID.] A. *adj.* Consonant-like; of consonantal character; *esp.* as contrasted with VOCOID *a.* B. *sb.* A speech sound of the consonantal type.

**con'torniate, con'tourniated**, *ppl. a.* = prec. adj.

‖**contorno** (kɒn'tɔrnɔ). [It. *contorno* circuit, CONTOUR, f. *contornare* to turn together, compass about, put a thing round another (cf. med.L. *contornāre* to round off well), f. L. *con- + tornāre* to turn in a lathe, round off, make round, f. *tornus* a turning-lathe.] Contour, outline of a statue or other work of art.

**contorsion**, obs. form of CONTORTION.

**contorsive** (kɒn'tɔːsɪv), *a.* [f. L. *contorsus*, alleged variant of *contortus* (see CONTORT) + -IVE.] Of contorting quality or tendency.

**contort** (kɒn'tɔːt), *v.* [f. L. *contort-* ppl. stem of *contorquēre*, f. *con- + torquēre* to twist.]
1. *trans.* To twist, twist together or round itself; to draw awry; to distort greatly by twisting.
2. To hurl forth as a missile or argument.

**contorted** (kɒn'tɔːtɪd), *ppl. a.* [f. prec. + -ED.]
1. Twisted, *esp.* twisted together or round itself; drawn awry or out of shape by a twisting action.

# Exhibit F

# INTERMEDIATE ALGEBRA

## EIGHT EDITION

**Margaret L. Lial**

*American River College*

**John Hornsby**

*University of New Orleans*



**ADDISON-WESLEY**

An Imprint of Addison Wesley Longman, Inc.

Reading, Massachusetts • Menlo Park, California • New York • Harlow, England
Don Mills, Ontario • Sydney • Mexico City • Madrid • Amsterdam

**Publisher:** Jason Jordan

**Acquisitions Editor:** Jennifer Crum

**Project Manager:** Kari Heen

**Developmental Editor:** Terry McGinnis

**Managing Editor:** Ron Hampton

**Production Supervisor:** Kathleen A. Manley

**Production Services:** Elm Street Publishing Services, Inc.

**Compositor:** Typo-Graphics

**Art Editor:** Jennifer Bagdigian

**Art Development:** Meredith Nightingale

**Artists:** Precision Graphics, Darwen and Vally Hennings, Gary Torrisi, and Bob Giuliani

**Marketing Manager:** Craig Bleyer

**Prepress Buyer:** Caroline Fell

**Manufacturing Coordinator:** Evelyn Beaton

**Text and Cover Designer:** Susan Carsten

**Cover Illustration:** © Peter Siu/SIS

**Library of Congress Cataloging-in-Publication Data**
Lial, Margaret L.
    Intermediate algebra.—8th ed. / Margaret L. Lial, John Hornsby.
      p.    cm.
    Includes index.
    ISBN 0-321-03646-8 (student ed.)
    ISBN 0-321-04132-1 (annot. inst. ed.)
    1. Algebra.    I. Hornsby, John.    II. Title.

  QA152.2.L52  2000
  512.9—dc21                    99-24945
                                      CIP

Copyright © 2000 by Addison Wesley Longman. All rights reserved.
*Reprinted with corrections, November 1999*
No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Addison Wesley Longman unless such copying is expressly permitted by federal copyright law. Address inquiries to Addison Wesley Longman, One Jacob Way, Reading, MA 01867.

Printed in the U.S.A.

23456789-VH-02 01 00 99

**OBJECTIVE** Find the arithmetic mean (average) of a group of numbers. The **arithmetic mean,** or **average,** of a group of numbers is defined as the sum of all the numbers divided by the number of numbers.

### Arithmetic Mean or Average

The arithmetic mean, or average, of a group of numbers is symbolized $\bar{x}$ and is found by dividing the sum of the numbers by the number of numbers. That is,

$$\bar{x} = \frac{\sum_{i=1}^{n} x_i}{n}.$$

Here the values of $x_i$ represent the individual numbers in the group, and $n$ represents the number of numbers.

**EXAMPLE 6**   Finding the Arithmetic Mean or Average

The following table shows the number of companies listed on the New York Stock Exchange for each year during the period 1990–1996. What was the average number of listings for this seven-year period?

| Year | Number of Listings |
|------|--------------------|
| 1990 | 1774 |
| 1991 | 1885 |
| 1992 | 2088 |
| 1993 | 2361 |
| 1994 | 2570 |
| 1995 | 2675 |
| 1996 | 2907 |

*Source:* New York Stock Exchange.

Let $x_1 = 1774$, $x_2 = 1885$, and so on. Since there are 7 numbers in the group, $n = 7$. Therefore,

$$\bar{x} = \frac{\sum_{i=1}^{7} x_i}{7}$$

$$= \frac{1774 + 1885 + 2088 + 2361 + 2570 + 2675 + 2907}{7}$$

$$= 2323 \quad \text{(rounded to the nearest unit).}$$

The average number of listings for this seven-year period was 2323.