IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 06-738-SLR |
| | ) |
| HEWLETT-PACKARD COMPANY, | ) |
| | ) |
| Defendant. | ) |

## O R D E R

At Wilmington this 31st day of January, 2008,

IT IS HEREBY ORDERED that the oral argument on claim construction and motion(s) for summary judgment scheduled for 9:30 a.m. on Friday, July 25, 2008 is hereby rescheduled to **Friday, August 1, 2008, at 1:00 p.m.** in courtroom 6B on the 6th Floor, J. Caleb Boggs Federal Building, 844 King Street, Wilmington, Delaware. Each party shall be given one and one half hours to present its argument.

_____
United States District Judge