IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant and Counterclaim-Plaintiff. | C.A. No. 06-738 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that true and correct copies of the following documents were caused to be served on the attorneys of record on the following dates, at the following addresses and in the manner indicated:

<u>January 22, 2008</u>

- Hewlett-Packard Company's Objections to Polaroid Corporation's Subpoena Duces Tecum of Jim Lyons;

- Jim Lyons' Responses and Objections to Polaroid Corporation's Subpoena Duces Tecum of Jim Lyons;

<u>January 23, 2008</u>

- Hewlett-Packard Company's Responses to Polaroid Corporation's Second Set of Requests for Admission

<u>January 25, 2008</u>

- Hewlett-Packard Company's Responses and Objections to Polaroid Corporation's Thirteenth Notice of Rule 30(b)(6) Deposition;

- Hewlett-Packard Company's Second Supplemental Response to Polaroid's First Set of Interrogatories (No. 15)

January 31, 2008

- Hewlett-Packard Company's Responses and Objections to Polaroid Corporation's Third Notice of Rule 30(b)(6) Deposition

| | |
|---|---|
| **_Via Email_**<br>Jack B. Blumenfeld (#1014)<br>Julie Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone:  302-658-9200<br>Fax:  302-658-3989<br>Email:  jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |
| **_Via Email_**<br>Russell E. Levine, P.C./C. Graham Gerst<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone:  312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com; ggerst@kirkland.com; skinnerm@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; cholohan@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

**_Courtesy Copy Via Overnight Mail_**
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

Dated: February 1, 2008

FISH & RICHARDSON P.C.

By:   */s/ William J. Marsden, Jr.*
    William J. Marsden, Jr. (#2247)
    919 N. Market Street, Suite 1100
    Wilmington, DE 19801
    Telephone: (302) 652-5070
    Facsimile: (302) 652-0607
    Email: marsden@fr.com

    John E. Giust
    Matthew C. Bernstein
    12390 El Camino Real
    San Diego, CA 92130
    Telephone: (858) 678-5070
    Facsimile: (858) 678-5099
    Emails: giust@fr.com; bernstein@fr.com

    Bradley D. Coburn
    111 Congress Avenue, Suite 810
    Austin, TX 78701
    Telephone: (512) 472-5070
    Facsimile: (512) 320-8935
    Email: coburn@fr.com

    Daniel C. Winston *(pro hac vice)*
    Choate Hall & Stewart, LLP
    Two International Place
    Boston, MA 02110
    Telephone: (617) 248-5000
    Facsimile: (617) 248-4000
    Email: dwinston@choate.com

Attorneys for Defendant and Counterclaim-Plaintiff
Hewlett-Packard Company

## CERTIFICATE OF SERVICE

I hereby certify that on February 1, 2008, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone: 302-658-9200<br>Fax: 302-658-3989<br>Emails: jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>Polaroid Corporation |

In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| *Via Email*<br>Russell E. Levine, P.C./C. Graham Gerst<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone: 312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com; ggerst@kirkland.com; skinnerm@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; cholohan@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>Polaroid Corporation |

*Courtesy Copy Via Federal Express*
Michelle W. Jordan
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone: 312-861-2000
Fax:  312-861-2200

    /s/ *William J. Marsden, Jr.*
    William J. Marsden, Jr.

80046625.doc