IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>   v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>   Defendants and Counterclaim Plaintiff. | C.A. No. 06-738-SLR |

**STIPULATION AND ORDER TO AMEND SCHEDULING ORDER**

Plaintiff POLAROID CORPORATION, ("Polaroid") and Defendant HEWLETT-PACKARD COMPANY ("HP") , by and through their respective counsel, hereby stipulate and agree, subject to approval of the court, that Paragraph 3(c) of the Amended Scheduling Order (D.I. 51) is amended as follows:

3(c) Expert discovery shall be commenced in time to be completed by May 9, 2008.

3(c)(1) Expert reports on issues for which the parties have the burden of proof due March 14, 2008; and Rebuttal expert reports due on April 18, 2008.

This stipulation and order shall not affect any other dates or provisions of the Amended Scheduling Order, including but not limited to the dates for case dispositive motions and briefs.

\\

\\

\\

| FISH & RICHARDSON P.C. | MORRIS, NICHOLS, ARSHT & TUNNELL, LLP |
|---|---|
| */s/William J. Marsden, Jr.* | */s/ Jack B. Blumenfeld* |
| William J. Marsden, Jr., (I.D. #2247) | Jack B. Blumenfeld (#1014) |
| 919 N. Market Street, Suite 1100 | Julie Heaney (#3052) |
| P.O. Box 1114 | 1201 North Market Street |
| Wilmington, DE 19899-1114 | Wilmington, DE 19899-1347 |
| Telephone: (302) 652-5070 | Phone: 302-658-9200 |
| marsden@fr.com | Fax: 302-658-3989 |
| | Emails: jblumenfeld@mnat.com; jheaney@mnat.com |
| *Attorneys for Plaintiff and Counterclaim Defendant Hewlett-Packard Company* | *Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation* |

SO ORDERED this __ day of February, 2008

_____
UNITED STATES DISTRICT JUDGE

80055398.doc