IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant and Counterclaim-Plaintiff. | C.A. No. 06-738 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on March 14, 2008, a true and correct copy of **Expert Report of Dr. Rangaraj Rangayyan** was caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Julie Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone: 302-658-9200<br>Fax: 302-658-3989<br>Email: jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |
| *Via Email*<br>Russell E. Levine, P.C./C. Graham Gerst<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Phone: 312-861-2000<br>Fax: 312-861-2200<br>Emails: rlevine@kirkland.com; ggerst@kirkland.com; skinnerm@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; cholohan@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

*Courtesy Copy Via Overnight Mail*
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone: 312-861-2000
Fax: 312-861-2200

| | |
|---|---|
| Dated:  March 17, 2008 | FISH & RICHARDSON P.C. |// 
|  | By:  /s/ William J. Marsden, Jr.  |

William J. Marsden, Jr. (#2247)
919 N. Market Street, Suite 1100
Wilmington, DE  19801
Telephone:  (302) 652-5070
Facsimile:   (302) 652-0607
Email:  marsden@fr.com

John E. Giust
Matthew C. Bernstein
12390 El Camino Real
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:  (858) 678-5099
Emails:  giust@fr.com; bernstein@fr.com

Bradley D. Coburn
111 Congress Avenue, Suite 810
Austin, TX  78701
Telephone:  (512) 472-5070
Facsimile:  (512) 320-8935
Email:  coburn@fr.com

Daniel C. Winston *(pro hac vice)*
Choate Hall & Stewart, LLP
Two International Place
Boston, MA 02110
Telephone:  (617) 248-5000
Facsimile:  (617) 248-4000
Email:  dwinston@choate.com

Attorneys for Defendant and Counterclaim-Plaintiff
Hewlett-Packard Company

## CERTIFICATE OF SERVICE

I hereby certify that on March 17, 2008, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone:  302-658-9200<br>Fax:  302-658-3989<br>Emails:  jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| *Via Email*<br>Russell E. Levine, P.C./C. Graham Gerst<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone:  312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com; ggerst@kirkland.com; skinnerm@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

*Courtesy Copy Via Federal Express*
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

 

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

80045166.doc