IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>  Plaintiff and Counterclaim-Defendant,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>  Defendant and Counterclaim-Plaintiff. | C.A. No. 06-738 (SLR) |

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

PLEASE TAKE NOTICE of the change of firm and address, effective today, for John E. Giust and Matthew C. Bernstein, who have been admitted pro hac vice to represent Defendant and Counterclaim-Plaintiff Hewlett-Packard Company in this matter. All other attorneys of record in the case from Fish & Richardson P.C. and Choate Hall & Stewart, LLP continue to represent Defendant and Counterclaim-Plaintiff Hewlett-Packard Company.

>John E. Giust
>Matthew C. Bernstein
>Mintz Levin Cohn Ferris Glovsky and Popeo PC
>5355 Mira Sorrento Place
>Suite 600
>San Diego, CA 92121-3039
>858-320-3000
>858-320-3001 fax
>JGiust@mintz.com
>MBernsten@mintz.com

Dated: April 21, 2008

FISH & RICHARDSON P.C.

By:   */s/ William J. Marsden, Jr.*
    William J. Marsden, Jr. (#2247)
    Raymond N. Scott, Jr. (#4949)
    919 N. Market Street, Suite 1100
    Wilmington, DE 19801
    Telephone: (302) 652-5070
    Facsimile: (302) 652-0607
    Email: marsden@fr.com

Bradley D. Coburn
111 Congress Avenue, Suite 810
Austin, TX 78701
Telephone: (512) 472-5070
Facsimile: (512) 320-8935
Email: coburn@fr.com

MINTZ COHN FERRIS GLOVSKY & POPEO, P.C.
John E. Giust
Matthew C. Bernstein
5355 Mira Sorrento Place, Suite 600
San Diego, CA 92121-3039
Telephone: 858-320-3000
Facsimile: 858-320-3001
Email: JGiust@mintz.com
       MBernsten@mintz.com

CHOATE HALL & STEWART, LLP
Robert S. Frank, Jr.
Daniel C. Winston
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000
Email: rfrank@choate.com
       dwinston@choate.com

*Attorneys for Defendant and Counterclaim-Plaintiff Hewlett-Packard Company*

# CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2008, I electronically filed with the Clerk of Court the foregoing **NOTICE OF CHANGE OF ATTORNEY INFORMATION** using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone:  302-658-9200<br>Fax:  302-658-3989<br>Emails:  jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |
| *Via Email*<br>Russell E. Levine, P.C.<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone:  312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com; ggerst@kirkland.com; mskinner@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

*Courtesy Copy Via Federal Express*
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

                                                /s/ *William J. Marsden, Jr.*
                                                William J. Marsden, Jr.

80058582.doc