# FISH & RICHARDSON P.C.

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

Suite 1100
919 N. Market Street
P.O. Box 1114
Wilmington, Delaware
19899-1114

Telephone
302 652-5070

Facsimile
302 652-0607

Web Site
www.fr.com

**VIA ECF**

April 21, 2008

Dr. Peter T. Dalleo
Clerk of the Court
U.S. District Court for the
 District of Delaware
844 N. King Street
Wilmington, DE  19801

Re:   Polaroid Corporation v. Hewlett-Packard Company
      USDC-D. Del. - C.A. No. 06-738 (SLR)

Dear Dr. Dalleo:

Please be advised that, effective immediately, John E. Giust and Matthew C. Bernstein, two of the counsel of record for Hewlett-Packard Company in the above-referenced matter, have changed their firm and address as follows:

> John E. Giust
> Matthew C. Bernstein
> Mintz Levin Cohn Ferris Glovsky and Popeo PC
> 5355 Mira Sorrento Place, Suite 600
> San Diego, CA 92121-3039
> 858-320-3000 phone / 858-320-3001 fax
> JGiust@mintz.com
> MBernsten@mintz.com

We request that the Clerk's office change their ECF e-mail addresses accordingly. Also, please add Elizabeth Lee, their assistant to the ECF notification: ENLee@mintz.com.  All other email addresses for the counsel of record for Hewlett-Packard Company remain the same.

Thank you for your anticipated assistance.  Please contact our office if you require further information.

Very truly yours,

*/s/ William J. Marsden, Jr.*

William J. Marsden, Jr.

WJM/jrm

80058650.doc