IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>   Plaintiff and Counterclaim-Defendant,<br><br>   v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>   Defendant and Counterclaim-Plaintiff. | C.A. No. 06-738 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on April 21, 2008, a true and correct copy of the following expert reports were caused to be served on the attorneys of record, at the following addresses and in the manner indicated:

- Expert Report of Jacob Jacoby, Ph.D. (survey)

- Rebuttal Expert Report of Professor Jacob Jacoby, Ph.D.

- Expert Report of Robert H. Wallace

- Expert Report of Paul Fredrickson

- Expert Report of Dr. Robert L. Stevenson

- Expert Report of Dr. Dan Schonfeld

- Supplemental Expert Report of Dr. Rangaraj Rangayyan

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Julie Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone: 302-658-9200<br>Fax: 302-658-3989<br>Email: jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>Polaroid Corporation |

| | |
|---|---|
| ***Via Email***<br>Russell E. Levine, P.C.<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone:  312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com; ggerst@kirkland.com; mskinner@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; cholohan@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

***Courtesy Copy Via Overnight Mail***
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

Dated: April 28, 2008  FISH & RICHARDSON P.C.

By: */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
919 N. Market Street, Suite 1100
Wilmington, DE 19801
Telephone: (302) 652-5070
Facsimile: (302) 652-0607
Email: marsden@fr.com

Bradley D. Coburn
111 Congress Avenue, Suite 810
Austin, TX 78701
Telephone: (512) 472-5070
Facsimile: (512) 320-8935
Email: coburn@fr.com

Robert S. Frank, Jr.
Daniel C. Winston
Choate Hall & Stewart, LLP
Two International Place
Boston, MA 02110
Telephone: (617) 248-5000
Facsimile: (617) 248-4000
Email: dwinston@choate.com

John E. Giust
Matthew C. Bernstein
Mintz Levin Cohn Ferris Glovsky and Popeo PC
5355 Mira Sorrento Place
Suite 600
San Diego, CA 92121-3039
858-320-3000
858-320-3001 fax
Email: JGiust@mintz.com
         MBernstein@mintz.com


Attorneys for Defendant and Counterclaim-Plaintiff
Hewlett-Packard Company

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2008, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| ***Via Email***<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone: 302-658-9200<br>Fax: 302-658-3989<br>Emails: jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| ***Via Email***<br>Russell E. Levine, P.C.<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone: 312-861-2000<br>Fax: 312-861-2200<br>Emails: rlevine@kirkland.com; ggerst@kirkland.com; mskinner@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

***Courtesy Copy Via Federal Express***
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone: 312-861-2000
Fax: 312-861-2200

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

80045166.doc