IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POLAROID CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No.  06-738 (SLR) |
| | ) | |
| HEWLETT-PACKARD COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION AND ORDER**
**FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the

admission *pro hac vice* of Colby Anne Kingsbury, Kirkland & Ellis, LLP, 200 East Randolph

Drive, Chicago, Illinois  60601-6636 to represent Polaroid Corporation in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney (#3052)*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, Delaware  19801
(302) 658-9200
jheaney@mnat.com
  Attorneys for Plaintiff, Polaroid Corporation

April 29, 2008
2309196

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is

granted.

Dated: _____        _____
                                                    UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Illinois and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 4·29·08

Colby Anne Kingsbury
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636
312-861-2357
ckingsbury@kirkland.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on April 29, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Marsden, Jr.
> FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on April 29, 2008 upon the following in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| William J. Marsden, Jr. | Bradley Coburn |
| FISH & RICHARDSON P.C. | FISH & RICHARDSON P.C. |
| 919 N. Market Street, Suite 1100 | One Congress Plaza, Suite 810 |
| Wilmington, DE 19801 | 111 Congress Avenue |
| | Austin, TX 78701 |
| Matthew Bernstein | |
| John E. Giust | Daniel Winston |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND | CHOATE HALL & STEWART, LLP |
| POPEO PC | Two International Place |
| 5355 Mira Sorrento Place | Boston, MA 02110 |
| Suite 600 | |
| San Diego, CA 92121-3039 | |

*/s/ Julia Heaney (#3052)*

Julia Heaney (#3052)