IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>          Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>          Defendant. | )<br>)<br>)<br>) C. A. No. 06-738 (SLR) (D.Del.)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached Certification, counsel moves the admission *pro hac vice* of Robert M. Buchanan, Jr. of Choate, Hall & Stewart, Two International Place, Boston, Massachusetts 02110, to represent Defendant Hewlett-Packard Company in this matter.

Dated: May 6, 2008

FISH & RICHARDSON P.C.

By:  /s/ *William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247) 919
N. Market Street, Suite 1100
Wilmington, DE 19801
Phone: (302) 652-5070
Facsimile: (302) 652-0607
Email: marsden@fr.com
Attorneys for Defendant
Hewlett-Packard Company

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____

_____
United States District Judge

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Massachusetts, the Court of Appeals for the First Circuit, the United States District Court for the District of Massachusetts, the United States District Court for the Eastern District of Michigan, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this Motion.

Dated: May 5, 2008

CHOATE, HALL & STEWART

By: _____
Robert M. Buchanan, Jr.
Two International Place
Boston, M-A  02110
Phone: 617-248-5000
Facsimile: 617-248-4000
Email: rbuchanan@choate.com

Attorneys for Defendant
Hewlett-Packard Company

4327630v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 6, 2008, I electronically filed with the Clerk of Court the foregoing **MOTION AND ORDER FOR PRO HAC ADMISSION** using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| Jack B. Blumenfeld (#1014) | Attorneys for Plaintiff and |
| Julie Heaney (#3052) | Counterclaim-Defendant |
| Morris, Nichols, Arsht & Tunnell, LLP | Polaroid Corporation |
| 1201 North Market Street | |
| Wilmington, DE 19899-1347 | |
| Phone: 302-658-9200 | |
| Fax: 302-658-3989 | |
| Emails: jblumenfeld@mnat.com; jheaney@mnat.com | |

In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| *Via Electronic Mail* | Attorneys for Plaintiff and |
| Russell E. Levine, P.C./C. Graham Gerst | Counterclaim-Defendant |
| Michelle W. Jordan/David W. Higer | Polaroid Corporation |
| Maria A. Meginnes/C. Beasley | |
| Kirkland & Ellis LLP | |
| 200 East Randolph Drive | |
| Chicago, IL 60601 | |
| Phone: 312-861-2000 | |
| Fax: 312-861-2200 | |
| Emails: rlevine@kirkland.com; ggerst@kirkland.com; mjordan@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | |

/s/ *William J. Marsden*
William J. Marsden, Jr. (#2247)

4327722v1