IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>      Defendant. | C.A. No. 06-738-SLR |

**HEWLETT-PACKARD COMPANY'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT, OR, IN THE ALTERNATIVE, PATENT INVALIDITY**

      Defendant Hewlett-Packard Company hereby makes this Motion For Summary Judgment Of Non-Infringement, Or, In The Alternative, Patent Invalidity against Polaroid Corporation, the reasons for which are outlined in Hewlett-Packard Company's Memorandum In Support Of Its Motion For Summary Judgment Of Non-Infringement, Or, In The Alternative, Patent Invalidity and all supporting declarations and exhibits.

4331651v1

Dated: May 16, 2008                FISH & RICHARDSON P.C.

By:  */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
Raymond N. Scott, Jr. (#4949)
919 N. Market Street, Suite 1100
Wilmington, DE  19801
Telephone:  (302) 652-5070
Facsimile:   (302) 652-0607
Email:  marsden@fr.com

CHOATE HALL & STEWART, LLP
Robert S. Frank, Jr.
Daniel C. Winston
Two International Place
Boston, MA 02110
Telephone:  (617) 248-5000
Facsimile:  (617) 248-4000
Email:  rfrank@choate.com
           dwinston@choate.com

MINTZ COHN FERRIS GLOVSKY &
POPEO, P.C.
John E. Giust
Matthew C. Bernstein
5355 Mira Sorrento Place, Suite 600
San Diego, CA 92121-3039
Telephone:  858-320-3000
Facsimile:  858-320-3001
Email:  JGiust@mintz.com
           MBernstein@mintz.com

*Attorneys for Defendant and Counterclaim-
Plaintiff Hewlett-Packard Company*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 16, 2008, I electronically filed with the Clerk of Court the foregoing document using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone: 302-658-9200<br>Fax: 302-658-3989<br>Emails: jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |
| *Via Email*<br>Russell E. Levine, P.C.<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Phone: 312-861-2000<br>Fax: 312-861-2200<br>Emails: rlevine@kirkland.com; ggerst@kirkland.com; mskinner@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

*Courtesy Copy Via Federal Express*
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Phone: 312-861-2000
Fax: 312-861-2200

                                                                  */s/ William J. Marsden, Jr.*
                                                                  William J. Marsden, Jr.

1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>  Defendant and Counterclaim Plaintiff. | C.A. No. 06-738-SLR |

**[PROPOSED] ORDER REGARDING HEWLETT-PACKARD COMPANY'S
MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT,
OR, IN THE ALTERNATIVE, PATENT INVALIDITY**

AND NOW, the Court, having considered Hewlett-Packard Company's Motion For Summary Judgment Of Non-Infringement, Or, In The Alternative, Patent Invalidity in this case and all supporting memoranda, declarations and exhibits filed by Hewlett-Packard Company and Polaroid Corporation's opposition to the motion and all supporting memoranda, declarations and exhibits,

IT IS HEREBY ORDERED that Hewlett-Packard Company's Motion For Summary Judgment Of Non-Infringement, Or, In The Alternative, Patent Invalidity is GRANTED.

SO ORDERED, this ___ day of _____, 2008.

_____
The Honorable Sue L. Robinson

4331663v1