IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION, | |
|     Plaintiff and Counterclaim Defendant, | |
|     v. | C.A. No. 06-738-SLR |
| HEWLETT-PACKARD COMPANY, | |
|     Defendant and Counterclaim Plaintiff. | |

## DEFENDANT HEWLETT-PACKARD COMPANY'S
## MOTION FOR SUMMARY JUDGMENT ON GROUNDS OF ESTOPPEL
## AND, IN THE ALTERNATIVE OR IN ADDITION, LACHES

Defendant Hewlett-Packard Company hereby makes this Motion for Summary Judgment on Grounds of Estoppel and, in the Alternative or in Addition, Laches against Polaroid Corporation, the reasons for which are outlined in Defendant Hewlett-Packard Company's Brief in Support of its Motion for Summary Judgment on Grounds of Estoppel and, in the Alternative or in Addition, Laches and all supporting memoranda, declarations and exhibits.

Dated:  May 16, 2008                FISH & RICHARDSON P.C.

                                    By:   /s/ William J. Marsden, Jr.
                                          William J. Marsden, Jr. (#2247)
                                          Raymond N. Scott, Jr. (#4949)
                                          919 N. Market Street, Suite 1100
                                          Wilmington, DE  19801
                                          Telephone:  (302) 652-5070
                                          Facsimile:   (302) 652-0607
                                          Email:  marsden@fr.com

                                          CHOATE HALL & STEWART, LLP
                                          Robert S. Frank, Jr.
                                          Daniel C. Winston
                                          Two International Place
                                          Boston, MA 02110
                                          Telephone:  (617) 248-5000
                                          Facsimile:  (617) 248-4000
                                          Email:  rfrank@choate.com
                                                  dwinston@choate.com

                                          MINTZ COHN FERRIS GLOVSKY &
                                          POPEO, P.C.
                                          John E. Giust
                                          Matthew C. Bernstein
                                          5355 Mira Sorrento Place, Suite 600
                                          San Diego, CA 92121-3039
                                          Telephone:  858-320-3000
                                          Facsimile:  858-320-3001
                                          Email:  JGiust@mintz.com
                                                  MBernstein@mintz.com

                                          *Attorneys for Defendant and Counterclaim-
                                          Plaintiff Hewlett-Packard Company*

                                           2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 16, 2008, I electronically filed with the Clerk of Court the

foregoing document using CM/ECF which will send electronic notification of such filing(s) to

the following counsel:

<u>*Via Email*</u>                                          Attorneys for Plaintiff and
Jack B. Blumenfeld (#1014)                      Counterclaim-Defendant
Julia Heaney (#3052)                                Polaroid Corporation
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE 19899-1347
Phone:  302-658-9200
Fax:  302-658-3989
Emails:  jblumenfeld@mnat.com; jheaney@mnat.com

<u>*Via Email*</u>                                          Attorneys for Plaintiff and
Russell E. Levine, P.C.                            Counterclaim-Defendant
Michelle W. Skinner/David W. Higer          Polaroid Corporation
Maria A. Meginnes/Courtney Holohan/C. Beasley
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200
Emails:  rlevine@kirkland.com; ggerst@kirkland.com;
mskinner@kirkland.com; dhiger@kirkland.com;
mmeginnes@kirkland.com; mmeginnes@kirkland.com;
cbeasley@kirkland.com

<u>*Courtesy Copy Via Federal Express*</u>
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

                                              */s/ William J. Marsden, Jr.*
                                              William J. Marsden, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POLAROID CORPORATION,

    Plaintiff and Counterclaim Defendant,

    v.

HEWLETT-PACKARD COMPANY,

    Defendant and Counterclaim Plaintiff.

C.A. No. 06-738-SLR

**[PROPOSED] ORDER REGARDING DEFENDANT HEWLETT-PACKARD COMPANY'S MOTION FOR SUMMARY JUDGMENT ON GROUNDS OF ESTOPPEL AND, IN THE ALTERNATIVE OR IN ADDITION, LACHES**

AND NOW, the Court, having considered Hewlett-Packard Company's Motion for Summary Judgment on Grounds of Estoppel and, in the Alternative or in Addition, Laches in this case and all supporting memoranda, declarations and exhibits filed by Hewlett-Packard Company and Polaroid Corporation's opposition to the motion and all supporting memoranda, declarations and exhibits,

IT IS HEREBY ORDERED that Hewlett-Packard Company's Motion for Summary Judgment on Grounds of Estoppel and, in the Alternative or in Addition, Laches is GRANTED.

SO ORDERED, this ___ day of _____, 2008.

_____
The Honorable Sue L. Robinson