IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-738 (SLR) |
| | ) |
| HEWLETT-PACKARD COMPANY, | ) |
| | ) |
| Defendant. | ) |

**POLAROID CORPORATION'S MOTION FOR
SUMMARY JUDGMENT UNDER 35 U.S.C. § 287**

Pursuant to Fed. R. Civ. P. 56, Plaintiff Polaroid Corporation ("Polaroid") hereby moves for partial summary judgment that Polaroid's damages claims are not limited by 35 U.S.C. § 287. The grounds for this motion are set forth in Polaroid Corporation's Opening Brief in Support of Its Motion for Summary Judgment Under 35 U.S.C. § 287, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiff Polaroid Corporation*

OF COUNSEL:

Russell E. Levine, P.C.
G. Courtney Holohan
Michelle W. Skinner
David W. Higer
Maria A. Meginnes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

May 16, 2008
2331678

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 16, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Marsden, Jr.
> FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on May 16, 2008 upon the following in the manner indicated:

### BY E-MAIL

| | |
|---|---|
| William J. Marsden, Jr.<br>FISH & RICHARDSON P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801 | Bradley Coburn<br>FISH & RICHARDSON P.C.<br>One Congress Plaza, Suite 810<br>111 Congress Avenue<br>Austin, TX 78701 |
| Matthew Bernstein<br>John E. Giust<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC<br>5355 Mira Sorrento Place<br>Suite 600<br>San Diego, CA 92121-3039 | Daniel Winston<br>CHOATE HALL & STEWART, LLP<br>Two International Place<br>Boston, MA 02110 |

*/s/ Julia Heaney*

Julia Heaney (#3052)