IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION              ) | |
|                                                           ) | |
|        Plaintiff,             ) | |
|                                                           ) | |
| v.                                                     ) | C.A. No. 06-738 (SLR) |
|                                                           ) | |
| HEWLETT-PACKARD COMPANY, ) | |
|                                                           ) | |
|        Defendant.          ) | |

**POLAROID CORPORATION'S MOTION FOR SUMMARY JUDGMENT
THAT CLAIMS 1-3 OF U.S. PATENT NO. 4,829,381 ARE NOT OBVIOUS**

Pursuant to Fed. R. Civ. P. 56, Plaintiff Polaroid Corporation ("Polaroid") hereby moves for summary judgment that Claims 1-3 of U.S. Patent No. 4,829,381 are not obvious. The grounds for this motion are set forth in Polaroid Corporation's Opening Brief in Support of Its Motion for Summary Judgment that Claims 1-3 of U.S. Patent No. 4,829,381 Are Not Obvious, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Julia Heaney*

OF COUNSEL:

Russell E. Levine, P.C.
G. Courtney Holohan
Michelle W. Skinner
David W. Higer
Maria A. Meginnes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

May 16, 2008
2331682

Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
jheaney@mnat.com
  *Attorneys for Plaintiff, Polaroid Corporation*

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 16, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Marsden, Jr.
>FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on May 16, 2008 upon the following in the manner indicated:

### BY E-MAIL

| | |
|---|---|
| William J. Marsden, Jr.<br>FISH & RICHARDSON P.C.<br>919 N. Market Street, Suite 1100<br>Wilmington, DE 19801 | Bradley Coburn<br>FISH & RICHARDSON P.C.<br>One Congress Plaza, Suite 810<br>111 Congress Avenue<br>Austin, TX 78701 |
| Matthew Bernstein<br>John E. Giust<br>MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC<br>5355 Mira Sorrento Place<br>Suite 600<br>San Diego, CA 92121-3039 | Daniel Winston<br>CHOATE HALL & STEWART, LLP<br>Two International Place<br>Boston, MA 02110 |

*/s/ Julia Heaney*

Julia Heaney (#3052)