IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant. | C.A. No. 06-738 (SLR) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of E. Page Wilkins, Elizabeth A. Castellani, and Jessica Gan Lee of Choate, Hall & Stewart, Two International Place, Boston, Massachusetts 02110, to represent Defendant Hewlett-Packard Company in this matter.

Dated: May 21, 2008                FISH & RICHARDSON P.C.

                                By:   */s/ William J. Marsden, Jr.*
                                      William J. Marsden, Jr. (#2247)
                                      919 N. Market Street, Suite 1100
                                      Wilmington, DE 19801
                                      Telephone: (302) 652-5070
                                      Facsimile: (302) 652-0607
                                      Email: marsden@fr.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Dated: _____                _____
                                     United States District Judge

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Massachusetts, the United States District Court for the District of Massachusetts, the United States District Court for the District of Colorado, and the Court of Appeals for the Third Circuit, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this Motion.

Dated: May 20, 2008

CHOATE, HALL & STEWART

By: _E. Page Wilkins_ (signature)
E. Page Wilkins
Two International Place
Boston, M-A 02110
Phone: 617-248-5000
Facsimile: 617-248-4000
Email: pwilkins@choate.com

Attorney for Defendant
Hewlett-Packard Company

4332690v1

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Massachusetts, the Court of Appeals for the First Circuit, and the United States District Court for the District of Massachusetts, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this Motion.

Dated: May 20, 2008

CHOATE, HALL & STEWART

By: *Elizabeth Castellani*
Elizabeth A. Castellani
Two International Place
Boston, M-A 02110
Phone: 617-248-5000
Facsimile: 617-248-4000
Email: ecastellani@choate.com

Attorney for Defendant
Hewlett-Packard Company

4332367v1

## CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bar of the State of Massachusetts, the Court of Appeals for the First Circuit, and the United States District Court for the District of Massachusetts, and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this Motion.

Dated: May 20, 2008

CHOATE, HALL & STEWART

By: _____
Jessica Gan Lee
Two International Place
Boston, M-A 02110
Phone: 617-248-5000
Facsimile: 617-248-4000
Email: jlee@choate.com

Attorney for Defendant
Hewlett-Packard Company

4332687v1

# CERTIFICATE OF SERVICE

I hereby certify that on May 21, 2008, I electronically filed with the Clerk of Court the foregoing document using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone: 302-658-9200<br>Fax: 302-658-3989<br>Emails: jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>Polaroid Corporation |

In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| *Via Email*<br>Russell E. Levine, P.C.<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Phone: 312-861-2000<br>Fax: 312-861-2200<br>Emails: rlevine@kirkland.com; ggerst@kirkland.com;<br>skinnerm@kirkland.com; dhiger@kirkland.com;<br>mmeginnes@kirkland.com; cholohan@kirkland.com;<br>cbeasley@kirkland.com | Attorneys for Plaintiff and<br>Counterclaim-Defendant<br>Polaroid Corporation |

*Courtesy Copy Via Federal Express*
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Phone: 312-861-2000
Fax: 312-861-2200

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.