IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| POLAROID CORPORATION | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 06-738 (SLR) |
| | ) | |
| HEWLETT-PACKARD COMPANY, | ) | **REDACTED VERSION** |
| | ) | |
| Defendant. | ) | |

**APPENDIX TO POLAROID CORPORATION'S OPENING BRIEF
IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT
OF INFRINGEMENT OF CLAIMS 1-3 OF U.S. PATENT NO. 4,829,381**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
jheaney@mnat.com

OF COUNSEL:

Russell E. Levine, P.C.
G. Courtney Holohan
Michelle W. Skinner
David W. Higer
Maria A. Meginnes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

*Attorneys for Plaintiff
Polaroid Corporation*

Original Filing Date: May 16, 2008
Redacted Filing Date: May 23, 2008
2331349

**INDEX**

| Ex. A | Deposition Transcript of Robert Stevenson |
|-------|-------------------------------------------|
| Ex. B | Deposition Transcript of Ranjit Bhaskar |
| Ex. C | Deposition Transcript of Nathan Moroney |
| Ex. D | Deposition Transcript of Dr. Peggy Agouris |

# TAB A
## FULLY REDACTED

# TAB B
## FULLY REDACTED

# TAB C
## FULLY REDACTED

# TAB D
## FULLY REDACTED

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 23, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Marsden, Jr.
> FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on May 23, 2008 upon the following in the manner indicated:

## BY E-MAIL

William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE  19801

Matthew Bernstein
John E. Giust
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
5355 Mira Sorrento Place
Suite 600
San Diego, CA  92121-3039

Bradley Coburn
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701

Daniel Winston
CHOATE HALL & STEWART, LLP
Two International Place
Boston, MA  02110

*/s/ Julia Heaney (#3052)*

_____

Julia Heaney (#3052)