IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant. | C.A. No. 06-738-SLR |

**HEWLETT-PACKARD COMPANY'S MOTION TO PRECLUDE THE REPORT AND
TESTIMONY OF POLAROID'S SURVEY EXPERT WALTER MCCULLOUGH**

Defendant Hewlett-Packard Company ("HP") hereby moves for an order excluding the testimony of Walter McCullough, who conducted a survey on behalf of Polaroid Corporation, and to preclude any evidence based on the McCullough survey or on Mr. McCullough's related expert opinions. The reasons for this motion are outlined in HP's Memorandum In Support and accompanying declaration and exhibits.

4333655v2

Dated:  May 23, 2008    FISH & RICHARDSON P.C.

By:  */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
Raymond N. Scott, Jr. (#4949)
919 N. Market Street, Suite 1100
Wilmington, DE  19801
Telephone:  (302) 652-5070
Facsimile:   (302) 652-0607
Email:  marsden@fr.com
rscott@fr.com

CHOATE HALL & STEWART, LLP
Robert S. Frank, Jr.
Robert M. Buchanan, Jr.
Carlos Perez-Albuerne
Elizabeth A. Castellani
Two International Place
Boston, MA 02110
Telephone:  (617) 248-5000
Facsimile:  (617) 248-4000
Email:  rfrank@choate.com
bbuchanan@choate.com

MINTZ COHN FERRIS GLOVSKY & POPEO, P.C.
John E. Giust
Matthew C. Bernstein
5355 Mira Sorrento Place, Suite 600
San Diego, CA 92121-3039
Telephone:  858-320-3000
Facsimile:  858-320-3001
Email:  JGiust@mintz.com
MBernstein@mintz.com

*Attorneys for Defendant and Counterclaim-Plaintiff Hewlett-Packard Company*

2

4333655v2

## **RULE 7.1.1 CERTIFICATE**

The undersigned certifies that counsel for movants have made reasonable effort to reach agreement with the opposing attorneys on the matters set forth in the attached motion.

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

3

4333655v2

# CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2008, I electronically filed with the Clerk of Court the foregoing document using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone:  302-658-9200<br>Fax:  302-658-3989<br>Emails:  jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |
| *Via Email*<br>Russell E. Levine, P.C.<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone:  312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com; ggerst@kirkland.com; mskinner@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

*Courtesy Copy Via Federal Express*
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

　　　　　　　　　　　　　　　　　　　　/s/ *William J. Marsden, Jr.*
　　　　　　　　　　　　　　　　　　　　William J. Marsden, Jr.

1

4333655v2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant. | C.A. No. 06-738-SLR |

**[PROPOSED] ORDER REGARDING HEWLETT-PACKARD COMPANY'S MOTION TO PRECLUDE THE REPORT AND EXPERT TESTIMONY OF POLAROID'S SURVEY EXPERT WALTER MCCULLOUGH**

AND NOW, the Court, having considered Hewlett-Packard Company's Motion to Preclude the Report and Expert Testimony of Polaroid's Survey Expert Walter McCullough in this case and all supporting memoranda, declarations and exhibits filed by Hewlett-Packard Company and Polaroid Corporation's opposition to the motion and all supporting memoranda, declarations and exhibits,

IT IS HEREBY ORDERED that Hewlett-Packard Company's Motion to Preclude the Report and Expert Testimony of Polaroid's Survey Expert Walter McCullough is GRANTED.  The testimony of Walter McCullough, who conducted a survey on behalf of Polaroid Corporation, shall be excluded from evidence at trial.  Also excluded from evidence at trial are any evidence based on the McCullough survey and any evidence based on Mr. McCullough's related expert opinions.

SO ORDERED, this ___ day of _____, 2008.

_____
The Honorable Sue L. Robinson

4333119v2