IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEWLETT-PACKARD COMPANY, )<br>)<br>Defendant. ) | C.A. No. 06-738 (SLR) |

**POLAROID CORPORATION'S MOTION TO PRECLUDE
<u>HEWLETT-PACKARD FROM RELYING ON UNTIMELY PRODUCED DISCOVERY</u>**

Pursuant to Fed. R. Civ. P. 37(c), Plaintiff Polaroid Corporation ("Polaroid") hereby moves to preclude Hewlett-Packard Company ("HP") from relying on documents, opinions and evidence not produced during fact discovery, and to strike the portions of HP's expert reports and summary judgment briefs that rely on untimely produced materials. The grounds for this motion and the specific discovery materials at issue are set forth in Polaroid Corporation's Opening Brief in Support of Its Motion to Preclude Hewlett-Packard from Relying on Untimely Produced Discovery, filed herewith.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | */s/ Julia Heaney* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Julia Heaney (#3052) |
| Russell E. Levine, P.C. | 1201 N. Market Street |
| G. Courtney Holohan | Wilmington, Delaware 19801 |
| Michelle W. Skinner | (302) 658-9200 |
| David W. Higer | jheaney@mnat.com |
| Maria A. Meginnes | *Attorneys for Plaintiff Polaroid Corporation* |
| KIRKLAND & ELLIS LLP | |
| 200 East Randolph Drive | |
| Chicago, IL 60601 | |
| (312) 861-2000 | |

May 23, 2008
2341195

**LOCAL RULE 7.1.1 STATEMENT**

Pursuant to Local Rule 7.1.1, counsel for Polaroid made a reasonable effort to reach agreement with opposing counsel on the matters set forth in this motion.

*/s/ Julia Heaney*
_____
Julia Heaney (#3052)

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on May 23, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Marsden, Jr.
>FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on May 23, 2008 upon the following in the manner indicated:

## BY E-MAIL

William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Matthew Bernstein
John E. Giust
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
5355 Mira Sorrento Place
Suite 600
San Diego, CA 92121-3039

Bradley Coburn
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701

Daniel Winston
CHOATE HALL & STEWART, LLP
Two International Place
Boston, MA 02110

*/s/ Julia Heaney*

Julia Heaney (#3052)