IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant and Counterclaim-Plaintiff. | C.A. No. 06-738 (SLR) |

### NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE of the change of address, telephone and facsimile numbers, effective today, for John E. Giust and Matthew C. Bernstein, who have been admitted pro hac vice to represent Defendant and Counterclaim-Plaintiff Hewlett-Packard Company in this matter.

>John E. Giust
>Matthew C. Bernstein
>Mintz Levin Cohn Ferris Glovsky and Popeo PC
>3580 Carmel Mountain Road, Suite 300
>San Diego, CA 92130
>858-314-1500 - telephone
>858-314-1501 - facsimile
>JGiust@mintz.com
>MBernstein@mintz.com

Dated: May 28, 2008    FISH & RICHARDSON P.C.

By:  */s/ William J. Marsden, Jr.*
William J. Marsden, Jr. (#2247)
Raymond N. Scott, Jr. (#4949)
919 N. Market Street, Suite 1100
Wilmington, DE  19801
Telephone:  (302) 652-5070
Facsimile:   (302) 652-0607
Email:  marsden@fr.com
          rscott@fr.com

Robert S. Frank
Daniel C. Winston
CHOATE HALL & STEWART, LLP
Two International Place
Boston, MA 02110
Telephone:  (617) 248-5000
Facsimile:  (617) 248-4000
Email: rfrank@choate.com
          dwinston@choate.com

John E. Giust
Matthew C. Bernstein
MINTZ LEVIN COHN FERRIS GLOVSKY
   and POPEO PC
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
858-314-1500 - telephone
858-314-1501 - facsimile
Email:  JGiust@mintz.com
          MBernstein@mintz.com

*Attorneys for Defendant and Counterclaim-Plaintiff Hewlett-Packard Company*

# CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2008, I electronically filed with the Clerk of Court the foregoing **NOTICE OF CHANGE OF ATTORNEY INFORMATION** using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone:  302-658-9200<br>Fax:  302-658-3989<br>Emails:  jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| *Via Email*<br>Russell E. Levine, P.C.<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone:  312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com; ggerst@kirkland.com;<br>mskinner@kirkland.com; dhiger@kirkland.com;<br>mmeginnes@kirkland.com; mmeginnes@kirkland.com;<br>cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

*Courtesy Copy Via Federal Express*
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

1