IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>  Plaintiff and Counterclaim Defendant,<br><br>  v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>  Defendant and Counterclaim Plaintiff. | C.A. No. 06-738-SLR<br><br>**REDACTED** |

### DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF DEFENDANT HEWLETT-PACKARD COMPANY'S MOTION TO PRECLUDE CERTAIN TESTIMONY OF POLAROID'S EXPERT DR. PEGGY AGOURIS

 

**FISH & RICHARDSON P.C.**
William J. Marsden, Jr. (#2247)
Raymond N. Scott, Jr. (#4949)
919 N. Market Street, Suite 1100
Wilmington, DE 19801
Tel.: (302) 652-5070
Fax: (302) 652-0607
Emails: marsden@fr.com
         rscott@fr.com

John E. Giust *(pro hac vice)*
Matthew E. Bernstein *(pro hac vice)*
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, PC
5355 Mira Sorrento Place, Suite 600
San Diego, CA 92121-3039
Tel.: (858) 320-3000
Fax: (858) 320-3001
Emails: JGiust@mintz.com
        Mbernstein@mintz.com

Robert S. Frank, Jr. *(pro hac vice)*
Robert M. Buchanan, Jr. *(pro hac vice)*
Carlos Perez-Albuerne *(pro hac vice)*
Elizabeth A. Castellani *(admission pro hac vice pending)*
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02109
Tel.: (617) 248-5000
Fax: (617) 248-4000
 Emails: rfrank@choate.com;
        cperez@choate.com

Dated: May 23, 2008

4334145v1

I, William J. Marsden, Jr., declare as follows:

1. I am an attorney with Fish & Richardson P.C., counsel for Hewlett-Packard Company. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts of the Expert Report of Dr. Peggy Agouris Regarding U.S. Patent No. 4,829,381. **REDACTED**

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of the Deposition of Dr. Peggy Agouris. **REDACTED**

4. Attached hereto as Exhibit C is a true and correct copy of excerpts of the Deposition of Jay Thornton. **REDACTED**

5. Attached hereto as Exhibit D is a true and correct copy of excerpts of the Deposition of Dr. Dan Schonfeld. **REDACTED**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd of May, 2008, at Wilmington, Delaware.

                                                */s/ William J. Marsden, Jr.*
                                                William J. Marsden, Jr.

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2008, I electronically filed with the Clerk of Court the foregoing document using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone: 302-658-9200<br>Fax: 302-658-3989<br>Emails: jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |
| *Via Email*<br>Russell E. Levine, P.C.<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone: 312-861-2000<br>Fax: 312-861-2200<br>Emails: rlevine@kirkland.com; ggerst@kirkland.com; mskinner@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

*Courtesy Copy Via Federal Express*
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone: 312-861-2000
Fax: 312-861-2200

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

4334145v1

# Exhibit A

SEALED DOCUMENT

# Exhibit B

SEALED DOCUMENT

**EXHIBIT C**

SEALED DOCUMENT

# Exhibit D

SEALED DOCUMENT