# THIS DOCUMENT WAS FILED UNDER SEAL

Case 1:06-cv-00738-SLR     Document 184     Filed 06/05/2008     Page 1 of 1