# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

POLAROID CORPORATION )
)
)
)
Plaintiff, )
)
v. )  C.A. No. 06-738 (SLR)
)
HEWLETT-PACKARD COMPANY, )  **REDACTED –**
)  **PUBLIC VERSION**
)
Defendant. )
)

**APPENDIX TO POLAROID CORPORATION'S ANSWERING BRIEF IN OPPOSITION
TO HEWLETT-PACKARD COMPANY'S MOTION FOR SUMMARY JUDGMENT ON
GROUNDS OF ESTOPPEL AND, IN THE ALTERNATIVE OR IN ADDITION, LACHES**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
1201 N. Market Street
Wilmington, Delaware 19801
(302) 658-9200
jheaney@mnat.com
jblumenfeld@mnat.com

*Attorneys for Plaintiff
Polaroid Corporation*

OF COUNSEL:

Russell E. Levine, P.C.
G. Courtney Holohan
Michelle W. Skinner
David W. Higer
Maria A. Meginnes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000

Original Filing Date: June 5, 2008
Redacted Filing Date: June 12, 2008

**INDEX**

| | |
|---|---|
| Ex. 1 | HP's Response to Polaroid's First Set of Interrogatories (Nos. 1-20) |
| Ex. 2 | HP's Fourth Supplemental Response to Polaroid's First Set of Interrogatories (Nos. 9,11-13) |
| Ex. 3 | T. Beaudoin Declaration |
| Ex. 4 | Kullberg 12-6-07 Deposition Transcript |
| Ex. 5 | Polaroid Timeline |
| Ex. 6 | Kullberg 12-5-07 Deposition Transcript |
| Ex. 7 | Lyons 5-14-02 Email |
| Ex. 8 | Lyons 1-24-08 Deposition Transcript |
| Ex. 9 | Wallace 4-18-08 Report and Exhibits |
| Ex. 10 | Eighth Color Imaging Conference- Color Science & Engineering Final Program & Proceedings |
| Ex. 11 | Moroney 11-14-07 Deposition Transcript |
| Ex. 12 | Polaroid's Response to HP's First Set of Interrogatories |
| Ex. 13 | Stevenson 4-18-08 Report |
| Ex. 14 | http://ww.cie.co.at/main/home.html |
| Ex. 15 | Formal Meeting Roster |
| Ex. 16 | Thornton 11-16-07 Deposition Transcript |
| Ex. 17 | October 16, 2000 to April 16, 2001 Lab Notebook |
| Ex. 18 | Method for Automating Spatial Tone Reproduction |
| Ex. 19 | 10-29-01 Schuette Email |
| Ex. 20 | 10-30-01 Schuette Email |
| Ex. 21 | 11-06-01 Schuette Email |
| Ex. 22 | Reiling 11-28-07 Deposition Transcript |

| Ex. 23 | Lyons Travel Log |
|--------|------------------|
| Ex. 24 | Greer 1-18-08 Deposition Transcript |
| Ex. 25 | 11-15-01 Meeting Notice |
| Ex. 26 | 11-29-01 Meeting Notice |
| Ex. 27 | ISL Topics for HP |
| Ex. 28 | HP 12-6-02 Offer |
| Ex. 29 | Dansky 1-10-08 Deposition Transcript |
| Ex. 30 | Schneider 2-8-08 Deposition Transcript |
| Ex. 31 | Reiling 3-11-03 Letter |
| Ex. 32 | Lyons 4-8-03 Email |
| Ex. 33 | 4-15-03 Meeting Notice |
| Ex. 34 | Lyons 6-23-03 Email and Offer |
| Ex. 35 | Reiling 6-24-03 Email |
| Ex. 36 | Berge 2-1-08 Deposition Transcript |
| Ex. 37 | Bhaskar 1-30-08 Deposition Transcript |
| Ex. 38 | Beeson 1-10-02 Email |
| Ex. 39 | Meginnes Declaration |
| Ex. 40 | 12-7-2007 Higer Ltr to Coburn |
| Ex. 41 | 1-14-2008 Higer Ltr to Giust |
| Ex. 42 | 1-16-08 Higer Ltr to Giust |
| Ex. 43 | Bullitt Declaration |
| Ex. 44 | Schonfeld 5-7-08 Deposition Transcript |
| Ex. 45 | Bullitt 1-24-08 Deposition Transcript |

| Ex. 46 | HP's Third Supplemental Response to Polaroid First Set of Interrogatories (Nos. 1-8,10,16-20) |
|--------|-----------------------------------------------------------------------------------------------|
| Ex. 47 | HP's Response To Polaroid's Second Set Of Interrogatories (No. 21) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on June 12, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

> William J. Marsden, Jr.
> FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on June 12, 2008 upon the following in the manner indicated:

### BY E-MAIL

William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

Matthew Bernstein
John E. Giust
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130

Bradley Coburn
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701

Daniel Winston
CHOATE HALL & STEWART, LLP
Two International Place
Boston, MA 02110

*/s/ Julia Heaney*

Julie Heaney (#3052)

# Exhibit 1

REDACTED

# Exhibit 2

REDACTED

# Exhibit 3

REDACTED

# Exhibit 4

REDACTED

# Exhibit 5

REDACTED

# Exhibit 6

REDACTED

# Exhibit 7

REDACTED

# Exhibit 8

REDACTED

# Exhibit 9

REDACTED

# Exhibit 10

REDACTED

# Exhibit 11

REDACTED

# Exhibit 12

REDACTED

# Exhibit 13

REDACTED

# Exhibit 14

· HOME ·

# INTERNATIONAL COMMISSION ON ILLUMINATION

## Advancing knowledge and providing standardisation to improve the lighted environment

The International Commission on Illumination - also known as the CIE from its French title, the Commission Internationale de l´Eclairage - is devoted to worldwide cooperation and the exchange of information on all matters relating to the science and art of light and lighting, colour and vision, and image technology.

With strong technical, scientific and cultural foundations, the CIE is an independent, non-profit organisation that serves member countries on a voluntary basis. Since its inception in 1913, the CIE has become a professional organization and has been accepted as representing the best authority on the subject and as such is recognized by ISO as an international standardization body.

# Exhibit 15

REDACTED

# Exhibit 16

REDACTED

# Exhibit 17

REDACTED

# Exhibit 18

REDACTED

# Exhibit 19

REDACTED

# Exhibit 20

REDACTED

# Exhibit 21

REDACTED

# Exhibit 22

REDACTED

# Exhibit 23

REDACTED

# Exhibit 24

REDACTED

# Exhibit 25

REDACTED

# Exhibit 26

REDACTED

# Exhibit 27

REDACTED

# Exhibit 28

REDACTED

# Exhibit 29

REDACTED

# Exhibit 30

REDACTED

# Exhibit 31

REDACTED

# Exhibit 32

REDACTED

# Exhibit 33

REDACTED

# Exhibit 34

REDACTED

# Exhibit 35

REDACTED

# Exhibit 36

REDACTED

# Exhibit 37

REDACTED

# Exhibit 38

REDACTED

# Exhibit 39

# REDACTED

# Exhibit 40

REDACTED

# Exhibit 41

REDACTED

# Exhibit 42

REDACTED

# Exhibit 43

REDACTED

# Exhibit 44

REDACTED

# Exhibit 45

REDACTED

# Exhibit 46

REDACTED

# Exhibit 47

REDACTED