# SEALED DOCUMENT

SEALED DOCUMENT

Case 1:06-cv-00738-SLR    Document 225-2    Filed 06/16/2008    Page 1 of 1