IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION, Plaintiff, v. HEWLETT-PACKARD COMPANY, Defendant. | C. A. No. 06-738 (SLR) (D.Del.) **REDACTED** |

### DECLARATION OF CHRIS HAYES

1. I am employed by Hewlett-Packard Company ("HP") as a software program manager. For the past six years I have been working in the area of iPAQs, and I will be working in another area of HP starting in the middle of June.

2. An iPAQ is a handheld computer device. Based on my six years of work in this area, I am familiar with HP's iPAQ models.

4337644v1

# REDACTED

Signed under the pains and penalties of perjury this 6 day of June, 2008.

_____
Chris Hayes

# CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2008, I electronically filed with the Clerk of Court the foregoing document using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| ***Via Email*** | Attorneys for Plaintiff and |
| Jack B. Blumenfeld (#1014) | Counterclaim-Defendant |
| Julia Heaney (#3052) | Polaroid Corporation |
| Morris, Nichols, Arsht & Tunnell, LLP | |
| 1201 North Market Street | |
| Wilmington, DE 19899-1347 | |
| Phone:  302-658-9200 | |
| Fax:  302-658-3989 | |
| Emails:  jblumenfeld@mnat.com; jheaney@mnat.com | |

| | |
|---|---|
| ***Via Email*** | Attorneys for Plaintiff and |
| Russell E. Levine, P.C. | Counterclaim-Defendant |
| Michelle W. Skinner/David W. Higer | Polaroid Corporation |
| Maria A. Meginnes/Courtney Holohan/C. Beasley | |
| Kirkland & Ellis LLP | |
| 200 East Randolph Drive | |
| Chicago, IL  60601 | |
| Phone:  312-861-2000 | |
| Fax:  312-861-2200 | |
| Emails:  rlevine@kirkland.com; ggerst@kirkland.com; mskinner@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | |

***Courtesy Copy Via Federal Express***
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

                                            */s/ Raymond N. Scott, Jr.*
                                            Raymond N. Scott, Jr.