IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POLAROID CORPORATION,

    Plaintiff and Counterclaim Defendant,

    v.

HEWLETT-PACKARD COMPANY,

    Defendants and Counterclaim Plaintiff.

C.A. No. 06-738-SLR

# REDACTED

**REPLY DECLARATION OF WILLIAM J. MARSDEN, JR.
IN SUPPORT OF DEFENDANT HEWLETT-PACKARD'S MOTION TO
PRECLUDE THE REPORT AND TESTIMONY OF POLAROID'S
SURVEY EXPERT WALTER MCCULLOUGH**

**FISH & RICHARDSON P.C.**
William J. Marsden, Jr. (#2247)
Raymond N. Scott, Jr. (#4949)
919 N. Market Street, Suite 1100
Wilmington, DE 19801
Tel.: (302) 652-5070
Fax: (302) 652-0607
Emails: marsden@fr.com
rscott@fr.com

John E. Giust *(pro hac vice)*
Matthew E. Bernstein *(pro hac vice)*
MINTZ, LEVIN, COHN, FERRIS,
GLOVSKY AND POPEO, PC
5355 Mira Sorrento Place, Suite 600
San Diego, CA 92121-3039
Tel.: (858) 320-3000
Fax: (858) 320-3001
Emails: JGiust@mintz.com
Mbernstein@mintz.com

Robert S. Frank, Jr. *(pro hac vice)*
Robert M. Buchanan, Jr. *(pro hac vice)*
Carlos Perez-Albuerne *(pro hac vice)*
Elizabeth A. Castellani *( pro hac vice)*
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02109
Tel.: (617) 248-5000
Fax: (617) 248-4000
Emails:rfrank@choate.com;
cperez@choate.com

Dated: June 23, 2008

I, William J. Marsden, Jr., declare as follows:

1.      I am an attorney with Fish & Richardson P.C., counsel for Defendant Hewlett-Packard Company.  I am a member of the Bar of the State of Delaware and of this Court.  I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.      Attached hereto as Exhibit H is a true and correct copy of a letter from Adam J. Duerr at Kirkland & Ellis to Robert M. Buchanan on May 22, 2008.

3.      Attached hereto as Exhibit I is a true and correct copy of a letter from Robert M. Buchanan to Colby Anne Kingsbury on May 12, 2008.

4.      Attached hereto as Exhibit J is a true and correct copy of HP's Third Supplemental Response to Polaroid's First Set of Interrogatories (No. 15) and Supplemental Response to Polaroid's Third Set of Interrogatories (No. 22).

5.      Attached hereto as Exhibit K is a true and correct copy of the Expert Report of Paul Fredrickson.

6.      Attached hereto as Exhibit L are true and correct copies of materials produced by Kirkland & Ellis to HP, pursuant to the letter at Exhibit H, comprising the survey instrument used to ask questions about a camera and selected materials related to the survey.

7.      Attached hereto as Exhibit M are true and correct copies of excerpts from the deposition of Paul Fredrickson.

8.      Attached hereto as Exhibit N are true and correct copies of excerpts from the deposition of Walter McCullough.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd of June, 2008 at Wilmington, Delaware.

_/s/ William J. Marsden, Jr._
William J. Marsden, Jr.

4342908v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I electronically filed with the Clerk of Court the

foregoing document using CM/ECF which will send electronic notification of such filing(s) to

the following counsel:

*Via Email*
Jack B. Blumenfeld (#1014)
Julia Heaney (#3052)
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE 19899-1347
Phone:  302-658-9200
Fax:  302-658-3989
Emails:  jblumenfeld@mnat.com; jheaney@mnat.com

Attorneys for Plaintiff and
Counterclaim-Defendant
Polaroid Corporation

*Via Email*
Russell E. Levine, P.C.
Michelle W. Skinner/David W. Higer
Maria A. Meginnes/Courtney Holohan/C. Beasley
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200
Emails:  rlevine@kirkland.com; ggerst@kirkland.com;
mskinner@kirkland.com; dhiger@kirkland.com;
mmeginnes@kirkland.com; mmeginnes@kirkland.com;
cbeasley@kirkland.com

Attorneys for Plaintiff and
Counterclaim-Defendant
Polaroid Corporation

*Courtesy Copy Via Federal Express*
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

# Exhibit H

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

To Call Writer Directly:
312 649-3891
aduerr@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200
Dir. Fax: 312 861-2200

May 22, 2008

**BY FEDERAL EXPRESS**

Robert Buchanan
Choate Hall & Stewart, LLP
Two International Place
Boston, MA 02110

Re:    Polaroid v. HP; C.A. No. 06-738

Dear Mr. Buchanan:

Enclosed please find a CD with Polaroid production documents bearing bates numbers POL 7542808 - POL 7544453.

Sincerely,

Adam J. Duerr
Project Assistant

AJD

Enclosure

# Exhibit I

# |C|H|O|A|T|E|

CHOATE HALL & STEWART LLP

Robert M. Buchanan, Jr.
t 617-248-5027
f 617-502-5027
rbuchanan@choate.com

May 12, 2008

**VIA E-MAIL AND FIRST CLASS MAIL**

Colby Anne Kingsbury
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

Re:     *Polaroid Corporation v. Hewlett-Packard Company*
        USDC-D.Del.-C.A. No. 06-738 (SLR)
        -- Survey Materials of Walter McCullough

Dear Colby:

I am writing to pursue an issue that arose on May 6 at the deposition of Walter McCullough.
Mr. McCullough testified that he has possession of survey materials that were prepared in
conjunction with this case -- but were not disclosed in his Report and were not provided to
Hewlett-Packard Co. ("HP"). HP hereby demands production of these materials pursuant to
Fed. R. Civ. P. 26.

Mr. McCullough was retained on behalf of Polaroid to conduct a survey concerning printers
and cameras. After he received the results of his initial survey, Mr. McCullough was
instructed to stop work with respect to cameras and to continue forward on additional survey
work with respect to printers. Mr. McCullough's Report addressed the results of both surveys
with respect to printers, but did not disclose any of the survey work with respect to cameras.
On behalf of Polaroid, you asserted that Mr. McCullough's survey work with respect to
cameras is protected as attorney work product.

Polaroid's assertion of the work product doctrine is not correct. Mr. McCullough's initial
survey addressed both cameras and printers, and Mr. McCullough necessarily considered the
camera results as he went on to prepare the additional printer survey. Likewise, Mr.
McCullough necessarily considered the camera results as he wrote his Report and formed his
opinions. Fed. R. Civ. P. 26(a)(2)(B)(i-ii) requires that Mr. McCullough disclose in his report
all materials furnished to him (for purposes of his work on this case) that he considered in the
course of forming his opinions. An expert submitting a report may not withhold such

Colby Anne Kingsbury
May 12, 2008
Page 2

materials on the ground that he did not "rely on" them; rather, he must disclose all such
materials that he "considered" in the course of forming his opinion. *See* 1993 Advisory
Committee Notes to paragraph 2. Accordingly, the survey materials and results with respect to
cameras should have been produced and disclosed in Mr. McCullough's Report.

If Polaroid maintains its position after review of this letter, please be advised that HP will seek
the Court's assistance to compel production of these materials (followed by an opportunity for
Dr. Jacoby to supplement his Expert Rebuttal Report and, to the extent appropriate, a renewed
deposition of Mr. McCullough).

I am aware that you have a heavy schedule of depositions. I have some availability this week.
So that we may confer on this issue pursuant to the Local Rules, please advise whether you are
available for a telephone call at 10:00 a.m. Eastern on May 14, 15 or 16; or at 2:00 p.m.
Eastern on May 15 or 16. Alternatively, if you are inclined to respond in writing, please let me
know and I will anticipate Polaroid's response no later than May 16.


Very truly yours,

Robert M. Buchanan, Jr.


RMB:tkd

cc:    Robert S. Frank, Jr.
       Daniel C. Winston
       Matthew E. Bernstein

4328422v1

# Exhibit J

# REDACTED
# IN ITS ENTIRETY

# Exhibit K

# REDACTED
# IN ITS ENTIRETY

# Exhibit L

# HP Photosmart R937 Digital Camera



Price $249.99



If you like state-of-the-art gadgets, our Photosmart R937 is expressly for you. It sports the coolest interactive touch screen, complete with virtual keyboard. The huge (3.6") display is a joy to use, both indoors and out. Discover how easy it can be to do everything from framing and viewing your photos to sorting and sharing them.

## Stand-out design, superior photos

- **Capture superior shots** with the 8 megapixel resolution; enlarge without compromising image quality
- **Zero in on people and pets** from afar with the 24x total zoom (3x optical, 8x digital)
- **Sharpen subjects in low-light conditions** with the ISO 1600 setting; enhance detail with the adaptive lighting technology and HP Steady Photo mode
- **Frame, view, edit, and organize photos**—indoors or out—on the bright, 3.6", interactive touch screen with virtual keyboard
- **Grab and go**—this remarkably thin model slips into a pocket or purse

## Bye-bye, red eye (and pet eye glow)

- **Remove** red-eye and unsightly pet eye glow, right in the camera
- **Enhance images** with colors and borders before they leave the camera
- **Sort photos as you snap them** with fast on-screen "tagging"; you can also mark them for e-mailing later
- **Simplify editing, printing, and sharing** with the included Photosmart software

## Award-winning support

- **Get peace of mind** with the one-year limited warranty plus Total Care advice and support
- **Get product questions answered** toll-free, 24 x 7, or via e-mail in as little time as an hour—at www.HP.com/go/totalcare

**MONROE MENDELSOHN RESEARCH, INC.**
**841 BROADWAY**
**NEW YORK, NY 10003**
**(800) 223-7620**
**(212) 677-8833 (FAX #)**

TO:     **SUPERVISORS**
FROM:  **TOM JASORKA**
RE:     **CAMERA SURVEY - MMR #4450C (YELLOW)**
DATE:  **JANUARY, 2008**

Enclosed please find the following materials:

| | |
|---|---|
| 80 | Screeners (YELLOW) |
| 70 | Main Questionnaires  (YELLOW) |
| 6 | Screeners "For Briefing Only" (YELLOW) |
| 6 | Main Questionnaires "For Briefing Only" (YELLOW) |
| 8 | Briefing Participation/Non Disclosure Forms (BLUE) |
| 2 | Supervisor Instructions (WHITE) |
| 6 | Interviewer Instructions (LAVENDER) |
| 6 | Male Interim Report Forms (WHITE) |
| 6 | Female Interim Report Forms (WHITE) |
| 40 | Tally Sheets (WHITE) |
| 4 | Age Cards (WHITE) |
| 4 | Cards Q.3 (WHITE) |
| | |
| 2 | Mall Quota Sheets - Screenings (WHITE) |
| 20 | Validation Forms (YOU MAY NOT USE ANY OTHER VALIDATION FORMS OTHER THAN THE ONES WE SENT YOU, UNLESS SPECIFICALLY AUTHORIZED BY MMR.) |
| 4 | Camera Descriptions (YELLOW DOT) |

Check that you have received the above materials in sufficient quantities.  Contact Monroe Mendelsohn Research (MMR) immediately if any materials are missing.

MAIN QUESTIONNAIRES HAVE BEEN INTERCOLLATED.  DO NOT DISTURB THE ORDER.

## QUOTA

Your quota is 26 interviews, with males and females, 18 years of age or older, who have bought a digital camera in the past 12 months AND/OR think they might buy a digital camera in the next 12 months.  Additionally, they may not work in the mall, must have contact lenses or eyeglasses with them if they wear them, and meet the occupation and past participation screening.

ALTHOUGH THE INTERVIEW QUOTA IS NOT BROKEN DOWN BY SEX AND AGE, THERE ARE SCREENING QUOTAS BY SEX AND AGE.  **A COMPLETED SCREENING IS DEFINED AS SOMEONE WHO ANSWERS AT LEAST Q.G1/G2 ON THE SCREENER.**  COMPLETED INTERVIEWS, TERMINATES AT Q.G1/G2, Q. H AND TERMINATES MID-INTERVIEW COUNT AS COMPLETED SCREENINGS.  TERMINATES AT Q's A, C, D, E OR F DO NOT COUNT AS COMPLETED SCREENINGS.

POL 7542809

### SUPERVISOR INSTRUCTIONS

YOUR **SCREENING QUOTAS** BY GENDER AND AGE ARE AS FOLLOWS:

| AGE | SCREENING QUOTA TOTAL QUOTA | | SCREENING QUOTA MALE QUOTA | | SCREENING QUOTA FEMALE QUOTA | |
|---|---|---|---|---|---|---|
| | NUMBER | PERCENT | NUMBER | PERCENT | NUMBER | PERCENT |
| 18 to 34 years of age | 33 | 31% | 17 | 16% | 16 | 15% |
| 35 to 49 years of age | 32 | 30% | 16 | 15% | 16 | 15% |
| 50 years of age or older | 41 | 39% | 19 | 18% | 22 | 21% |
| TOTAL | 106 | 100% | 52 | 49% | 54 | 51% |

NOTE:      If you have not completed your quota of 26 interviews after completing your screening quota of 106 screenings, call immediately for an adjusted screening quota.

IF YOU CANNOT OBTAIN AN ADJUSTED SCREENING QUOTA, <u>CONTINUE SCREENING</u> BY SEX AND AGE IN THE PROPORTION SHOWN ABOVE UNTIL YOU <u>COMPLETE 26 INTERVIEWS</u>.

### CREW SIZE

**You will need 3-4 interviewers per shift to complete this project on schedule.**

No interviewer may complete more than 7 SCREENERS (QUALIFIED AND COOPERATIVE).

No interviewer may complete more than <u>7</u> MAIN QUESTIONNAIRES.

If circumstances arise in which an interviewer may need to complete more than <u>7</u> Screeners or <u>7</u> Main Questionnaires in order to finish the study on schedule, you must contact our office first.  We will inform you whether or not we can permit this.

### TALLY SHEETS

You have been provided with White Tally Sheets on which to record all terminates.

### MALL QUOTA CONTROL SHEETS

You have been provided with White Mall Quota Control Sheets.  Post the Mall Quota Control Sheet near the area where the interviewing will take place so that interviewers can record each screening and completed main interview by sex and age group.

### METHOD OF INTERVIEWING

All respondents are to be screened in the main mall.  All <u>qualified</u> respondents are to be taken to a separate area, off the main mall, where a Camera Description will be shown and the interview will be conducted.  Respondents must not be in either hearing or viewing distance of each other during the interview phase.  All interviewers must record answers as clearly and as darkly as possible.

<u>MMR #4450C</u>                                                                    Page 3
January, 2008

## SUPERVISOR INSTRUCTIONS

### RECORDING OF INTERVIEWER NAME

You must record the name of the Screener Interviewer where indicated on the Screener and the Main Questionnaire Interviewer where indicated on the Main Questionnaire. If the Screener and Main Questionnaire Interviewer are the same person, <u>you must still record the name in both locations.</u>

### FIELD DATES

Interviewing is to begin on <u>Thursday, January 24th</u> and must be completed no later than <u>Sunday, January 27, 2008.</u>

### INTERVIEWING HOURS

WEEKDAYS: = 5:00PM - 9:30PM
WEEKENDS: = 10:00AM - 9:30PM

## NOTE:  WEEKDAY INTERVIEWING MUST NOT START BEFORE 5:00PM!  ANY INTERVIEWS NOT COMPLETED WITHIN THE TIME PERIOD INDICATED WILL NOT BE ACCEPTED.

### BRIEFING

You must conduct a personal briefing with all interviewers working on this study. Each interviewer must complete a practice interview, including use of the Camera Description, so that any errors can be caught before field work begins. You have been provided with Screeners and Main Questionnaires labeled "For Briefing Only" to be used for briefing purposes. Go over these "For Briefing Only" interviews while the interviewers are still at the briefing so that mistakes can be corrected before actual interviewing begins. "For Briefing Only" Screeners and Main Questionnaires <u>must be returned to MMR with your first shipment of completed work.</u>

### BRIEFING PARTICIPATION/NON-DISCLOSURE STATEMENT

Each interviewer working on this study is required to sign the Briefing Participation/Non-Disclosure Statement which must be returned to MMR with your first shipment.

### INTERIM REPORT

Fax or call MMR on <u>Friday, January 25th</u> by 10AM (NY Time) with a cumulative and complete report of all the Information required on the Interim Report Form. Fax reports to (212) 677-8833.

### EDITING

All work must be edited by you. <u>Use only a green pencil for this purpose.</u> Never change an answer, simply indicate where an error has been made. If a questionnaire is incorrect or illegible, it must be replaced.

## SUPERVISOR INSTRUCTIONS

### VALIDATION FORMS

The Validation Forms were customized for this study.    You may not substitute any other Validation Forms for the ones we sent you.

You must complete Validation Forms representing all completed interviews.  Each form should represent one Screener Interviewer's work.  Note: There is also a column for recording Main Questionnaire Interviewer.  You must record the Main Questionnaire Interviewer for every respondent listed on the Validation Form, even if the Main Questionnaire Interviewer is the same as the Screener Interviewer.

If a respondent refuses to give a telephone number, you must try to obtain it from your local directory.

YOU ARE NOT TO VALIDATE ANY PORTION OF THIS STUDY.    However, Validation Forms must be completed and returned to MMR.  We will validate up to 100% of the Questionnaires.

### VALIDATION OF WORKING PHONE NUMBER

While the Main Questionnaire is being administered to a respondent, the supervisor should dial the phone number provided by the respondent to verify that it is a working number.  If it isn't, the supervisor should re-check the number with the respondent.

### RETURN OF WORK

**Monday, January 28th**    All Completed Interviews to date with corresponding Validation Forms, "For Briefing Only" Questionnaires, and Briefing Participation/Non Disclosure Forms are to be shipped DHL Next Day 10:30 unless otherwise instructed.  **OUR DHL ACCOUNT NUMBER IS 803714331.**

**ALL MATERIALS MUST BE SEPARATED BY SCREENER INTERVIEWER WITHIN THE SHIPMENT WITH APPROPRIATE VALIDATION FORMS ON TOP OF EACH SCREENER INTERVIEWER'S WORK. WE WILL ADVISE YOU OF ADDITIONAL SHIPMENTS.  DO NOT RETURN ANY OTHER MATERIALS TO MMR UNTIL INSTRUCTED TO DO SO.**

### BILLING

Submit a bill, addressed to Thomas Jasorka, on your own letterhead, within one week of completion of this study.

MONROE MENDELSOHN RESEARCH, INC.
841 BROADWAY
NEW YORK, NEW YORK 10003
(800) 223-7620
(212) 677-8833 (FAX #)

MMR #4450C
January, 2008

Camera Survey

## INTERVIEWER INSTRUCTIONS
### YELLOW QUESTIONNAIRE

## I.  METHOD OF INTERVIEWING

All respondents are to be screened in the main mall.  All qualified respondents are to be taken to a separate area off the main mall where a Camera Description will be shown and the interview will be conducted.  Respondents must not be in hearing or viewing distance of each other.

**ALL INTERVIEWS MUST BE SIGNED BY THE RESPONDENT.**

## II.  ELIGIBLE RESPONDENT

The eligible respondent is a male or female who:

**BE SURE TO RECORD THESE ACCURATELY.**

**WE VALIDATE EACH RESPONDENT ON EVERY ONE OF THESE QUALIFI-CATIONS**

QA.     Does not work in the mall.

QB/C.  Has eye wear with him/her, if required.

QD.     Is 18 years of age or older and qualifies for an Open Screening Quota.

QE.     Neither respondent, nor anyone in respondent's household works for an advertising agency, marketing research firm or in the production, distribution or sale of computers, cameras or printers.

QF.     Has not been interviewed in any mall in the past three months.

QG1/2.Has bought a digital camera in the past 12 months AND/OR thinks he/she might buy a digital camera in the next 12 months.

QH.     Is willing to participate.

A Screening Questionnaire has been provided to determine eligibility.

## III.  FIELD DATES

Interviewing is to begin on <u>Thursday, January 24th</u> and be completed by <u>Sunday, January 27th, 2008</u>.  Your supervisor will assign the specific hours you are to work.

INTERVIEWERS, PLEASE NOTE:  Your supervisor has accepted this assignment with the understanding that you will be paid on an hourly basis.  MMR strictly forbids the practice of interviewers being paid on a "flat rate" (i.e., price per interview) basis.

No interviewer may complete more than <u>7</u> Screeners.

No interviewer may complete more than <u>7</u> Main Questionnaires.

POL 7542813

## INTERVIEWER INSTRUCTIONS

IV. **MALL QUOTA SHEETS**

Mall Quota Control Sheets will be posted in the Mall near the area where the interviewing is taking place. After a screening/interview has been completed, record it in the appropriate space under the appropriate column on the Mall Quota Control Sheet.

V. **TALLY SHEETS**

You have been provided with Tally Sheets on which to record all terminates.

VI. **VALIDATION FORMS**

Note that Validation Forms are customized for this study and those sent are the only ones to use.

Complete, in ink, a Validation Form, representing all completed interviews. Each form should represent one <u>Screener</u> Interviewer's work. Note: There is also a column for recording Main Questionnaire Interviewer. You must record the Main Questionnaire Interviewer for every respondent listed on the Validation Form, even if the Main Questionnaire Interviewer is the same as the Screener Interviewer.

List each completed interview in sequential order. Fill in (PRINT) the respondent's full name, address and telephone number. Return the form(s) to your supervisor together with the corresponding completed work.

Be sure to obtain respondent's telephone number. If it is not given, obtain the phone number from your local directory, if listed.

> NOTE:  WE WILL BE VALIDATING UP TO 100% OF THE INTERVIEWS ON THIS STUDY

VII. **MAIN QUESTIONNAIRES**

MAIN QUESTIONNAIRES HAVE BEEN INTERCOLLATED. USE THEM IN THE ORDER THEY WERE SHIPPED.

VIII. **QUESTIONNAIRE INSTRUCTIONS**

These instructions are in addition to those on the questionnaire. Read these instructions with a copy of the questionnaire in front of you. All questions are straightforward. Questionnaire instructions, including all skip patterns, are printed <u>ALL IN CAPS. ALL SCREENERS AND QUESTIONNAIRES MUST BE COMPLETED AS CLEARLY AND DARKLY AS POSSIBLE. DO NOT ALLOW THE RESPONDENT TO LOOK AT OR SEE THE SCREENER OR MAIN QUESTIONNAIRE AT ANY TIME.</u>

### SCREENER:

<u>Q.A:</u>   Record response. If "Yes", terminate and tally. Erase and re-use Screener. If "No", continue.

<u>Q.B:</u>   If "Yes", continue with Q.C. If "No", skip to Q.D.

<u>Q.C:</u>   ASK IF "Yes" IN Q.B. If "Yes", SAY: "During this interview, please feel free to use them whenever you need them" and continue. If "No", terminate and tally. Erase and re-use Screener.

## INTERVIEWER INSTRUCTIONS

Q.D:    HAND RESPONDENT AGE CARD. If "Under 18 years of age" or "Refused", terminate and tally. Erase and re-use Screener. All others, check quota. If, open, continue with QE. Otherwise, terminate and tally. Erase and re-use Screener. TAKE BACK AGE CARD.

Q.E:    If "No", continue. If "Yes", terminate and tally. Erase and re-use Screener.

Q.F:    If "No", continue. If "Yes", terminate and tally. Erase and re-use Screener.

Q.G1/2: If no mention of "A digital camera" in either Q.G1 OR Q.G2, terminate and tally. Erase and re-use Screener. If "A digital camera", is mentioned in either Q.G1 OR Q.G2 OR BOTH, continue.

Q.H:    If "Yes", take respondent back to interviewing area. If "No", terminate and tally. Erase and re-use Screener.

> **RECORD DAY OF WEEK, DATE AND TIME OF DAY SCREENER WAS COMPLETED IN THE BOX ON SCREENER PAGE S2.**

> **RECORD RESPONDENT'S NAME, COMPLETE ADDRESS, AND PHONE NUMBER IN THE BOX ON SCREENER PAGE S3.**

**TAKE RESPONDENT TO INTERVIEWING AREA.**
**MAIN QUESTIONNAIRE:**

> **RECORD RESPONDENT'S NAME IN THE BOX ON MAIN QUESTIONNAIRE PAGE M1.**

Read statement.

> **HAND RESPONDENT CAMERA DESCRIPTION (YELLOW DOT) AND ALLOW HIM/HER SUFFICIENT TIME TO REVIEW IT THOROUGHLY BEFORE ASKING Q.1. LEAVE THE CAMERA DESCRIPTION WITH RESPONDENT.**

Q.1:    If "Price would be the same"/"Don't know", END INTERVIEW. If "Would cost less", ask Q.2.

Q.2:    Record verbatim response. If, Don't know", ask Q. 3. All other responses in Q.2, END INTERVIEW.

Q.3:    ASK ONLY IF "DON'T KNOW IN Q.2. HAND RESPONDENT CARD Q.3. Record response. TAKE BACK CARD Q.3. THANK RESPONDENT AND END INTERVIEW.

Make sure that all required information has been recorded on the Screener.

POL 7542815

MMR #4450C
January, 2008

Case 1:06-cv-00738-SLR    Document 254-6    Filed 06/26/2008    Page 10 of 39 Page 4.

## INTERVIEWER INSTRUCTIONS

> **UPON COMPLETION BE SURE TO RECORD (PRINT) MAIN QUESTIONNAIRE INTERVIEWER WHERE INDICATED ON THE MAIN QUESTIONNAIRE.**
>
> **SIGN THE INTERVIEWER CERTIFICATION ON PAGE M2.**
>
> **HAVE THE RESPONDENT DATE AND SIGN "RESPONDENT INTERVIEW VERIFICATION" ON PAGE M3.**
>
> **STAPLE SCREENER TO TOP OF THE MAIN QUESTIONNAIRE.**

IX.  **GENERAL INSTRUCTIONS**

In order to obtain an interview of the highest quality, we must insist on the implementation of the following techniques:

1. If the respondent refuses to answer a question indicate this by writing "REF" (standing for "Refused") in the area where the answer is to be recorded.

2. Questions must be asked word-for-word, exactly as they are printed on the questionnaire or screener.

3. Questions must be asked in the order they appear on the questionnaire.

4. There should not be any explanations, interpretations or additions to a question. If a respondent does not understand a question, merely re-read it. DO NOT EXPLAIN IT.

5. When appropriate, place an "X" in the box next to the answer given by the respondent.

6. If it is necessary to make a correction, cross out the original answer and then circle the correct number or box.

7. Write legibly AND AS DARK AS POSSIBLE. If we cannot read your writing, your work cannot be used.

8. Immediately after the close of the interview, the questionnaire is to be checked for completeness, legibility, etc. Incomplete or illegible questionnaires will have to be replaced.

TO:     Monroe Mendelsohn Research, Inc.
        841 Broadway, 8th Floor
        New York, NY 10003-4704

RE:     JOB #4450C – Camera Survey

DATE:   January, 2008

## BRIEFING PARTICIPATION/NON-DISCLOSURE STATEMENT

This is to confirm that I, _____ currently working for (FIELD
SERVICE NAME/CITY)_____
have been thoroughly briefed on Study #4450C – Camera Survey.

I attest that I:

1.  Have been personally and thoroughly briefed on this study.

2.  Have conducted a minimum of 1 practice interview on this study.

3.  Completely understand ALL DETAILS of this study.

4.  Have read the interviewer's instructions thoroughly.

Further, I understand the importance of maintaining security and not discussing the
subject with <u>ANYONE</u> - including friends and family.  I agree to maintain the standards
you have requested.

_____
Signature of Interviewer

_____
Signature of Supervisor

_____
Date

MONROE MENDELSOHN RESEARCH, INC.
841 BROADWAY  NEW YORK, NY 10003
(800) 223-7620    (212) 677-8971 (FAX #)

MMR #4450C
January, 2008

CAMERA SURVEY

### VALIDATION QUESTIONNAIRE

INTRODUCTION:  Hello, my name is_____.  Our records indicate that you recently participated in a survey.
I'm not trying to sell you anything, I just need to ask you a few short questions about that survey.

1.    Did you recently participate in an interview in a shopping mall where you were shown a description of a digital camera, asked to read it and then asked some questions about it?

Yes..........(  )                                    No...........(  )---**MAKE NOTE**

2.    Do you work in that mall?

Yes..........(  )---**MAKE NOTE**                    No...........(  )

3.    Prior to this interview, had you been interviewed in any mall in the past three months?

Yes..........(  )---**MAKE NOTE**                    No...........(  )

4.    Do you or does anyone in your household work for an advertising agency, marketing research firm or in the production, distribution or sale of computers, cameras or printers?

Yes..........(  )---**MAKE NOTE**                    No...........(  )

5.    When you were interviewed, did you say that you had either bought a digital camera in the past 12 months **and/or** thought you might buy a digital camera in the next 12 months?

Yes..........(  )                                    No...........(  )---**MAKE NOTE**

6.    Finally, are you 18 years of age or older?

Yes..........(  )                                    No...........(  )---**MAKE NOTE**

**The following abbreviations are to be used:**

| | |
|---|---|
| NA = | No answer |
| BZ = | Busy |
| DS = | Disconnect/Not in service |
| AM = | Answering machine |
| RRN# = | Respondent reported not at that number |
| RF = | Refused to complete validation questions |
| CB = | Callback |
| RNA = | Respondent not available |
| CM = | Complete |
| LB = | Language barrier |

POL 7542818

# Validation Report For Job # 4450 CAMERA

1 of 4

| Column 1 | Total | With Phone # | Total | DS/RRN# Refused | Total | Zero Notations | 1+ Notations | Percent Validated | Explanation of Notation/ Action Taken | ID # | Number Pulled |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2 | 3 | 4 (5+6) | 5 | 6 (7+8) | 7 | 8 | 9 (6/2) | | | |
| | COMPLETES | | | | Numbers Reached Respondent Contacts | | | | | | |
| **4450 CAMERA** | | | | | | | | | | | |
| **PHOENIX** | 52 | 52 | 36 | 5 | 31 | 30 | 1 | 60% | | | 1 |
| LINDA BURBANK | 10 | 10 | 6 | 1 | 5 | 5 | 0 | | | | |
| SOFIA CINCO | 14 | 14 | 13 | 3 | 10 | 10 | 0 | | | | |
| MARLENE LOPEZ | 14 | 14 | 8 | 0 | 8 | 7 | 1 | | CLAIMS NOT INTERVIEWED | 225 | 1 |
| ANGEL REYES | 11 | 11 | 7 | 1 | 6 | 6 | 0 | | | | |
| SHANNON ROGERS | 3 | 3 | 2 | 0 | 2 | 2 | 0 | | | | |
| **DETROIT** | 55 | 55 | 41 | 11 | 30 | 27 | 3 | 55% | | | 3 |
| ANN MARIE HERUBIN | 5 | 5 | 2 | 0 | 2 | 2 | 0 | | | | |
| ROBERTA JENSEN | 5 | 5 | 5 | 0 | 5 | 4 | 1 | | WORKS IN MALL | 440 | 1 |
| TARISSA KING | 14 | 14 | 12 | 3 | 9 | 8 | 1 | | PAST PARTICIPATION | 197 | 1 |
| ELAINE MCCLOUD | 7 | 7 | 7 | 1 | 6 | 5 | 1 | | WORKS IN MALL | 192 | 1 |
| JOYCE RAMA | 16 | 16 | 9 | 2 | 7 | 7 | 0 | | | | |
| DONNIE HOWARD | 8 | 8 | 6 | 5 | 1 | 1 | 0 | | | | |
| **SEATTLE** | 53 | 53 | 28 | 1 | 27 | 27 | 0 | 51% | | | 0 |
| GLORIA ANDERSON | 6 | 6 | 2 | 0 | 2 | 2 | 0 | | | | |
| APRIL CIPRIANO | 14 | 14 | 9 | 0 | 9 | 9 | 0 | | | | |
| TED HUBBBARD | 19 | 19 | 10 | 1 | 9 | 9 | 0 | | | | |
| BETH KODAD | 8 | 8 | 3 | 0 | 3 | 3 | 0 | | | | |
| SCOTT HUNTER | 6 | 6 | 4 | 0 | 4 | 4 | 0 | | | | |
| **PADUCAH** | 50 | 50 | 36 | 8 | 28 | 28 | 0 | 56% | | | 0 |
| SARAH ALSIP | 12 | 12 | 11 | 3 | 8 | 8 | 0 | | | | |
| JENNA FOSTER | 5 | 5 | 4 | 0 | 4 | 4 | 0 | | | | |
| CHRISTY GILMORE | 13 | 13 | 8 | 2 | 6 | 6 | 0 | | | | |
| CRYSTAL LEWIS | 12 | 12 | 10 | 2 | 8 | 8 | 0 | | | | |
| ROBBIE NETHERLAND | 8 | 8 | 3 | 1 | 2 | 2 | 0 | | | | |

DS = Disconnected service.
RRN# = Reported respondent not at number given.

POL 7542819

# Validation Report For Job # 4450 CAMERA

| Column 1 | 2 | 3 | 4 (5+6) | 5 | 6 (7+8) | 7 | 8 | 9 (6/2) | Explanation of Notation/ Action Taken | ID # | Number Pulled |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | COMPLETES | | | DS/ | Numbers Reached | | Respondent Contacts | | | | |
| | Total | With Phone # | Total | RRN# Refused | Total | Zero Notations | 1+ Notations | Percent Validated | | ID # | Pulled |
| **4450 CAMERA** | | | | | | | | | | | |
| **EAST MEADOW** | 52 | 52 | 40 | 2 | 38 | 37 | 1 | 73% | | | |
| ALICE BRUNO | 2 | 2 | 0 | 0 | 0 | 0 | 0 | | Interview Removed | 217 | 4 |
| | | | | | | | | | Interview Removed | 218 | 2 |
| DEBBIE CAPO | 7 | 7 | 5 | 0 | 5 | 5 | 0 | | | | |
| JOAN CLARK | 3 | 3 | 1 | 0 | 1 | 1 | 0 | | | | |
| CINDY DILUCIA | 1 | 1 | 1 | 0 | 1 | 0 | 0 | | Interview Removed | 216 | 1 |
| LAURETTE KAUFMANN | 14 | 14 | 14 | 0 | 14 | 14 | 0 | | | | |
| PEGGY LOCKWOOD | 10 | 10 | 7 | 0 | 7 | 6 | 1 | | NO TO CAMERA | 140 | 1 |
| IRENE LOTRUGLIO | 3 | 3 | 2 | 0 | 2 | 2 | 0 | | | | |
| ROSANNE PALMIERI | 6 | 6 | 5 | 0 | 5 | 5 | 0 | | | | |
| GRACE RICCI | 6 | 6 | 5 | 1 | 4 | 4 | 0 | | | | |
| | | | | | | | | | | | |
| **TRUMBULL** | 56 | 56 | 48 | 9 | 39 | 39 | 0 | 70% | | | 0 |
| ANDREW COLAD | 16 | 16 | 13 | 2 | 11 | 11 | 0 | | | | |
| RYAN DEMSEY | 10 | 10 | 10 | 1 | 9 | 9 | 0 | | | | |
| KAMESHA ELSENPETER | 7 | 7 | 5 | 3 | 2 | 2 | 0 | | | | |
| JESSICA SMITH | 11 | 11 | 8 | 0 | 8 | 8 | 0 | | | | |
| BILLIE JO DUNPHY | 4 | 4 | 4 | 0 | 4 | 4 | 0 | | | | |
| LISA HARRIGAN | 4 | 4 | 4 | 2 | 2 | 2 | 0 | | | | |
| LASHANNA ELSENPETER | 4 | 4 | 4 | 1 | 3 | 3 | 0 | | | | |

DS = Disconnected service.
RRN# = Reported respondent not at number given.

# Validation Report For Job # 4450 CAMERA

| Column 1 | 2 | 3 | 4 (5+6) | 5 | 6 (7+8) | 7 | 8 | 9 (6/2) | Explanation of Notation/ | ID # | Number |
| | COMPLETES | | | | Numbers Reached | | | | | | |
| | | | | DS/ | | Respondent Contacts | | | | | |
| | | With | | RRN#/ | | Zero | 1+ | Percent | | | |
| | Total | Phone # | Total | Refused | Total | Notations | Notations | Validated | Action Taken | | Pulled |
| 4450 CAMERA | | | | | | | | | | | |
| CLEVELAND | 56 | 56 | 43 | 7 | 36 | 36 | 0 | 64% | | | 0 |
| KRYSTIN COLEMAN | 2 | 2 | 2 | 0 | 2 | 2 | 0 | | | | |
| FELICITAS FISCHER | 4 | 4 | 3 | 0 | 3 | 3 | 0 | | | | |
| KEVIN KELLEY | 9 | 9 | 6 | 1 | 5 | 5 | 0 | | | | |
| SARAH MAYER | 17 | 17 | 11 | 3 | 8 | 8 | 0 | | | | |
| CASSIE OKENKA | 7 | 7 | 7 | 0 | 7 | 7 | 0 | | | | |
| STEVE POWERS | 8 | 8 | 5 | 3 | 2 | 2 | 0 | | | | |
| STEVE ROBBINS | 5 | 5 | 5 | 0 | 5 | 5 | 0 | | | | |
| JOE SALA | 4 | 4 | 4 | 0 | 4 | 4 | 0 | | | | |

DS = Disconnected service.
RRN# = Reported respondent not at number given.

# Validation Report For Job # 4450 CAMERA

4 of 4

| Column 1 | 2 | 3 | 4 (5+6) | 5 | 6 (7+8) | 7 | 8 | 9 (6/2) | Explanation of Notation/ | ID # | Number |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | COMPLETES | | | | Numbers Reached | | | | | | |
| | | | | DS/ | | Respondent Contacts | | | | | Pulled |
| | | With | | RRN#/ | | Zero | 1+ | Percent | | | |
| | Total | Phone # | Total | Refused | Total | Notations | Notations | Validated | Action Taken | ID # | 16 |
| **4450 CAMERA** | | | | | | | | | | | |
| RALEIGH | 52 | 52 | 36 | 15 | 21 | 16 | 5 | 40% | | | |
| MORGAN BRIGHT | 8 | 8 | 5 | 0 | 5 | 5 | 0 | | SECURITY | 485 | |
| TRACY BARRETT | 12 | 12 | 9 | 7 | 2 | 1 | 1 | 40% | Interview Removed | 292 | 12 |
| | | | | | | | | | Interview Removed | 293 | |
| | | | | | | | | | Interview Removed | 294 | |
| | | | | | | | | | Interview Removed | 295 | |
| | | | | | | | | | Interview Removed | 296 | |
| | | | | | | | | | Interview Removed | 481 | |
| | | | | | | | | | Interview Removed | 482 | |
| | | | | | | | | | Interview Removed | 483 | |
| | | | | | | | | | Interview Removed | 484 | |
| | | | | | | | | | Interview Removed | 486 | |
| KAY MITCHELL | 5 | 5 | 5 | 3 | 2 | 2 | 0 | | | | |
| WANDA FLANAGAN | 10 | 10 | 6 | 2 | 4 | 2 | 2 | | NO TO CAMERA | 301 | 2 |
| LISA MCCABE | 7 | 7 | 5 | 0 | 5 | 3 | 2 | | NO TO CAMERA | 474 | 2 |
| | | | | | | | | | NO TO CAMERA | 489 | |
| | | | | | | | | | SECURITY | 487 | |
| NEIL PEEDIN | 6 | 6 | 5 | 3 | 2 | 2 | 0 | | | | |
| CELESTE BENJAMIN | 4 | 4 | 1 | 0 | 1 | 1 | 0 | | | | |
| **GRAND TOTAL** | 426 | 426 | 308 | 58 | 250 | 240 | 10 | 59% | | | 24 |

DS = Disconnected service.
RRN# = Reported respondent not at number given.

POL 7542822

AGE CARD
-------

A.  UNDER 18 YEARS OF AGE

B.  18-34 YEARS OF AGE

C.  35-49 YEARS OF AGE

D.  50 YEARS OF AGE AND OVER

---

AGE CARD
-------

A.  UNDER 18 YEARS OF AGE

B.  18-34 YEARS OF AGE

C.  35-49 YEARS OF AGE

D.  50 YEARS OF AGE AND OVER

POL 7542823

**YELLOW**                                   Page S1

## CAMERA SURVEY

## SCREENER

---

Screener Interviewer: _____    4-    5-    6-    7-

---

| |
|---|
| **APPROACH MALES AND FEMALES WHO APPEAR TO BE 18 YEARS OF AGE OR OLDER** |

**INTRODUCTION:** Hello, I'm _____ representing Monroe Mendelsohn Research, a survey research company. We're conducting a survey in this area and your participation would be especially important to us. We are not selling anything. This is only a survey.

A.   First, do you work in this mall?                                                       8-

       Yes ................. [ ]1 ⟶ **TERMINATE AND TALLY. RE-USE SCREENER.**

       No ................... [ ]2 ⟶ **CONTINUE**

---

B.   Do you usually wear contact lenses or eyeglasses when you read?                        9-

       Yes ................. [ ]1 ⟶ **ASK Q.C**

       No ................... [ ]2 ⟶ **SKIP TO Q.D**

C.   **(IF "Yes" IN Q.B, ASK:)** Do you have them with you today?                            10-

       Yes ................. [ ]1 ⟶ **SAY:  "During this interview, please feel free to use them whenever you need them" AND CONTINUE.**

       No ................... [ ]2 ⟶ **TERMINATE AND TALLY.  RE-USE SCREENER.**

D.   Which letter on this card **(HAND RESPONDENT AGE CARD)** includes your age?  **(RECORD RESPONDENT'S AGE UNDER THE APPROPRIATE GENDER COLUMN.)**

               **MALE**    **FEMALE**                     11-12

| | MALE | FEMALE | |
|---|---|---|---|
| A.  Under 18 ......... | [ ]1 | [ ]1 | ⟶ TERMINATE AND TALLY. RE-USE SCREENER. |
| B.  18-34 .............. | [ ]2 | [ ]2 | CHECK AGE/GENDER SCREENING QUOTA. IF OPEN, CONTINUE WITH Q.E. OTHERWISE, TERMINATE AND TALLY. RE-USE SCREENER. |
| C.  35-49 .............. | [ ]3 | [ ]3 | |
| D.  50 and over ..... | [ ]4 | [ ]4 | |
| Refused .......... | [ ]5 | [ ]5 | ⟶ TERMINATE AND TALLY. RE-USE SCREENER. |

**(TAKE BACK AGE CARD.)**

POL 7542824

E.  Do you or does anyone in your household work for an advertising agency, marketing research firm, or in the production, distribution or sale of computers, cameras or printers?

    Yes ................ [  ]1 ⟶ **TERMINATE AND TALLY. RE-USE SCREENER.**                    13-

    No .................... [  ]2 ⟶ **CONTINUE**

F.  Have you been interviewed in this or any other mall in the past three months?

    Yes ................ [  ]1 ⟶ **TERMINATE AND TALLY. RE-USE SCREENER.**                    14-

    No .................... [  ]2 ⟶ **CONTINUE**

G1. Which of the following products, if any, have you bought in the past 12 months?  **(READ LIST. RECORD ALL "Yes" MENTIONS UNDER COL Q.G1 BELOW.  IF RESPONDENT DID NOT BUY ANY OF THE LISTED PRODUCTS, 'X' "NONE OF THESE.")**

G2. And, which of the following products do you think you might buy in the next 12 months? **(READ LIST. RECORD ALL "Yes" MENTIONS UNDER COL Q.G2 BELOW.  IF RESPONDENT DOESN'T THINK HE/SHE MIGHT BUY ANY OF THE LISTED PRODUCTS, 'X' "NONE OF THESE.")**

|  | Q.G1 Bought In Past 12 Months | Q.G2 Might Buy In Next 12 Months |  |
|---|---|---|---|
|  |  |  | 15-16 |
| A laptop computer ........................... | [  ]1 | [  ]1 |  |
| A color ink jet printer ........................ | [  ]2 | [  ]2 |  |
| **A digital camera ............................** | **[  ]3** ↓ **CONTINUE** | **[  ]3** ↓ **CONTINUE** |  |
| (DO <u>NOT</u> READ) None of these ................................. | [  ]0 | [  ]0 |  |

> **RESPONDENTS MUST ANSWER "A digital camera" IN Q.G1 AND/OR Q.G2 TO CONTINUE.**
> **IF <u>NOT</u> "A digital camera" IN EITHER Q.G1 OR Q.G2, TERMINATE AND TALLY. RE-USE SCREENER.**

H.  I have a few more questions I'd like to ask you. The interview will take about 5-10 minutes and I think you will find it interesting.  Are you willing to help us out?

    Yes ................ [  ]1 ⟶ **TAKE RESPONDENT TO INTERVIEWING AREA.**                    17-

    No .................... [  ]2 ⟶ **THANK RESPONDENT AND SAY, "Perhaps some other time you'll be able to participate.  Thanks anyway!"**
    **TERMINATE AND TALLY. RE-USE SCREENER.**

Day of the Week: _____     Date: _____

Time of Day Screener Completed: _____

POL 7542825

RESPONDENT'S NAME: _____

ADDRESS: _____

CITY: _____

STATE: _____     ZIP: _____

PHONE:  (         ) _____

POL 7542826

CARD Q.3

I believe that the model **without** the Adaptive Lighting Technology feature would be a savings of:

        A.  Less than $1.00

        B.  $1.00 - $4.99

        C.  $5.00 - $9.99

        D.  $10.00 - $19.99

        E.  $20.00 or more

CARD Q.3

I believe that the model **without** the Adaptive Lighting Technology feature would be a savings of:

        A.  Less than $1.00

        B.  $1.00 - $4.99

        C.  $5.00 - $9.99

        D.  $10.00 - $19.99

        E.  $20.00 or more

POL 7542827

MMR #4456 & January 2008
YELLOW

Case 1:06-cv-00738-SLR     Document 254-6     Filed 06/26/2008     Page 22 of 39     Page M1.

# CAMERA SURVEY
## MAIN QUESTIONNAIRE

4-1

> **RESPONDENT'S NAME:** _____

I'd like you to look at this description of a digital camera and review the information as if you were considering whether or not to buy it.  After you have reviewed the product description, I will ask you a few questions.  If you don't know the answer to any of my questions, please don't hesitate to say that.

> HAND RESPONDENT CAMERA DESCRIPTION (YELLOW DOT) AND ALLOW HIM/HER SUFFICIENT TIME TO REVIEW IT THOROUGHLY BEFORE ASKING Q.1.
>
> AFTER RESPONDENT HAS REVIEWED THE CAMERA DESCRIPTION,
> ***LEAVE THE CAMERA DESCRIPTION WITH THE RESPONDENT.***

1.   This particular digital camera contains a feature called, "Adaptive Lighting Technology".  Adaptive Lighting Technology is a breakthrough technology that enables cameras to produce photos that look more like what people see with their own eyes.  It accomplishes this by balancing relationships between bright and dark areas in a photo, preserving gentle contrasts by smoothing out harsh contrasts.

If there were a digital camera model that contained all of the features of the camera whose description I just showed you, but it did **not** have the Adaptive Lighting Technology feature, do you think that model would cost less than the model with the Adaptive Lighting Technology feature, or would the price be the same as the model with the Adaptive Lighting Technology feature?

Would cost less ........................ [  ]1 ⟶ **ASK Q.2**          5-

Price would be the same ........... [  ]2 ⟶ **END INTERVIEW**

Don't know ................................ [  ]3 ⟶ **END INTERVIEW**

2.   About how much less do you think the model **without** the Adaptive Lighting Technology feature would cost?  **(RECORD VERBATIM RESPONSE.)**

_____

Don't know ...... [  ]1 ⟶ **ASK Q.3**          6 - 8

POL 7542828

3. **(IF "DON'T KNOW" IN Q.2 HAND RESPONDENT CARD Q.3 AND ASK:)** Which of the choices on this card indicates how much less you think the model **without** the Adaptive Lighting Technology feature would cost?  Just tell me the letter of the choice you select.

I believe that the model **without** the Adaptive Lighting Technology feature would be a savings of:

9-

A. Less than $1.00 ............................................. [  ]1

B. $1.00 - $4.99 ................................................ [  ]2

C. $5.00 - $9.99 ................................................ [  ]3

D. $10.00 - $19.99 ............................................ [  ]4

E. $20.00 or more ............................................. [  ]5

Don't know (RECORD IF VOLUNTEERED) ....... [  ]6

**(TAKE BACK CARD Q.3.)**

**THANK RESPONDENT AND END INTERVIEW.**

**MAKE SURE RESPONDENT INFORMATION (NAME, ADDRESS, PHONE NUMBER)
ON SCREENER IS COMPLETE.**

**Main Questionnaire Interviewer:** _____
(10-13)

**INTERVIEWER CERTIFICATION:**

*I certify that I conducted this interview in accordance with my interviewer instructions.*

INTERVIEWER'S SIGNATURE: _____

**HAVE RESPONDENT DATE AND SIGN "RESPONDENT INTERVIEW VERIFICATION"
ON NEXT PAGE.**

MMR #4459 G January 2008
YELLOW

Case 1:06-cv-00738-SLR    Document 254-6    Filed 06/26/2008    Page 24 of 39 M3.

## RESPONDENT INTERVIEW VERIFICATION

Today's Date: _____

**I was interviewed on this date. During the interview I was shown a product description and questioned about it. I understand that all of the information I have supplied will remain confidential.**

_____
**Respondent Signature**

# CAMERA SURVEY
# MAIN QUESTIONNAIRE

4-2

┌─────────────────────────────────────────────────────────────────────┐
│ RESPONDENT'S NAME: _____ │
└─────────────────────────────────────────────────────────────────────┘

I'd like you to look at this description of a digital camera and review the information as if you were considering whether or not to buy it. After you have reviewed the product description, I will ask you a few questions. If you don't know the answer to any of my questions, please don't hesitate to say that.

┌─────────────────────────────────────────────────────────────────────┐
│ HAND RESPONDENT CAMERA DESCRIPTION (YELLOW DOT) AND ALLOW            │
│ HIM/HER SUFFICIENT TIME TO REVIEW IT THOROUGHLY BEFORE ASKING Q.1.   │
│                                                                       │
│ AFTER RESPONDENT HAS REVIEWED THE CAMERA DESCRIPTION,                │
│ *LEAVE THE CAMERA DESCRIPTION WITH THE RESPONDENT.*                  │
└─────────────────────────────────────────────────────────────────────┘

1.    This particular digital camera contains a feature called, "Adaptive Lighting Technology". Adaptive Lighting Technology is a breakthrough technology that enables cameras to produce photos that look more like what people see with their own eyes. It accomplishes this by balancing relationships between bright and dark areas in a photo, preserving gentle contrasts by smoothing out harsh contrasts.

If there were a digital camera model that contained all of the features of the camera whose description I just showed you, but it did **not** have the Adaptive Lighting Technology feature, do you think that the price would be the same as the model with the Adaptive Lighting Technology feature, or would that model cost less than the model with the Adaptive Lighting Technology feature?

Price would be the same ........... [ ]1 → **END INTERVIEW**                5-

Would cost less ........................ [ ]2 → **ASK Q.2**

Don't know ................................ [ ]3 → **END INTERVIEW**

2.    About how much less do you think the model **without** the Adaptive Lighting Technology feature would cost? **(RECORD VERBATIM RESPONSE.)**

_____

Don't know ...... [ ]1 → **ASK Q.3**                                        6 - 8

POL 7542831

MMR #4450 C January 2008
YELLOW

Case 1:06-cv-00738-SLR    Document 254-6    Filed 06/26/2008    Page 26 of 39
Page M2.

3. **(IF "DON'T KNOW" IN Q.2 HAND RESPONDENT CARD Q.3 AND ASK:)** Which of the choices on this card indicates how much less you think the model **without** the Adaptive Lighting Technology feature would cost?  Just tell me the letter of the choice you select.

I believe that the model **without** the Adaptive Lighting Technology feature would be a savings of:

9-

A. Less than $1.00 ............................................ [  ]1

B. $1.00 - $4.99 ................................................ [  ]2

C. $5.00 - $9.99 ................................................ [  ]3

D. $10.00 - $19.99 ............................................ [  ]4

E. $20.00 or more ............................................. [  ]5

Don't know (RECORD IF VOLUNTEERED) ....... [  ]6

**(TAKE BACK CARD Q.3.)**

## THANK RESPONDENT AND END INTERVIEW.

### MAKE SURE RESPONDENT INFORMATION (NAME, ADDRESS, PHONE NUMBER) ON SCREENER IS COMPLETE.

**Main Questionnaire Interviewer:** _____

(10-13)

**INTERVIEWER CERTIFICATION:**

*I certify that I conducted this interview in accordance with my interviewer instructions.*

INTERVIEWER'S SIGNATURE: _____

### HAVE RESPONDENT DATE AND SIGN "RESPONDENT INTERVIEW VERIFICATION" ON NEXT PAGE.

MMR #4450 © January 2008
YELLOW

Case 1:06-cv-00738-SLR    Document 254-6    Filed 06/26/2008    Page 27 of 39 M3.

## RESPONDENT INTERVIEW VERIFICATION


Today's Date: _____


**I was interviewed on this date.  During the interview I was shown a product description and questioned about it.  I understand that all of the information I have supplied will remain confidential.**


_____
**Respondent Signature**

MMR # 4450 C
**CAMERA SURVEY**
**PRELIM RESULTS 1/30/08**

Q.1: ...If there were a digital camera model that contained all of the features of the camera
whose description I just showed you, but it did **not** have the Adaptive Lighting Technology feature,
do you think that model would cost less than the model with the Adaptive Lighting Technology feature,
or would the price be the same as the model with the Adaptive Lighting Technology feature?

|  | Total Respondents | |
|---|---|---|
|  | (195) # | (100) % |
| Would cost less ........................... | 166 | 85 |
| Price would be the same ............ | 22 | 11 |
| Don't know ................................. | 7 | 4 |

Q.2: About how much less do you think the model **without** the Adaptive Lighting Technology feature would cost?

|  | Total Respondents | |
|---|---|---|
|  | (195) # | (100) % |
| Don't know ................................. | 31 | 16 |

**See verbatims for rest of open ended responses**

Q.3: Which of the choices on this card indicates how much less you think the model **without** the
Adaptive Lighting Technology feature would cost?  Just tell me the letter of the choice you select.

|  | Total Respondents | |
|---|---|---|
|  | (195) # | (100) % |
| A. Less than $1.00 ..................... | - | - |
| B. $1.00 - $4.99 ......................... | - | - |
| C. $5.00 - $9.99 ......................... | 1 | 1 |
| D. $10.00 - $19.99 ..................... | 7 | 4 |
| E. $20.00 or more ...................... | 22 | 11 |
| Don't know ................................. | 1 | 1 |

**CAMERA SURVEY: TOTAL RESULTS PRIOR TO VALIDATION 2/6/08**

Q.1:  ...If there were a digital camera model that contained all of the features of the camera
whose description I just showed you, but it did **not** have the Adaptive Lighting Technology feature,
do you think that model would cost less than the model with the Adaptive Lighting Technology feature,
or would the price be the same as the model with the Adaptive Lighting Technology feature?

| | Total Respondents | |
|---|---|---|
| | (412)<br>**#** | (100)<br>**%** |
| Would cost less ........................... | 349 | 85 |
| Price would be the same ............ | 50 | 12 |
| Don't know ................................. | 13 | 3 |

Q.2:  About how much less do you think the model **without** the Adaptive Lighting Technology feature would cost?

| | Total Respondents | |
|---|---|---|
| | (412)<br>**#** | (100)<br>**%** |
| Don't know ................................. | 61 | 15 |
| MEAN | $45.26 | |
| MEDIAN | $45.00 | |

**See verbatims for individual responses**

Q.3:  Which of the choices on this card indicates how much less you think the model **without** the
Adaptive Lighting Technology feature would cost?  Just tell me the letter of the choice you select.

| | Total Respondents | |
|---|---|---|
| | (412)<br>**#** | (100)<br>**%** |
| A. Less than $1.00 ..................... | - | - |
| B. $1.00 - $4.99 ......................... | 1 | * |
| C. $5.00 - $9.99 ......................... | 4 | 1 |
| D. $10.00 - $19.99 ..................... | 13 | 3 |
| E. $20.00 or more ...................... | 40 | 10 |
| Don't know ................................. | 3 | 1 |

_____
* = Less than 0.5%

POL 7542835

**CAMERA SURVEY: TOTAL RESULTS FINAL**

Q.1: ...If there were a digital camera model that contained all of the features of the camera
whose description I just showed you, but it did **not** have the Adaptive Lighting Technology feature,
do you think that model would cost less than the model with the Adaptive Lighting Technology feature,
or would the price be the same as the model with the Adaptive Lighting Technology feature?

|  | Total Respondents | |
|---|---|---|
|  | (402) # | (100) % |
| Would cost less ......................... | 345 | 86 |
| Price would be the same ............ | 45 | 11 |
| Don't know ................................. | 12 | 3 |

Q.2: About how much less do you think the model **without** the Adaptive Lighting Technology feature would cost?

|  | Total Respondents | |
|---|---|---|
|  | (402) # | (100) % |
| Don't know ................................. | 59 | 15 |
| MEAN | $44.93 | |
| MEDIAN | $50.00 | |

**See verbatims for individual responses**

Q.3: Which of the choices on this card indicates how much less you think the model **without** the
Adaptive Lighting Technology feature would cost?  Just tell me the letter of the choice you select.

|  | Total Respondents | |
|---|---|---|
|  | (402) # | (100) % |
| A. Less than $1.00 ..................... | - | - |
| B. $1.00 - $4.99 ......................... | 1 | * |
| C. $5.00 - $9.99 ......................... | 4 | 1 |
| D. $10.00 - $19.99 ..................... | 13 | 3 |
| E. $20.00 or more ...................... | 38 | 9 |
| Don't know ................................. | 3 | 1 |

* = Less than 0.5%

POL 7542836

| MMR # 4450 C RESPONDENT DATA  YELLOW Q'RES | | | | | | |
| --- | --- | --- | --- | --- | --- | --- |
| **CAMERA SURVEY: TOTAL RESPONDENTS FINAL** | | | | | | |
| | | | | **TR WITH VALUES N = 383** | | |
| Q're ID # | Q.1 | Q.2 Verbatim | Q.3 | VALUE | # | CUM % |
| 102 | same price | | | $0.00 | 1 | 0.261097 |
| 107 | same price | | | $0.00 | 2 | 0.522193 |
| 120 | same price | | | $0.00 | 3 | 0.78329 |
| 133 | same price | | | $0.00 | 4 | 1.044386 |
| 136 | same price | | | $0.00 | 5 | 1.305483 |
| 138 | same price | | | $0.00 | 6 | 1.56658 |
| 139 | same price | | | $0.00 | 7 | 1.827676 |
| 141 | same price | | | $0.00 | 8 | 2.088773 |
| 166 | same price | | | $0.00 | 9 | 2.349869 |
| 171 | same price | | | $0.00 | 10 | 2.610966 |
| 175 | same price | | | $0.00 | 11 | 2.872063 |
| 208 | same price | | | $0.00 | 12 | 3.133159 |
| 212 | same price | | | $0.00 | 13 | 3.394256 |
| 215 | same price | | | $0.00 | 14 | 3.655352 |
| 224 | same price | | | $0.00 | 15 | 3.916449 |
| 231 | same price | | | $0.00 | 16 | 4.177546 |
| 242 | same price | | | $0.00 | 17 | 4.438642 |
| 290 | same price | | | $0.00 | 18 | 4.699739 |
| 310 | same price | | | $0.00 | 19 | 4.960836 |
| 312 | same price | | | $0.00 | 20 | 5.221932 |
| 315 | same price | | | $0.00 | 21 | 5.483029 |
| 322 | same price | | | $0.00 | 22 | 5.744125 |
| 326 | same price | | | $0.00 | 23 | 6.005222 |
| 337 | same price | | | $0.00 | 24 | 6.266319 |
| 359 | same price | | | $0.00 | 25 | 6.527415 |
| 383 | same price | | | $0.00 | 26 | 6.788512 |
| 384 | same price | | | $0.00 | 27 | 7.049608 |
| 404 | same price | | | $0.00 | 28 | 7.310705 |
| 406 | same price | | | $0.00 | 29 | 7.571802 |
| 419 | same price | | | $0.00 | 30 | 7.832898 |
| 421 | same price | | | $0.00 | 31 | 8.093995 |
| 425 | same price | | | $0.00 | 32 | 8.355091 |
| 430 | same price | | | $0.00 | 33 | 8.616188 |
| 436 | same price | | | $0.00 | 34 | 8.877285 |
| 437 | same price | | | $0.00 | 35 | 9.138381 |
| 443 | same price | | | $0.00 | 36 | 9.399478 |
| 444 | same price | | | $0.00 | 37 | 9.660574 |
| 449 | same price | | | $0.00 | 38 | 9.921671 |
| 452 | same price | | | $0.00 | 39 | 10.18277 |
| 458 | same price | | | $0.00 | 40 | 10.44386 |
| 488 | same price | | | $0.00 | 41 | 10.70496 |
| 494 | same price | | | $0.00 | 42 | 10.96606 |
| 500 | same price | | | $0.00 | 43 | 11.22715 |
| 505 | same price | | | $0.00 | 44 | 11.48825 |
| 528 | same price | | | $0.00 | 45 | 11.74935 |
| 462 | cost less | Don't know | $1.00 - $4.99 | $1.00 | 46 | 12.01044 |
| 341 | cost less | $5.00 | | $5.00 | 47 | 12.27154 |
| 108 | cost less | Don't know | $5.00 - $9.99 | $5.00 | 48 | 12.53264 |
| 441 | cost less | Don't know | $5.00 - $9.99 | $5.00 | 49 | 12.79373 |
| 518 | cost less | Don't know | $5.00 - $9.99 | $5.00 | 50 | 13.05483 |
| 525 | cost less | Don't know | $5.00 - $9.99 | $5.00 | 51 | 13.31593 |

POL 7542837

| | | | | | | |
|---|---|---|---|---|---|---|
| MMR # 4450 C RESPONDENT DATA  YELLOW Q'RES | | | | | | |
| **CAMERA SURVEY: TOTAL RESPONDENTS FINAL** | | | | | | |
| | | | | **TR WITH VALUES N = 383** | | |
| Q're ID # | Q.1 | Q.2 Verbatim | Q.3 | VALUE | # | CUM % |
| 244 | cost less | $10.00 | | $10.00 | 52 | 13.57702 |
| 280 | cost less | $10.00 | | $10.00 | 53 | 13.83812 |
| 281 | cost less | $10.00 | | $10.00 | 54 | 14.09922 |
| 287 | cost less | $10.00 | | $10.00 | 55 | 14.36031 |
| 104 | cost less | Don't know | $10.00 - $19.99 | $10.00 | 56 | 14.62141 |
| 115 | cost less | Don't know | $10.00 - $19.99 | $10.00 | 57 | 14.88251 |
| 135 | cost less | Don't know | $10.00 - $19.99 | $10.00 | 58 | 15.1436 |
| 237 | cost less | Don't know | $10.00 - $19.99 | $10.00 | 59 | 15.4047 |
| 238 | cost less | Don't know | $10.00 - $19.99 | $10.00 | 60 | 15.6658 |
| 249 | cost less | Don't know | $10.00 - $19.99 | $10.00 | 61 | 15.92689 |
| 276 | cost less | Don't know | $10.00 - $19.99 | $10.00 | 62 | 16.18799 |
| 317 | cost less | Don't know | $10.00 - $19.99 | $10.00 | 63 | 16.44909 |
| 410 | cost less | Don't know | $10.00 - $19.99 | $10.00 | 64 | 16.71018 |
| 445 | cost less | Don't know | $10.00 - $19.99 | $10.00 | 65 | 16.97128 |
| 446 | cost less | Don't know | $10.00 - $19.99 | $10.00 | 66 | 17.23238 |
| 447 | cost less | Don't know | $10.00 - $19.99 | $10.00 | 67 | 17.49347 |
| 522 | cost less | Don't know | $10.00 - $19.99 | $10.00 | 68 | 17.75457 |
| 269 | cost less | About 10 to 15 dollars less. | | $12.50 | 69 | 18.01567 |
| 300 | cost less | $15.00 | | $15.00 | 70 | 18.27676 |
| 386 | cost less | About 15 dollars | | $15.00 | 71 | 18.53786 |
| 388 | cost less | Like maybe 19 something | | $19.00 | 72 | 18.79896 |
| 285 | cost less | $19.99 | | $19.99 | 73 | 19.06005 |
| 174 | cost less | 20 | | $20.00 | 74 | 19.32115 |
| 213 | cost less | $20.00 | | $20.00 | 75 | 19.58225 |
| 247 | cost less | $20 | | $20.00 | 76 | 19.84334 |
| 268 | cost less | $20.00 | | $20.00 | 77 | 20.10444 |
| 277 | cost less | $20.00 | | $20.00 | 78 | 20.36554 |
| 282 | cost less | $20.00 | | $20.00 | 79 | 20.62663 |
| 298 | cost less | $20.00 | | $20.00 | 80 | 20.88773 |
| 379 | cost less | 20.00 | | $20.00 | 81 | 21.14883 |
| 398 | cost less | 20.00 | | $20.00 | 82 | 21.40992 |
| 403 | cost less | $20 | | $20.00 | 83 | 21.67102 |
| 420 | cost less | 20.00 | | $20.00 | 84 | 21.93211 |
| 459 | cost less | 20.00 | | $20.00 | 85 | 22.19321 |
| 468 | cost less | $20.00 | | $20.00 | 86 | 22.45431 |
| 471 | cost less | $20.00 | | $20.00 | 87 | 22.7154 |
| 491 | cost less | 20.00 | | $20.00 | 88 | 22.9765 |
| 507 | cost less | $20.00 | | $20.00 | 89 | 23.2376 |
| 532 | cost less | $20 | | $20.00 | 90 | 23.49869 |
| 472 | cost less | $20 less | | $20.00 | 91 | 23.75979 |
| 304 | cost less | $20 or less | | $20.00 | 92 | 24.02089 |
| 170 | cost less | 20 dollars | | $20.00 | 93 | 24.28198 |
| 103 | cost less | Don't know | $20.00 or more | $20.00 | 94 | 24.54308 |
| 106 | cost less | Don't know | $20.00 or more | $20.00 | 95 | 24.80418 |
| 110 | cost less | Don't know | $20.00 or more | $20.00 | 96 | 25.06527 |
| 111 | cost less | Don't know | $20.00 or more | $20.00 | 97 | 25.32637 |
| 132 | cost less | Don't know | $20.00 or more | $20.00 | 98 | 25.58747 |
| 147 | cost less | Don't know | $20.00 or more | $20.00 | 99 | 25.84856 |
| 150 | cost less | Don't know | $20.00 or more | $20.00 | 100 | 26.10966 |
| 189 | cost less | Don't know | $20.00 or more | $20.00 | 101 | 26.37076 |
| 190 | cost less | Don't know | $20.00 or more | $20.00 | 102 | 26.63185 |

| MMR # 4450 C RESPONDENT DATA  YELLOW Q'RES | | | | | | |
|---|---|---|---|---|---|---|
| **CAMERA SURVEY: TOTAL RESPONDENTS FINAL** | | | | | | |
| | | | | **TR WITH VALUES N = 383** | | |
| Q're ID # | Q.1 | Q.2 Verbatim | Q.3 | VALUE | # | CUM % |
| 193 | cost less | Don't know | $20.00 or more | $20.00 | 103 | 26.89295 |
| 194 | cost less | Don't know | $20.00 or more | $20.00 | 104 | 27.15405 |
| 195 | cost less | Don't know | $20.00 or more | $20.00 | 105 | 27.41514 |
| 210 | cost less | Don't know | $20.00 or more | $20.00 | 106 | 27.67624 |
| 211 | cost less | Don't know | $20.00 or more | $20.00 | 107 | 27.93734 |
| 214 | cost less | Don't know | $20.00 or more | $20.00 | 108 | 28.19843 |
| 226 | cost less | Don't know | $20.00 or more . | $20.00 | 109 | 28.45953 |
| 239 | cost less | Don't know | $20.00 or more | $20.00 | 110 | 28.72063 |
| 243 | cost less | Don't know | $20.00 or more | $20.00 | 111 | 28.98172 |
| 253 | cost less | Don't know | $20.00 or more | $20.00 | 112 | 29.24282 |
| 258 | cost less | Don't know | $20.00 or more | $20.00 | 113 | 29.50392 |
| 264 | cost less | Don't know | $20.00 or more | $20.00 | 114 | 29.76501 |
| 303 | cost less | Don't know | $20.00 or more | $20.00 | 115 | 30.02611 |
| 311 | cost less | Don't know | $20.00 or more | $20.00 | 116 | 30.28721 |
| 316 | cost less | Don't know | $20.00 or more | $20.00 | 117 | 30.5483 |
| 354 | cost less | Don't know | $20.00 or more | $20.00 | 118 | 30.8094 |
| 362 | cost less | Don't know | $20.00 or more | $20.00 | 119 | 31.0705 |
| 382 | cost less | Don't know | $20.00 or more | $20.00 | 120 | 31.33159 |
| 393 | cost less | Don't know | $20.00 or more | $20.00 | 121 | 31.59269 |
| 401 | cost less | Don't know | $20.00 or more | $20.00 | 122 | 31.85379 |
| 423 | cost less | Don't know | $20.00 or more | $20.00 | 123 | 32.11488 |
| 460 | cost less | Don't know | $20.00 or more | $20.00 | 124 | 32.37598 |
| 464 | cost less | Don't know | $20.00 or more | $20.00 | 125 | 32.63708 |
| 466 | cost less | Don't know | $20.00 or more | $20.00 | 126 | 32.89817 |
| 473 | cost less | Don't know | $20.00 or more | $20.00 | 127 | 33.15927 |
| 495 | cost less | Don't know | $20.00 or more | $20.00 | 128 | 33.42037 |
| 503 | cost less | Don't know | $20.00 or more | $20.00 | 129 | 33.68146 |
| 510 | cost less | Don't know | $20.00 or more | $20.00 | 130 | 33.94256 |
| 515 | cost less | Don't know | $20.00 or more | $20.00 | 131 | 34.20366 |
| 307 | cost less | Twenty dollars | | $20.00 | 132 | 34.46475 |
| 146 | cost less | $25 | | $25.00 | 133 | 34.72585 |
| 305 | cost less | 25 | | $25.00 | 134 | 34.98695 |
| 358 | cost less | $25.00 | | $25.00 | 135 | 35.24804 |
| 369 | cost less | 25.00 | | $25.00 | 136 | 35.50914 |
| 397 | cost less | 25.00 | | $25.00 | 137 | 35.77023 |
| 526 | cost less | $25.00 | | $25.00 | 138 | 36.03133 |
| 509 | cost less | $20-30 | | $25.00 | 139 | 36.29243 |
| 352 | cost less | $25 less | | $25.00 | 140 | 36.55352 |
| 167 | cost less | 20.00 to 30.00 | | $25.00 | 141 | 36.81462 |
| 134 | cost less | In between the 20s | | $25.00 | 142 | 37.07572 |
| 229 | cost less | Maybe 25 dollars less. | | $25.00 | 143 | 37.33681 |
| 323 | cost less | Probably 25 bucks | | $25.00 | 144 | 37.59791 |
| 380 | cost less | 29.95 | | $29.95 | 145 | 37.85901 |
| 112 | cost less | $30 | | $30.00 | 146 | 38.1201 |
| 122 | cost less | $30 | | $30.00 | 147 | 38.3812 |
| 187 | cost less | 30 | | $30.00 | 148 | 38.6423 |
| 204 | cost less | $30.00 | | $30.00 | 149 | 38.90339 |
| 205 | cost less | $30.00 | | $30.00 | 150 | 39.16449 |
| 209 | cost less | $30.00 | | $30.00 | 151 | 39.42559 |
| 240 | cost less | $30 | | $30.00 | 152 | 39.68668 |
| 255 | cost less | $30.00 | | $30.00 | 153 | 39.94778 |

POL 7542839

| MMR # 4450 C RESPONDENT DATA  YELLOW Q'RES | | | | | |
|---|---|---|---|---|---|
| **CAMERA SURVEY: TOTAL RESPONDENTS FINAL** | | | | | |
| | | | **TR WITH VALUES N = 383** | | |
| Q're ID # | Q.1 | Q.2 Verbatim        Q.3 | VALUE | # | CUM % |
| 308 | cost less | 30 | $30.00 | 154 | 40.20888 |
| 356 | cost less | $30 | $30.00 | 155 | 40.46997 |
| 367 | cost less | 30.00 | $30.00 | 156 | 40.73107 |
| 375 | cost less | 30.00 | $30.00 | 157 | 40.99217 |
| 409 | cost less | $30.00 | $30.00 | 158 | 41.25326 |
| 435 | cost less | 30.00 | $30.00 | 159 | 41.51436 |
| 448 | cost less | $30.00 | $30.00 | 160 | 41.77546 |
| 450 | cost less | $30.00 | $30.00 | 161 | 42.03655 |
| 454 | cost less | 30.00 | $30.00 | 162 | 42.29765 |
| 504 | cost less | $30.00 | $30.00 | 163 | 42.55875 |
| 387 | cost less | Probably 30 bucks | $30.00 | 164 | 42.81984 |
| 411 | cost less | 30.00 - 40.00 bucks | $35.00 | 165 | 43.08094 |
| 453 | cost less | About 35.00 | $35.00 | 166 | 43.34204 |
| 232 | cost less | I think it would cost thirty five dollars less. | $35.00 | 167 | 43.60313 |
| 131 | cost less | Probably 20-50 dollars | $35.00 | 168 | 43.86423 |
| 267 | cost less | $25.00 to $50.00 | $37.50 | 169 | 44.12533 |
| 455 | cost less | 25 to 50 bucks difference | $37.50 | 170 | 44.38642 |
| 266 | cost less | 25 to 50 dollars less | $37.50 | 171 | 44.64752 |
| 376 | cost less | 25.00 to 50.00 | $37.50 | 172 | 44.90862 |
| 306 | cost less | 35 or 40 less | $37.50 | 173 | 45.16971 |
| 119 | cost less | $40 | $40.00 | 174 | 45.43081 |
| 199 | cost less | $40.00 | $40.00 | 175 | 45.69191 |
| 241 | cost less | $40.00 | $40.00 | 176 | 45.953 |
| 251 | cost less | $40 | $40.00 | 177 | 46.2141 |
| 262 | cost less | $40 | $40.00 | 178 | 46.4752 |
| 355 | cost less | $40 | $40.00 | 179 | 46.73629 |
| 461 | cost less | $40 less | $40.00 | 180 | 46.99739 |
| 465 | cost less | $40 less | $40.00 | 181 | 47.25849 |
| 377 | cost less | 40.00 less | $40.00 | 182 | 47.51958 |
| 381 | cost less | 40.00 less | $40.00 | 183 | 47.78068 |
| 299 | cost less | Probably 40 bucks | $40.00 | 184 | 48.04178 |
| 176 | cost less | Probably 40 dollars | $40.00 | 185 | 48.30287 |
| 350 | cost less | $45 less | $45.00 | 186 | 48.56397 |
| 309 | cost less | 40 or 50 less | $45.00 | 187 | 48.82507 |
| 234 | cost less | 40/50 dollars less | $45.00 | 188 | 49.08616 |
| 467 | cost less | $49.95 | $49.95 | 189 | 49.34726 |
| 186 | cost less | 49.99 | $49.99 | 190 | 49.60836 |
| 114 | cost less | $50 | $50.00 | 191 | **49.86945** |
| 116 | cost less | $50 | $50.00 | 192 | **50.13055** |
| 117 | cost less | $50 | $50.00 | 193 | 50.39164 |
| 118 | cost less | $50 | $50.00 | 194 | 50.65274 |
| 125 | cost less | $50 | $50.00 | 195 | 50.91384 |
| 151 | cost less | $50 | $50.00 | 196 | 51.17493 |
| 153 | cost less | $50 | $50.00 | 197 | 51.43603 |
| 155 | cost less | $50 | $50.00 | 198 | 51.69713 |
| 164 | cost less | 50 | $50.00 | 199 | 51.95822 |
| 168 | cost less | $50 | $50.00 | 200 | 52.21932 |
| 169 | cost less | 50 | $50.00 | 201 | 52.48042 |
| 181 | cost less | 50 | $50.00 | 202 | 52.74151 |
| 196 | cost less | $50.00 | $50.00 | 203 | 53.00261 |
| 200 | cost less | $50.00 | $50.00 | 204 | 53.26371 |

| MMR # 4450 C RESPONDENT DATA  YELLOW Q'RES | | | | | |
| --- | --- | --- | --- | --- | --- |
| **CAMERA SURVEY: TOTAL RESPONDENTS FINAL** | | | | | |
| | | | | **TR WITH VALUES N = 383** | |
| Q're ID # | Q.1 | Q.2 Verbatim | Q.3 | VALUE | # | CUM % |
| 207 | cost less | $50.00 | | $50.00 | 205 | 53.5248 |
| 252 | cost less | $50 | | $50.00 | 206 | 53.7859 |
| 256 | cost less | $50 | | $50.00 | 207 | 54.047 |
| 260 | cost less | $50 | | $50.00 | 208 | 54.30809 |
| 261 | cost less | $50 | | $50.00 | 209 | 54.56919 |
| 265 | cost less | $50 | | $50.00 | 210 | 54.83029 |
| 271 | cost less | $50.00 | | $50.00 | 211 | 55.09138 |
| 272 | cost less | $50.00 | | $50.00 | 212 | 55.35248 |
| 273 | cost less | $50.00 | | $50.00 | 213 | 55.61358 |
| 275 | cost less | $50.00 | | $50.00 | 214 | 55.87467 |
| 284 | cost less | $50.00 | | $50.00 | 215 | 56.13577 |
| 302 | cost less | $50.00 | | $50.00 | 216 | 56.39687 |
| 334 | cost less | $50 | | $50.00 | 217 | 56.65796 |
| 347 | cost less | $50 | | $50.00 | 218 | 56.91906 |
| 348 | cost less | $50 | | $50.00 | 219 | 57.18016 |
| 361 | cost less | 50.00 | | $50.00 | 220 | 57.44125 |
| 363 | cost less | 50.00 | | $50.00 | 221 | 57.70235 |
| 365 | cost less | 50.00 | | $50.00 | 222 | 57.96345 |
| 366 | cost less | 50.00 | | $50.00 | 223 | 58.22454 |
| 368 | cost less | 50.00 | | $50.00 | 224 | 58.48564 |
| 370 | cost less | 50.00 | | $50.00 | 225 | 58.74674 |
| 371 | cost less | 50.00 | | $50.00 | 226 | 59.00783 |
| 372 | cost less | 50.00 | | $50.00 | 227 | 59.26893 |
| 374 | cost less | 50.00 | | $50.00 | 228 | 59.53003 |
| 396 | cost less | 50.00 | | $50.00 | 229 | 59.79112 |
| 400 | cost less | 50.00 | | $50.00 | 230 | 60.05222 |
| 405 | cost less | $50 | | $50.00 | 231 | 60.31332 |
| 407 | cost less | $50 | | $50.00 | 232 | 60.57441 |
| 408 | cost less | $50.00 | | $50.00 | 233 | 60.83551 |
| 412 | cost less | $50.00 | | $50.00 | 234 | 61.09661 |
| 413 | cost less | $50 | | $50.00 | 235 | 61.3577 |
| 424 | cost less | $50.00 | | $50.00 | 236 | 61.6188 |
| 426 | cost less | $50.00 | | $50.00 | 237 | 61.8799 |
| 428 | cost less | $50.00 | | $50.00 | 238 | 62.14099 |
| 433 | cost less | $50.00 | | $50.00 | 239 | 62.40209 |
| 438 | cost less | $50.00 | | $50.00 | 240 | 62.66319 |
| 451 | cost less | $50.00 | | $50.00 | 241 | 62.92428 |
| 469 | cost less | $50.00 | | $50.00 | 242 | 63.18538 |
| 470 | cost less | $50.00 | | $50.00 | 243 | 63.44648 |
| 479 | cost less | 50.00 | | $50.00 | 244 | 63.70757 |
| 492 | cost less | 50.00 | | $50.00 | 245 | 63.96867 |
| 496 | cost less | $50.00 | | $50.00 | 246 | 64.22977 |
| 506 | cost less | $50.00 | | $50.00 | 247 | 64.49086 |
| 508 | cost less | $50.00 | | $50.00 | 248 | 64.75196 |
| 512 | cost less | $50 | | $50.00 | 249 | 65.01305 |
| 516 | cost less | 50.00 | | $50.00 | 250 | 65.27415 |
| 527 | cost less | $50.00 | | $50.00 | 251 | 65.53525 |
| 529 | cost less | $50.00 | | $50.00 | 252 | 65.79634 |
| 531 | cost less | $50.00 | | $50.00 | 253 | 66.05744 |
| 535 | cost less | $50.00 | | $50.00 | 254 | 66.31854 |
| 538 | cost less | $50.00 | | $50.00 | 255 | 66.57963 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **MMR # 4450 C RESPONDENT DATA  YELLOW Q'RES** | | | | | | |
| **CAMERA SURVEY: TOTAL RESPONDENTS FINAL** | | | | | | |
| | | | | **TR WITH VALUES N = 383** | | |
| Q're ID # | Q.1 | Q.2 Verbatim          Q.3 | | VALUE | # | CUM % |
| 351 | cost less | $50 less | | $50.00 | 256 | 66.84073 |
| 227 | cost less | $50.00 Less | | $50.00 | 257 | 67.10183 |
| 270 | cost less | $50.00 less | | $50.00 | 258 | 67.36292 |
| 502 | cost less | $50.00 less | | $50.00 | 259 | 67.62402 |
| 519 | cost less | $50.00 less | | $50.00 | 260 | 67.88512 |
| 521 | cost less | $50.00 less | | $50.00 | 261 | 68.14621 |
| 313 | cost less | 50 bucks | | $50.00 | 262 | 68.40731 |
| 101 | cost less | 50 dollars | | $50.00 | 263 | 68.66841 |
| 236 | cost less | 50 dollars | | $50.00 | 264 | 68.9295 |
| 137 | cost less | 50 dollars less | | $50.00 | 265 | 69.1906 |
| 178 | cost less | 50 dollars less | | $50.00 | 266 | 69.4517 |
| 378 | cost less | 50.00 at least | | $50.00 | 267 | 69.71279 |
| 219 | cost less | 50.00 Less | | $50.00 | 268 | 69.97389 |
| 235 | cost less | About $50 or less | | $50.00 | 269 | 70.23499 |
| 172 | cost less | About 50 dollars less | | $50.00 | 270 | 70.49608 |
| 263 | cost less | About fifty bucks | | $50.00 | 271 | 70.75718 |
| 325 | cost less | At least 50 bucks | | $50.00 | 272 | 71.01828 |
| 324 | cost less | I think it would drop 50 bucks | | $50.00 | 273 | 71.27937 |
| 230 | cost less | It would be fifty dollars less. | | $50.00 | 274 | 71.54047 |
| 537 | cost less | Like 50 bucks | | $50.00 | 275 | 71.80157 |
| 130 | cost less | maybe $50 | | $50.00 | 276 | 72.06266 |
| 498 | cost less | Probably $50 less | | $50.00 | 277 | 72.32376 |
| 390 | cost less | Probably about 50 bucks | | $50.00 | 278 | 72.58486 |
| 320 | cost less | Probably like 50 dollars | | $50.00 | 279 | 72.84595 |
| 127 | cost less | $55 | | $55.00 | 280 | 73.10705 |
| 254 | cost less | $50 - $60 | | $55.00 | 281 | 73.36815 |
| 533 | cost less | $50 - $60 | | $55.00 | 282 | 73.62924 |
| 463 | cost less | 50 or 60 less | | $55.00 | 283 | 73.89034 |
| 233 | cost less | It would cost 50 or 60 dollars less. | | $55.00 | 284 | 74.15144 |
| 163 | cost less | 60 | | $60.00 | 285 | 74.41253 |
| 183 | cost less | 60 | | $60.00 | 286 | 74.67363 |
| 201 | cost less | $60.00 | | $60.00 | 287 | 74.93473 |
| 477 | cost less | 60.00 | | $60.00 | 288 | 75.19582 |
| 385 | cost less | 50 to $70 less | | $60.00 | 289 | 75.45692 |
| 319 | cost less | Maybe 60 bucks less | | $60.00 | 290 | 75.71802 |
| 514 | cost less | $50-$75 | | $62.50 | 291 | 75.97911 |
| 245 | cost less | 25% less | | $62.50 | 292 | 76.24021 |
| 259 | cost less | 50 - 75 less | | $62.50 | 293 | 76.50131 |
| 457 | cost less | I'd say 65 dollars | | $65.00 | 294 | 76.7624 |
| 161 | cost less | $70 | | $70.00 | 295 | 77.0235 |
| 198 | cost less | $70.00 | | $70.00 | 296 | 77.2846 |
| 328 | cost less | $70 | | $70.00 | 297 | 77.54569 |
| 493 | cost less | $70.00 | | $70.00 | 298 | 77.80679 |
| 124 | cost less | About $70 | | $70.00 | 299 | 78.06789 |
| 154 | cost less | $75 | | $75.00 | 300 | 78.32898 |
| 156 | cost less | $75 | | $75.00 | 301 | 78.59008 |
| 184 | cost less | 75 | | $75.00 | 302 | 78.85117 |
| 346 | cost less | $75 | | $75.00 | 303 | 79.11227 |
| 357 | cost less | $75 | | $75.00 | 304 | 79.37337 |
| 360 | cost less | 75.00 | | $75.00 | 305 | 79.63446 |
| 402 | cost less | $75 | | $75.00 | 306 | 79.89556 |

| MMR # 4450 C RESPONDENT DATA  YELLOW Q'RES | | | | | | |
|---|---|---|---|---|---|---|
| **CAMERA SURVEY: TOTAL RESPONDENTS FINAL** | | | | | | |
| | | | | **TR WITH VALUES N = 383** | | |
| Q're ID # | Q.1 | Q.2 Verbatim          Q.3 | | VALUE | # | CUM % |
| 427 | cost less | $75.00 | | $75.00 | 307 | 80.15666 |
| 431 | cost less | $75.00 | | $75.00 | 308 | 80.41775 |
| 399 | cost less | $70 - $80 | | $75.00 | 309 | 80.67885 |
| 343 | cost less | $75 less | | $75.00 | 310 | 80.93995 |
| 318 | cost less | About 75.00 | | $75.00 | 311 | 81.20104 |
| 297 | cost less | Maybe about $75 | | $75.00 | 312 | 81.46214 |
| 129 | cost less | maybe like 50 to 100 dollars | | $75.00 | 313 | 81.72324 |
| 389 | cost less | Maybe like 50 to 100 dollars less | | $75.00 | 314 | 81.98433 |
| 391 | cost less | Probably 75 bucks | | $75.00 | 315 | 82.24543 |
| 173 | cost less | Probably 75 dollars | | $75.00 | 316 | 82.50653 |
| 392 | cost less | Probably about 75 dollars less | | $75.00 | 317 | 82.76762 |
| 145 | cost less | $79.99 less | | $79.99 | 318 | 83.02872 |
| 121 | cost less | $80 | | $80.00 | 319 | 83.28982 |
| 179 | cost less | $80.00 | | $80.00 | 320 | 83.55091 |
| 327 | cost less | $80 | | $80.00 | 321 | 83.81201 |
| 330 | cost less | $80 | | $80.00 | 322 | 84.07311 |
| 331 | cost less | $80 | | $80.00 | 323 | 84.3342 |
| 333 | cost less | $80 | | $80.00 | 324 | 84.5953 |
| 336 | cost less | $80 | | $80.00 | 325 | 84.8564 |
| 497 | cost less | $80 | | $80.00 | 326 | 85.11749 |
| 345 | cost less | $80 less | | $80.00 | 327 | 85.37859 |
| 228 | cost less | $80.00 less | | $80.00 | 328 | 85.63969 |
| 536 | cost less | Maybe like $80 | | $80.00 | 329 | 85.90078 |
| 335 | cost less | $90 | | $90.00 | 330 | 86.16188 |
| 180 | cost less | $80 to $100 | | $90.00 | 331 | 86.42298 |
| 394 | cost less | About 80 to a hundred bucks | | $90.00 | 332 | 86.68407 |
| 123 | cost less | $100 | | $100.00 | 333 | 86.94517 |
| 126 | cost less | $100 | | $100.00 | 334 | 87.20627 |
| 128 | cost less | $100 | | $100.00 | 335 | 87.46736 |
| 143 | cost less | $100 | | $100.00 | 336 | 87.72846 |
| 144 | cost less | $100 | | $100.00 | 337 | 87.98956 |
| 148 | cost less | $100 | | $100.00 | 338 | 88.25065 |
| 149 | cost less | $100 | | $100.00 | 339 | 88.51175 |
| 152 | cost less | $100 | | $100.00 | 340 | 88.77285 |
| 159 | cost less | $100 | | $100.00 | 341 | 89.03394 |
| 162 | cost less | $100 | | $100.00 | 342 | 89.29504 |
| 165 | cost less | 100 | | $100.00 | 343 | 89.55614 |
| 177 | cost less | 100 | | $100.00 | 344 | 89.81723 |
| 185 | cost less | 100 | | $100.00 | 345 | 90.07833 |
| 191 | cost less | $100 | | $100.00 | 346 | 90.33943 |
| 203 | cost less | $100.00 | | $100.00 | 347 | 90.60052 |
| 206 | cost less | $100.00 | | $100.00 | 348 | 90.86162 |
| 246 | cost less | $100 | | $100.00 | 349 | 91.12272 |
| 248 | cost less | $100 | | $100.00 | 350 | 91.38381 |
| 250 | cost less | $100 | | $100.00 | 351 | 91.64491 |
| 329 | cost less | $100 | | $100.00 | 352 | 91.90601 |
| 332 | cost less | $100 | | $100.00 | 353 | 92.1671 |
| 339 | cost less | $100 | | $100.00 | 354 | 92.4282 |
| 342 | cost less | $100 | | $100.00 | 355 | 92.6893 |
| 353 | cost less | $100 | | $100.00 | 356 | 92.95039 |
| 373 | cost less | 100.00 | | $100.00 | 357 | 93.21149 |

| Q're ID # | Q.1 | Q.2 Verbatim          Q.3 | VALUE | # | CUM % |
|---|---|---|---|---|---|
| MMR # 4450 C RESPONDENT DATA  YELLOW Q'RES | | | | | |
| **CAMERA SURVEY: TOTAL RESPONDENTS FINAL** | | | | | |
| | | | TR WITH VALUES N = 383 | | |
| 414 | cost less | $100.00 | $100.00 | 358 | 93.47258 |
| 415 | cost less | $100.00 | $100.00 | 359 | 93.73368 |
| 429 | cost less | $100.00 | $100.00 | 360 | 93.99478 |
| 432 | cost less | $100.00 | $100.00 | 361 | 94.25587 |
| 434 | cost less | $100.00 | $100.00 | 362 | 94.51697 |
| 442 | cost less | $100 | $100.00 | 363 | 94.77807 |
| 490 | cost less | 100.00 | $100.00 | 364 | 95.03916 |
| 530 | cost less | $100.00 | $100.00 | 365 | 95.30026 |
| 534 | cost less | $100 | $100.00 | 366 | 95.56136 |
| 539 | cost less | $100.00 | $100.00 | 367 | 95.82245 |
| 344 | cost less | $100 less | $100.00 | 368 | 96.08355 |
| 349 | cost less | $100 less | $100.00 | 369 | 96.34465 |
| 257 | cost less | $100.00 less | $100.00 | 370 | 96.60574 |
| 517 | cost less | $100.00 less | $100.00 | 371 | 96.86684 |
| 524 | cost less | $100.00 less | $100.00 | 372 | 97.12794 |
| 395 | cost less | 100 bucks less | $100.00 | 373 | 97.38903 |
| 182 | cost less | About 100 dollars less | $100.00 | 374 | 97.65013 |
| 523 | cost less | $125 less | $125.00 | 375 | 97.91123 |
| 501 | cost less | $139.95 less | $139.95 | 376 | 98.17232 |
| 158 | cost less | $150 | $150.00 | 377 | 98.43342 |
| 202 | cost less | $150 | $150.00 | 378 | 98.69452 |
| 288 | cost less | $150.00 | $150.00 | 379 | 98.95561 |
| 364 | cost less | 150.00 | $150.00 | 380 | 99.21671 |
| 340 | cost less | About $150 less | $150.00 | 381 | 99.47781 |
| 220 | cost less | Probally [sic] 150.00 less then the one with the technology. | $150.00 | 382 | 99.7389 |
| 511 | cost less | 150-200 | $175.00 | 383 | 100 |
| | | SUM: | $17,207.32 | | |
| | | MEAN: | $44.93 | | |
| | | MEDIAN: | $50.00 | | |

POL 7542844

| MMR # 4450 C RESPONDENT DATA  YELLOW Q'RES | | | | | | |
|---|---|---|---|---|---|---|
| **CAMERA SURVEY: TOTAL RESPONDENTS FINAL** | | | | | | |
| | | | | **TR WITH VALUES N = 383** | | |
| Q're ID # | Q.1 | Q.2 Verbatim | Q.3 | VALUE | # | CUM % |
| | | | | | | |
| **FOLLOWING RESP NOT IN MEAN/MEDIAN (Q.1/2 = Don't know)** | | | | | | |
| 314 | dk | | | NA | | |
| 321 | dk | | | NA | | |
| 422 | dk | | | NA | | |
| 478 | dk | | | NA | | |
| 338 | dk | | | NA | | |
| 439 | dk | | | NA | | |
| 113 | dk | | | NA | | |
| 222 | dk | | | NA | | |
| 223 | dk | | | NA | | |
| 109 | dk | | | NA | | |
| 142 | dk | | | NA | | |
| 221 | dk | | | NA | | |
| 475 | cost less | Don't know | Don't know | NA | | |
| 476 | cost less | Don't know | Don't know | NA | | |
| 160 | cost less | Don't know | Don't know | NA | | |
| | | | | | | |
| | | | | | | |
| **FOLLOWING RESP NOT IN MEAN/MEDIAN (Q.2 = questionable response)** | | | | | | |
| 105 | cost less | $200.00 | | NA | | |
| 456 | cost less | Maybe like 200, probably 200. | | NA | | |
| 274 | cost less | $225.00 | | NA | | |
| 188 | cost less | 249 dollars | | NA | | |

POL 7542845

# Exhibit M

# REDACTED
# IN ITS ENTIRETY

# Exhibit N

Page 1

1
2       IN THE UNITED STATES DISTRICT COURT
3          FOR THE DISTRICT OF DELAWARE
4
   POLAROID CORPORATION,
5
                Plaintiff,
6
            vs.                    No. 6-738 (SLR)
7
   HEWLETT-PACKARD COMPANY,
8
                Defendant.
9  ------------------------)
10
11
12
13         VIDEOTAPED DEPOSITION OF
14           WALTER J. McCULLOUGH
15            New York, New York
16           Tuesday, May 6, 2008
17
18
19
20
21
22
23
24 Reported by:
   SHAUNA STOLTZ-LAURIE
25 CSR NO. 810490
   JOB NO. 202738

## Walter McCullough

Page 2

```
1
2
3
4
5                  May 1, 2008
6                  9:08 a.m.
7
8      Videotaped deposition of WALTER J.
9   McCULLOUGH, held at the offices of
10   Kirkland & Ellis LLP, 153 East 53rd
11   Street, New York, New York, pursuant to
12   notice, before Shauna Stoltz-Laurie, a
13   Notary Public of the State of New York.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
1
2        THE VIDEOGRAPHER:  This is tape
3   number one of the videotaped deposition
4   of Walter J. McCullough in the matter of
5   Polaroid Corporation versus
6   Hewlett-Packard Company, in the United
7   States District Court for the District
8   of Delaware, CA number 6-738 (SLR).
9   This deposition is being held at
10   Kirkland & Ellis LLP, 153 East 53rd
11   Street, New York, New York on May 6,
12   2008.  The time on the video screen is
13   9:09 a.m.
14        My name is Lee Bowry, I am the
15   legal videographer with Shari Moss &
16   Associates.  The court reporter is
17   Shauna Stoltz-Laurie.
18        Will counsel please introduce
19   themselves for the record.
20        MR. BUCHANAN:  Good morning.  My
21   name is Robert Buchanan from Choate Hall
22   & Stewart.  I represent Hewlett-Packard
23   Company, and I'll be conducting the
24   deposition.
25        MS. KINGSBURY:  Good morning.  My
```

Page 3

```
1
2  A P P E A R A N C E S:
3
4   Kirkland & Ellis LLP
5   Attorneys for Plaintiff
6        200 East Randolph Drive
7        Chicago, Illinois 60601
8   BY:  COLBY ANNE KINGSBURY, ESQ.
9
10   CHOATE HALL & STEWART LLP
11   Attorneys for Defendant
12        Two International Place
13        Boston, Massachusetts 02110
14   BY:  ROBERT M. BUCHANAN, JR., ESQ.
15
16  ALSO PRESENT:
17   LEE BOWRY, Videographer
18
19
20
21
22
23
24
25
```

Page 5

```
1             McCullough
2   name is Colby Anne Kingsbury.  I'm from
3   Kirkland & Ellis, and I represent
4   Polaroid, and I'm here on behalf of Mr.
5   McCullough as well.
6        THE VIDEOGRAPHER:  Will the court
7   reporter please swear in the witness.
8  W A L T E R  J.  M c C U L L O U G H ,
9   called as a witness, having been duly
10   sworn by a Notary Public, was examined
11   and testified as follows:
12  EXAMINATION BY
13  MR. BUCHANAN:
14   Q.  Good morning, Mr. McCullough.
15   A.  Good morning, Mr. Buchanan.
16   Q.  We met earlier.
17        Would you spell your last name in
18  full, please?
19   A.  Yes.  M-c capital C-u-l-l-o-u-g-h.
20   Q.  And have you been retained on
21  behalf of Polaroid in this case?
22   A.  Yes, I have.
23   Q.  And have you been retained by the
24  firm of Kirkland & Ellis on behalf of
25  Polaroid?
```

2 (Pages 2 to 5)

Walter McCullough

Page 18

1        McCullough
2 were able to put that out of your mind
3 entirely when you wrote your report about
4 printers.
5    A.  Yes.
6        It's completely unrelated, in terms
7 of my point of view.
8    Q.  And what do you mean, they are
9 unrelated?
10    A.  They're two completely different
11 surveys on two different products, and when I
12 was working on the printer report I was
13 thinking in terms of the results of the two
14 printer surveys I did; I was not thinking at
15 all about the camera survey, because that was
16 -- from my point of view, I was told that
17 this was taken off -- off the table, so to
18 speak.
19    Q.  Did you yourself design the
20 questions that were asked as a printer
21 survey?
22    A.  Yes.
23    Q.  Did you yourself design the
24 questions that were asked in the camera
25 survey?

Page 20

1        McCullough
2 sought people to ask questions about the
3 printers, also seek people to ask -- answer
4 questions about the cameras?
5    A.  Let me think about that.
6        I think they were separate
7 screeners.  But it goes back a ways, so I'm
8 not positive.  I think they were separately
9 done.  But it was an along time ago, and I
10 forgot the detail of it.
11    Q.  Well, were there sent to you any
12 documents that reflect responses that people
13 indicative about cameras?
14    A.  You mean -- you mean the
15 interviews?
16    Q.  Yes.
17    A.  Yes.
18    Q.  And so -- now, about printers, I've
19 received from counsel about what in my --
20 what fills about one full box of cartons of
21 questionnaire responses --
22    A.  Right.
23    Q.  -- containing the printer survey.
24    A.  Right.
25    Q.  Are you familiar with those?

Page 19

1        McCullough
2    A.  Yes.
3    Q.  Did you -- when did you work on the
4 design of questions for the printer survey,
5 which began in late January '08?
6    A.  Sometime in January.  I can't
7 recall exact date.
8    Q.  And was it also in January that you
9 worked on designing the questions that were
10 asked this the camera survey?
11    A.  That's correct.
12    Q.  Did you work on both of those on
13 the same days in January?
14    A.  It could have been.
15    Q.  Were they -- were the initial
16 interviews conducted in the same shopping
17 malls?
18    A.  Yes, they were.
19    Q.  Were the initial shopping --
20 interviews conducted by the same interviewing
21 -- interviewers in the same shopping malls?
22    A.  Some may have been and some may
23 have been different interviewers, depending
24 on the mall situation.
25    Q.  Did the interviewers, when they

Page 21

1        McCullough
2    A.  Yes.
3    Q.  And those came to your firm
4 initially?
5    A.  The original ones did, yes.
6    Q.  And then you then provided those to
7 counsel.
8    A.  Correct.
9    Q.  Did you similarly receive
10 questionnaire responses pertaining to
11 responses about the cameras?
12    A.  From the field people that were
13 getting -- yes, I did.
14    Q.  So does your firm have those in
15 your possession?
16    A.  Yes, we do.
17    Q.  And have you provided those to
18 counsel?
19    A.  They did not ask for them.
20    Q.  So you still have them?
21    A.  I still have them in my office.
22    Q.  How many discussions did you have
23 with counsel about the preliminary results of
24 the camera questions?
25    A.  I think probably one.

6 (Pages 18 to 21)

## Walter McCullough

Page 106

1    McCullough
2 hundred dollars, and that would be the whole
3 price.
4    A.    Correct.
5    Q.    And let's look, if we -- just
6 looking at the fact sheet on the 5610, you'll
7 agree with me, won't you, that the printer
8 has a number of features?  It has --
9        Can we take a look at that?
10   A.    Sure.
11       That's number C?  Okay.
12   Q.    The first bullet says that it
13 "prints in copies up to 20 pages per minute
14 in black and up to 13 per minute in color."
15   A.    Okay.
16   Q.    So that's one feature of the
17 printer that might be of interest to some
18 people, yes?
19   A.    Well, I think by definition, every
20 printer has a speed, so I'm not sure if
21 that's an extra feature.  That looks like
22 it's just a mechanical description of the
23 printer printing.
24   Q.    The next one says that it copy --
25 "automatically copies and scans faxes."

Page 107

1    McCullough
2 That's a feature that might be of interest to
3 some people, yes?
4    A.    Yes, but it also is implicit in an
5 All-In-One.  That's what an All-In-One means.
6        (Discussion off the record.)
7    Q.    So to some people it might be
8 particularly of interest that this is an
9 All-In-One as opposed to a stand-alone
10 printer or a stand-alone copier or a
11 stand-alone fax machine.
12   A.    Right.
13       And that's in the title of the
14 printer.
15   Q.    Yes.
16       So there are a variety of features
17 that you could ask about in a survey, yes?
18   A.    Yes.
19   Q.    And if you did ask about, let's
20 say, ten features, would it be reasonable to
21 expect that people would have assigned some
22 dollar number to each of the ten?
23   A.    I'm not sure that the ten might be
24 somewhat overwhelming to people in terms of
25 trying to come up with their -- the value it

Page 108

1    McCullough
2 is to them, but even, you know, assuming that
3 you could do that, and it would be a
4 reasonable task, which I'm not sure it would
5 be, it's possible that the people could
6 decide values to that, and I don't know what
7 the value would be, though.
8    Q.    Given all the features that this
9 printer has as outlined on the fact sheet,
10 isn't it unreasonable on its face to assert
11 that the adaptive lighting feature in
12 particular accounts for $50 of the hundred
13 dollars of value of the printer?
14   A.    It's in the eyes of beholder.
15 That's what the consumer actually told me
16 they thought it was worth.
17   Q.    In your judgment, that's not
18 unreasonable on its face.
19   A.    Not unreasonable on its face, no.
20   Q.    If you --
21       MR. BUCHANAN:  Strike that.
22   Q.    From your own experience in using
23 devices of this kind, do you find that
24 unreasonable, $50 out of the hundred for that
25 one feature?

Page 109

1    McCullough
2    A.    I really don't have -- it's -- it's
3 -- I can't approach this anymore as a
4 consumer, because I've gotten too involved in
5 it, so I really can't answer that.
6    Q.    Let me ask you to turn back to the
7 main section of the report, and let me ask to
8 look at page eight.
9    A.    Okay.
10   Q.    If I understand this correctly, for
11 the people who were asked about the
12 Photosmart C6180 printer --
13       MR. BUCHANAN:  Strike that.
14   Q.    The -- the left column reports to
15 me findings of the people who were asked
16 about that printer, yes?
17   A.    The C6180, correct.
18   Q.    And that had a price of one penny
19 less than $300.
20   A.    That's correct.
21   Q.    And if I look down at the bottom,
22 the median dollar amount answer from the
23 respondents as you calculated was $50.
24   A.    That's correct.
25   Q.    And then on the right reports the

28 (Pages 106 to 109)