IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant and Counterclaim Plaintiff. | C.A. No. 06-738-SLR<br><br>**REDACTED** |

### DECLARATION OF WILLIAM J. MARSDEN, JR. IN SUPPORT OF DEFENDANT HEWLETT-PACKARD COMPANY'S OPPOSITION TO "POLAROID CORPORATION'S MOTION TO PREVENT HEWLETT-PACKARD COMPANY FROM USING PRIVILEGE AS BOTH A SWORD AND A SHIELD"

**FISH & RICHARDSON P.C.**
William J. Marsden, Jr. (#2247)
Raymond N. Scott, Jr. (#4949)
919 N. Market Street, Suite 1100
Wilmington, DE 19801
Tel.: (302) 652-5070
Fax: (302) 652-0607
Email: *marsden@fr.com; rscott@fr.com*

Robert S. Frank, Jr. *(pro hac vice)*
Daniel C. Winston *(pro hac vice)*
Carlos Perez-Albuerne *(pro hac vice)*
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02109
Tel.: (617) 248-5000
Fax: (617) 248-4000
Emails: *rfrank@choate.com; dwinston@choate.com; cperez@choate.com*

John E. Giust *(pro hac vice)*
Matthew E. Bernstein *(pro hac vice)*
MINTZ, LEVIN, COHN, FERRIS,
    GLOVSKY AND POPEO PC
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130
Tel.: (858) 314-1500
Fax: (858) 314-1501
Emails: *jgiust@mintz.com; mbernstein@mintz.com*

*Attorneys for Defendant and Counterclaim-Plaintiff
Hewlett-Packard Company*

Dated: June 23, 2008

4344935v1

I, William J. Marsden, Jr., declare as follows:

1. I am an attorney with Fish & Richardson P.C., counsel for Hewlett-Packard Company. I am a member of the Bar of the State of Delaware and of this Court. I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2. Attached hereto as Exhibit 1 is a true and correct copy of correspondence between counsel for Polaroid Corporation and counsel for Hewlett-Packard Company, dated January 8, 2008 through January 29, 2008.

3. Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the Deposition of Charles Moore, dated November 9, 2007.

4. Attached hereto as Exhibit 3 is a true and correct copy of excerpts of the Deposition of Jim Lyons, dated January 24, 2008.

5. Attached hereto as Exhibit 4 is a true and correct copy of excerpts of the Deposition of Steven W. Greer, dated January 18, 2008.

6. Attached hereto as Exhibit 5 is a true and correct copy of Polaroid's Fourth Amended Log of Documents Withheld Under the Claim of Privilege.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd of June, 2008, at Wilmington, Delaware.

/s/ William J. Marsden, Jr.
William J. Marsden, Jr.

4344935v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 23, 2008, I electronically filed with the Clerk of Court the foregoing document using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone:  302-658-9200<br>Fax:  302-658-3989<br>Emails:  jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |
| *Via Email*<br>Russell E. Levine, P.C.<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone:  312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com; ggerst@kirkland.com; mskinner@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

*Courtesy Copy Via Federal Express*
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

/s/ *William J. Marsden, Jr.*
William J. Marsden, Jr.

4344935v1

# Exhibit 1

Case 1:06-cv-00738-SLR    Document 257-2    Filed 06/26/2008    Page 1 of 2

# REDACTED IN ITS ENTIRETY

# Exhibit 2

Case 1:06-cv-00738-SLR   Document 257-3   Filed 06/26/2008   Page 1 of 2

# REDACTED IN ITS ENTIRETY

# Exhibit 3

# REDACTED IN ITS ENTIRETY

# Exhibit 4

# REDACTED IN ITS ENTIRETY

# Exhibit 5

Case 1:06-cv-00738-SLR    Document 257-6    Filed 06/26/2008    Page 1 of 2

# REDACTED IN ITS ENTIRETY

Case 1:06-cv-00738-SLR    Document 257-6    Filed 06/26/2008    Page 2 of 2