IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant and Counterclaim-Plaintiff. | C.A. No. 06-738 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on June 30, 2008, a true and correct copy of *Defendant Hewlett-Packard Company's Disclosure of Rebuttal Fact Witnesses* was caused to be served on the counsel of record as indicated below:

| | |
|---|---|
| *Via Email*<br>Jack B. Blumenfeld (#1014)<br>Julie Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone:  302-658-9200<br>Fax:  302-658-3989<br>Email:  jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |
| *Via Email*<br>Russell E. Levine, P.C.<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone:  312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com; ggerst@kirkland.com;<br>mskinner@kirkland.com; dhiger@kirkland.com;<br>mmeginnes@kirkland.com; cholohan@kirkland.com;<br>cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

*Courtesy Copy Via Overnight Mail*
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Phone: 312-861-2000
Fax: 312-861-2200

Dated: July 1, 2008               FISH & RICHARDSON P.C.

                                  By: */s/ William J. Marsden, Jr.*
                                      William J. Marsden, Jr. (#2247)
                                      Raymond N. Scott, Jr. (#4949)
                                      919 N. Market Street, Suite 1100
                                      Wilmington, DE 19801
                                      Telephone: (302) 652-5070
                                      Facsimile: (302) 652-0607
                                      Email: marsden@fr.com

                                      Robert S. Frank, Jr.
                                      Daniel C. Winston
                                      CHOATE HALL & STEWART, LLP
                                      Two International Place
                                      Boston, MA 02110
                                      Telephone: (617) 248-5000
                                      Facsimile: (617) 248-4000
                                      Email: dwinston@choate.com

                                      John E. Giust
                                      Matthew C. Bernstein
                                      MINTZ, LEVIN, COHN, FERRIS,
                                          GLOVSKY AND POPEO PC
                                      3580 Carmel Mountain Road, Suite 300
                                      San Diego, CA 92130
                                      Tel.: (858) 314-1500
                                      Fax: (858) 314-1501
                                      Email: JGiust@mintz.com
                                             MBernstein@mintz.com

                                  *Attorneys for Defendant and Counterclaim-Plaintiff*
                                  *Hewlett-Packard Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2008, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| ***Via Email***<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone: 302-658-9200<br>Fax: 302-658-3989<br>Emails: jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| ***Via Email***<br>Russell E. Levine, P.C.<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone: 312-861-2000<br>Fax: 312-861-2200<br>Emails: rlevine@kirkland.com; ggerst@kirkland.com; mskinner@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

***Courtesy Copy Via Federal Express***
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone: 312-861-2000
Fax: 312-861-2200

 

              /s/ *William J. Marsden, Jr.*
              William J. Marsden, Jr.

80045166.doc