IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 06-738 (SLR) |
| | ) |
| HEWLETT-PACKARD COMPANY, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SERVICE

The undersigned hereby certifies that true and correct copies of *Polaroid's Notice of Deposition of Rusty Bailey* were caused to be served on July 9, 2008 upon the counsel of record as indicated below:

**VIA E-MAIL and OVERNIGHT DELIVERY**

Daniel Winston
CHOATE HALL & STEWART, LLP
Two International Place
Boston, MA 02110

Matthew Bernstein
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130

**VIA E-MAIL**

Bradley Coburn
FISH & RICHARDSON P.C.
One Congress Plaza, Suite 810
111 Congress Avenue
Austin, TX 78701

William J. Marsden, Jr.
FISH & RICHARDSON P.C.
919 N. Market Street, Suite 1100
Wilmington, DE 19801

John E. Giust
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
3580 Carmel Mountain Road, Suite 300
San Diego, CA 92130

                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                                              */s/ Julia Heaney (#3052)*

                                              Jack B. Blumenfeld (#1014)
                                              Julia Heaney (#3052)
                                              1201 N. Market Street
                                              P.O. Box 1347
                                              Wilmington, DE  19801
                                              (302) 658-9200
                                              jheaney@mnat.com

                                              *Attorneys for Plaintiff, Polaroid Corporation*

OF COUNSEL:

Russell E. Levine, P.C.
G. Courtney Holohan
Michelle W. Skinner
David W. Higer
Maria A. Meginnes
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

July 9, 2008
1235072

2

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 9, 2008, I electronically filed the foregoing with the Clerk of the Court using CM/ECF, which will send notification of such filing(s) to the following:

>William J. Marsden, Jr.
>FISH & RICHARDSON P.C.

I also certify that copies were caused to be served on July 9, 2008 upon the following in the manner indicated:

**BY E-MAIL**

| | |
|---|---|
| William J. Marsden, Jr. | Bradley Coburn |
| FISH & RICHARDSON P.C. | FISH & RICHARDSON P.C. |
| 919 N. Market Street, Suite 1100 | One Congress Plaza, Suite 810 |
| Wilmington, DE  19801 | 111 Congress Avenue |
| | Austin, TX 78701 |
| Matthew Bernstein | |
| John E. Giust | Daniel Winston |
| MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC | CHOATE HALL & STEWART, LLP |
| 3580 Carmel Mountain Road, Suite 300 | Two International Place |
| San Diego, CA  92130 | Boston, MA  02110 |

*/s/ Julia Heaney (#3052)*
_____
Julia Heaney (#3052)
jheaney@mnat.com