IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>      Defendant. | C.A. No. 06-738-SLR |

## DEFENDANT HEWLETT-PACKARD COMPANY'S
## CROSS-MOTION TO PRECLUDE

Defendant Hewlett-Packard Company ("HP") hereby moves for an order excluding the following affidavits and testimony as untimely:

(1) the Declaration of Dr. Peggy Agouris Regarding Okada Reference (D.I. 193 at Ex. 3);

(2) the Declaration of Dr. Agouris in Support of Polaroid Corporation's Response to HP's Motion to Preclude Certain Testimony of Polaroid's Expert Dr. Peggy Agouris (D.I. 219 at Ex. 2);

(3) the Declaration of Mr. Joseph P. Wroblewski filed in support of Polaroid's Response to HP's Motion to Preclude Certain Testimony of Polaroid's Expert Dr. Peggy Agouris (D.I. 219 at Ex. 4);

(4) Dr. Agouris' testimony regarding the question of whether Polaroid products embody Claim 7 of the '381 patent;

(5) the Declaration of Walter McCullough filed in support of Polaroid's Response to HP's Motion to Preclude the Report and Testimony of Polaroid's Survey Expert Walter McCullough (D.I. 218 at Ex. 2); and

(6) the Declaration of Thomas L. Beaudoin filed in support of Polaroid's Opposition to HP's Motion for Summary Judgment on Grounds of Estoppel, Or In The Alternative or In Addition, Laches (D.I. 195 at Ex. 3).

For the reasons outlined in Hewlett-Packard Company's Memorandum In Opposition to Polaroid's Motion to Preclude and In Support Of Hewlett-Packard's Cross-Motion To Preclude and all supporting declarations and exhibits, the above-listed declarations and testimony should

be stricken, the pending summary judgment and Daubert motions should be decided without reference to those declarations, and Polaroid's witnesses should be precluded from testifying at trial with respect to the corresponding subject matter.

Dated:  July 10, 2008　　　　　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　　　　By:  */s/ William J. Marsden, Jr.*
　　　　　　　　　　　　　　　　　　　　　 William J. Marsden, Jr. (#2247)
　　　　　　　　　　　　　　　　　　　　　 Raymond N. Scott, Jr. (#4949)
　　　　　　　　　　　　　　　　　　　　　 919 N. Market Street, Suite 1100
　　　　　　　　　　　　　　　　　　　　　 Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　　 Telephone:  (302) 652-5070
　　　　　　　　　　　　　　　　　　　　　 Facsimile:   (302) 652-0607
　　　　　　　　　　　　　　　　　　　　　 Email:  marsden@fr.com

　　　　　　　　　　　　　　　　　　　　　 CHOATE HALL & STEWART, LLP
　　　　　　　　　　　　　　　　　　　　　 Robert S. Frank, Jr.
　　　　　　　　　　　　　　　　　　　　　 Daniel C. Winston
　　　　　　　　　　　　　　　　　　　　　 Carlos Perez-Albuerne
　　　　　　　　　　　　　　　　　　　　　 Two International Place
　　　　　　　　　　　　　　　　　　　　　 Boston, MA 02110
　　　　　　　　　　　　　　　　　　　　　 Telephone:  (617) 248-5000
　　　　　　　　　　　　　　　　　　　　　 Facsimile:  (617) 248-4000
　　　　　　　　　　　　　　　　　　　　　 Email:  rfrank@choate.com; cperez@choate.com
　　　　　　　　　　　　　　　　　　　　　 　　　　　dwinston@choate.com

　　　　　　　　　　　　　　　　　　　　　 MINTZ COHN FERRIS GLOVSKY & POPEO, P.C.
　　　　　　　　　　　　　　　　　　　　　 John E. Giust
　　　　　　　　　　　　　　　　　　　　　 Matthew C. Bernstein
　　　　　　　　　　　　　　　　　　　　　 5355 Mira Sorrento Place, Suite 600
　　　　　　　　　　　　　　　　　　　　　 San Diego, CA 92121-3039
　　　　　　　　　　　　　　　　　　　　　 Telephone:  858-320-3000
　　　　　　　　　　　　　　　　　　　　　 Facsimile:  858-320-3001
　　　　　　　　　　　　　　　　　　　　　 Email:  JGiust@mintz.com
　　　　　　　　　　　　　　　　　　　　　 　　　　　MBernstein@mintz.com

　　　　　　　　　　　　　　　　　　　　　 *Attorneys for Defendant and Counterclaim-Plaintiff Hewlett-Packard Company*

2

3

**RULE 7.1.1 CERTIFICATE**

The undersigned certifies that counsel for movants have made a reasonable effort to reach agreement with the opposing attorneys on the matters set forth in the attached motion.

                                                  */s/ William J. Marsden, Jr.*
                                                  William J. Marsden, Jr.

# CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I electronically filed with the Clerk of Court the foregoing document using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| ***Via Email***<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone:  302-658-9200<br>Fax:  302-658-3989<br>Emails:  jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |
| ***Via Email***<br>Russell E. Levine, P.C.<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone:  312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com; ggerst@kirkland.com; mskinner@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

***Courtesy Copy Via Federal Express***
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

                                                          */s/ William J. Marsden, Jr.*
                                                          William J. Marsden, Jr.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>   Plaintiff and Counterclaim Defendant,<br><br>   v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>   Defendant and Counterclaim Plaintiff. | C.A. No. 06-738-SLR |

**[PROPOSED] ORDER REGARDING DEFENDANT
HEWLETT-PACKARD COMPANY'S CROSS-MOTION TO PRECLUDE**

AND NOW, the Court, having considered Defendant Hewlett-Packard Company's Cross-Motion to Preclude in this case and all supporting memoranda, declarations and exhibits filed by Hewlett-Packard Company and Polaroid Corporation's opposition to the motion and all supporting memoranda, declarations and exhibits,

IT IS HEREBY ORDERED that Defendant Hewlett-Packard Company's Cross-Motion To Preclude is GRANTED.

SO ORDERED, this ___ day of _____, 2008.

_____
The Honorable Sue L. Robinson

4350709v1