IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

POLAROID CORPORATION,

Plaintiff and Counterclaim Defendant,

v.

HEWLETT-PACKARD COMPANY,

Defendant and Counterclaim Plaintiff.

C.A. No. 06-738-SLR

**REDACTED**

## DECLARATION OF WILLIAM J. MARSDEN JR. IN SUPPORT OF DEFENDANT HEWLETT-PACKARD'S MEMORANDUM IN OPPOSITION TO POLAROID'S MOTION TO PRECLUDE AND IN SUPPORT OF HEWLETT-PACKARD'S CROSS-MOTION TO PRECLUDE

**FISH & RICHARDSON P.C.**
William J. Marsden, Jr. (#2247)
Raymond N. Scott, Jr. (#4949)
919 N. Market Street, Suite 1100
Wilmington, DE 19801
Tel.: (302) 652-5070
Fax: (302) 652-0607
Email: marsden@fr.com; rscott@fr.com

Robert S. Frank, Jr. *(pro hac vice)*
Daniel C. Winston *(pro hac vice)*
Carlos Perez-Albuerne *(pro hac vice)*
CHOATE, HALL & STEWART LLP
Two International Place
Boston, MA 02109
Tel.: (617) 248-5000
Fax: (617) 248-4000
Emails: rfrank@choate.com; cperez@choate.com
           dwinston@choate.com

John E. Giust *(pro hac vice)*
Matthew E. Bernstein *(pro hac vice)*
MINTZ, LEVIN, COHN, FERRIS,
    GLOVSKY AND POPEO PC
5355 Mira Sorrento Place, Suite 600
San Diego, CA 92121-3039
Tel.: (858) 320-3000
Fax: (858) 320-3001
Emails: jgiust@mintz.com; mbernstein@mintz.com

*Attorneys for Defendant and Counterclaim-Plaintiff
Hewlett-Packard Company*

Dated: July 10, 2008

4350491v1

I, William J. Marsden, Jr., declare as follows:

1.      I am an attorney with Fish & Richardson P.C., counsel for Hewlett-Packard Company.  I am a member of the Bar of the State of Delaware and of this Court.  I have personal knowledge of the matters stated in this declaration and would testify truthfully to them if called upon to do so.

2.      Attached hereto as Exhibit A are true and accurate copies of excerpts from the Deposition of Dr. Rangaraj M. Rangayyan, taken May 9, 2008.

3.      Attached hereto as Exhibit B are true and accurate copies of excerpts from the Expert Report of Dr. Peggy Agouris Regarding U.S. Patent No. 4,829,381.

4.      Attached hereto as Exhibit C are true and accurate copies of excerpts from the Deposition of Dr. Peggy Agouris, Ph.D., taken May 6-7, 2008.

5.      Attached hereto as Exhibit D are true and accurate copies of excerpts from the Expert Report of Dr. Dan Schonfeld, dated April 18, 2008.

6.      Attached hereto as Exhibit E is a true and accurate copy of Polaroid Corporation's First Amended Initial Disclosures Pursuant to Rule 26(a)(1), dated November 29, 2007.

7.      Attached hereto as Exhibit F are true and accurate copies of excerpts from Polaroid Corporation's First Supplemental Response to Hewlett-Packard Co.'s First Set of Interrogatories, dated September 14, 2007.

8.      Attached hereto as Exhibit G are true and accurate copies of excerpts from the Expert Report of Dr. Allyn D. Strickland, dated March 19, 2008.

9.      Attached hereto as Exhibit H are true and accurate copies of excerpts from the Deposition of Robert H. Wallace, C.P.A., taken May 6, 2008.

10.    Attached hereto as Exhibit I is a list of Bates numbers representing documents produced from the files of HP employee Jim Ruder, or documents prepared by, sent to, or referencing Mr. Ruder.

11.    Attached hereto as Exhibit J are true and accurate copies of excerpts from the Deposition of Charles Moore, taken November 9, 2007.

12.    Attached hereto as Exhibit K is a true and accurate copy of a June 25, 2008 email from counsel for HP, Daniel Winston, to David Higer and Courtney Holohan, counsel for Polaroid Corporation ("Polaroid").

13.    Attached hereto as Exhibit L is a true and accurate copy of a June 26, 2008 email from Courtney Holohan to Daniel Winston.

14.    Attached hereto as Exhibit M is a true and accurate copy of a July 1, 2008 email from Daniel Winston to Courtney Holohan.

15.    Attached hereto as Exhibit N is a true and accurate copy of a letter dated July 2, 2008, sent via email, from David Higer to Matthew Bernstein and Daniel Winston, counsel for HP.

16.    Attached hereto as Exhibit O is a true and accurate copy of a letter dated July 3, 2008, sent via email, from Daniel Winston to David Higer.

17.    Attached hereto as Exhibit P is a true and accurate copy of a letter dated July 7, 2008, sent via email, from David Higer to Daniel Winston.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 10th day of July, 2008, at Wilmington, Delaware.

William J. Marsden, Jr.

4350491v1

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2008, I electronically filed with the Clerk of Court the foregoing document using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

*Via Email*                                              Attorneys for Plaintiff and
Jack B. Blumenfeld (#1014)                               Counterclaim-Defendant
Julia Heaney (#3052)                                     Polaroid Corporation
Morris, Nichols, Arsht & Tunnell, LLP
1201 North Market Street
Wilmington, DE 19899-1347
Phone: 302-658-9200
Fax: 302-658-3989
Emails:  jblumenfeld@mnat.com; jheaney@mnat.com

*Via Email*                                              Attorneys for Plaintiff and
Russell E. Levine, P.C.                                  Counterclaim-Defendant
Michelle W. Skinner/David W. Higer                       Polaroid Corporation
Maria A. Meginnes/Courtney Holohan/C. Beasley
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone: 312-861-2000
Fax: 312-861-2200
Emails:  rlevine@kirkland.com; ggerst@kirkland.com;
mskinner@kirkland.com; dhiger@kirkland.com;
mmeginnes@kirkland.com; mmeginnes@kirkland.com;
cbeasley@kirkland.com

*Courtesy Copy Via Federal Express*
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone: 312-861-2000
Fax: 312-861-2200

                                        /s/ William J. Marsden, Jr.
                                        William J. Marsden, Jr.

4350491v1

# EXHIBIT A

# REDACTED IN ITS ENTIRETY

# EXHIBIT B

# REDACTED IN ITS ENTIRETY

# EXHIBIT C

# REDACTED IN ITS ENTIRETY

# EXHIBIT D

# REDACTED IN ITS ENTIRETY

# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| POLAROID CORPORATION ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 06-738 (SLR) |
| ) | |
| HEWLETT-PACKARD COMPANY ) | |
| ) | |
| Defendant. ) | |
| ) | |

**POLAROID CORPORATION'S FIRST AMENDED INITIAL
DISCLOSURES PURSUANT TO RULE 26(a)(1)**

Plaintiff Polaroid Corporation ("Polaroid") hereby amends its initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) and 26(e). Polaroid reserves the right to supplement these initial disclosures in accordance with Rule 26(e) of the Federal Rules of Civil Procedure and/or in one or more discovery responses or expert reports.

## I.    IDENTIFICATION OF INDIVIDUALS

**Rule 26(a)(1)(A):**
**The name and, if known, the address and telephone number of each
individual likely to have discoverable information that the disclosing party
may use to support its claims or defenses, unless solely for impeachment,
identifying the subjects of the information.**

Pursuant to Rule 26(a)(1)(A) of the Federal Rules of Civil Procedure, Polaroid identifies the following individuals likely to have discoverable information relevant to the facts alleged concerning infringement, validity, willfulness and/or damages.

| No. | Individual | Subject(s) |
|---|---|---|
| 1. | Bradford Kullberg<br>Vice President, Corporate Business Development<br>Polaroid Corporation<br>300 Baker Avenue Suite 330<br>Concord, MA 01742 | Polaroid's licensing practices and financial history |
| 2. | Donald S. Levinstone<br>Danger, Inc.<br>3101 Park Blvd.<br>Palo Alto CA 94306 | Conception and reduction to practice of U.S. Patent No. 4,829,381 |
| 3. | Jim Lyons | Licensing negotiations between HP and Polaroid |
| 4. | Nathan Moroney | Development of accused products and notification to HP of U.S. Patent No. 4,829,381 |
| 5. | Ron Reiling<br>22 Ridge Hill Road<br>Sudbury, MA 01776 | Licensing negotiations between HP and Polaroid |
| 6. | Edward Roman<br>30 Parsonage Lane<br>Topsfield, MA 01983 | Prosecution of U.S. Patent No. 4,829,381 |
| 7. | Woo-Jin Song<br>Pohang University of Science and Technology<br>San 31 Hyojadong Namgu<br>Pohang, Republic of Korea | Conception and reduction to practice of U.S. Patent No. 4,829,381 |
| 8. | Anand Srinivasan | Development of accused products |
| 9. | Jay Thornton<br>56 Lincoln St.<br>Watertown, MA 02472 | Notification to HP of U.S. Patent No. 4,829,381 |
| 10. | Vlad Cardei | Notification to HP of U.S. Patent No. 4,829,381 |

| No. | Individual | Subject(s) |
|---|---|---|
| 11. | Julian Bullitt<br>ZINK Imaging, LLC<br>1265 Main Street - W4<br>Waltham, MA 02451 | Polaroid products and corporate history |
| 12. | Thomas L. Beaudoin<br>President/Chief Operations Officer/Chief Financial Officer<br>Polaroid Corporation<br>300 Baker Avenue Suite 330<br>Concord, MA 01742 | Polaroid corporate history and ownership of U.S. Patent No. 4,829,381 |
| 13. | Guo Li | Development of accused products |
| 14. | Rhanjit Bhaskar | Development of accused products |
| 15. | Mark Niemann | Development of accused products |
| 16. | Any party that HP subpoenas, deposes, or calls at trial. | Infringement, validity, willfulness and/or damages |

Messrs. Kullberg, Levinstone, Reiling, Roman, Thornton, Bullitt, and Beaudoin can be contacted through counsel for Polaroid.

In addition, the individuals identified above may have additional relevant information beyond what is indicated. Other individuals will be identified in documents produced in this action. Polaroid reserves the right to remove any person listed above if they determine that such person lacks discoverable information or possesses only cumulative knowledge to other persons listed. Polaroid expressly reserves the right to call as witnesses additional persons, if, during the course of discovery and investigation relating to this case, they learn that such additional persons have relevant information.

3

## II.   PRODUCTION OF DOCUMENTS

<u>Rule 26(a)(1)(B)</u>:
**A copy of, or a description by category and location of, all documents, electronically stored information, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment**

Categories of documents that Polaroid may use to support its claims include the following documents that are located at Polaroid's offices in Waltham, Massachusetts:

1.  Polaroid's financial and marketing documents.

2.  Polaroid's internal documents relating to the inventions disclosed in U.S. Patent No. 4,829,381.

3.  Copies of the patents-in-suit and their prosecution histories.

4.  Polaroid's licenses.

5.  Polaroid's corporate history documents.

> Information regarding Polaroid can be found at www.polaroid.com.

> The following documents are publicly available:

6.  HP press releases and web materials describing the accused products.

7.  Articles by third parties describing the features and operation of the accused products.

The following electronically stored information is located at W-300, 300 5th Avenue, Waltham, MA 02451:

8.  Legal, research and development, engineering, company management documents, and user-archived electronic mail located on MERLOT and USHQFS01 Servers.

9.  Engineering drawings, documents related to Polaroid's intellectual property development, and personal files located on ZEUS Server.

10. Electronic mail located on USHQVS Server.

The following is Polaroid's pre-discovery disclosure of e-discovery information pursuant to the paragraph 2 of the Scheduling Order:

- Likely Custodians of Electronic Materials:

| Name | Title | Responsibilities |
|------|-------|------------------|
| Bradford J. Kullberg | Vice President Corporate Business Development Polaroid Corporation | Manage Polaroid's business development activities. |
| William P. Dumont | IT Director Polaroid Corporation | Manage Polaroid's IT and computer systems. |

- Relevant Electronic Systems:

    To the extent that relevant electronically stored information exists, Polaroid states that the likely relevant electronic systems that have been in place since work began on the '381 patent include: custodian hard drives, offline media, online email, private network shares, public network shares, and Polaroid's intranet servers. Electronically stored information created on media that has been decommissioned is not readily accessible. There are also backup tapes that are not readily accessible due to undue burden and/or substantial cost, given the likelihood of relevant information stored on the tapes.

- The person responsible for the retention of Polaroid's electronically stored information is William Dumont.

- Polaroid's e-discovery liaison is David W. Higer, and he can be contacted as follows:

    David W. Higer
    Kirkland & Ellis LLP
    200 East Randolph Drive, Chicago, IL 60601
    (312) 469-7029 (o)
    (312) 660-9730 (f)
    dhiger@kirkland.com

6

III.    **COMPUTATION OF DAMAGES**

**Rule 26(a)(1)(C):**
**A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Polaroid is seeking an amount adequate to compensate Polaroid for Hewlett-Packard Company's ("HP") infringement that is no less than a reasonable royalty, including pre-judgment and post-judgment interest. Polaroid is also seeking recovery of its costs and attorney's fees incurred in bringing this action. In addition, Polaroid is seeking an increase in damages found or assessed due to HP's willful infringement. At this time, however, calculating these elements of damages is premature. In addition, Polaroid has not yet determined what additional remedies it is entitled to. As discovery proceeds in this action, Polaroid will supplement its disclosures in accordance with Rule 26(e) of the Federal Rules of Civil Procedure and/or in one or more discovery responses or expert reports.

IV.    **INSURANCE AGREEMENTS**

**Rule 26(a)(1)(D):**
**For inspection and copying as under Rule 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

There are no applicable agreements.

Polaroid's Initial Disclosures are made without waiving (1) the right to object to discovery on the grounds of attorney client or work-product privileges, competency, undue burden, relevancy and materiality, or any other proper grounds; (2) the right to object to the use of any such information, for any purpose, in whole or in part, in any later proceeding in this or

any other action; and (3) the right to object on any grounds, at any time, to any discovery request or proceeding relating to or involving the subject matter of this disclosure.

Dated: November 29, 2007              Respectfully submitted,

                                      POLAROID CORPORATION

                                      */s/ David W. Higer*
                                      Jack B. Blumenfeld (#1014)
                                      Julie Heaney (#3052)
                                      Morris, Nichols, Arsht & Tunnell LLP
                                      1201 N. Market Street
                                      Wilmington, Delaware 19801
                                      (302) 658-9200

                                      Russell E. Levine, P.C.
                                      C. Graham Gerst
                                      G. Courtney Holohan
                                      Michelle W. Jordan
                                      David W. Higer
                                      Maria A. Meginnes
                                      KIRKLAND & ELLIS LLP
                                      200 East Randolph Drive
                                      Chicago, IL 60601
                                      (312) 861-2000

## CERTIFICATE OF SERVICE

I, David W. Higer, hereby certify that on November 29, 2007, I served **POLAROID'S FIRST AMENDED INITIAL DISCLOSURES PURSUANT TO RULE 26(a)(1)** upon the following in the manner indicated:

### VIA E-MAIL and OVERNIGHT DELIVERY:

Matthew Bernstein
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA  92130
bernstein@fr.com

### VIA E-MAIL:

William J. Marsden, Jr. (marsden@fr.com)

John E. Giust (giust@fr.com)

Bradley Coburn (coburn@fr.com)

Joanne Owens (owens@fr.com)

Carol Jo Cameron (cameron@fr.com)

Ben Harjo (harjo@fr.com)

Jean Manis (manis@fr.com)

*/s/David W. Higer*

# EXHIBIT F

# REDACTED IN ITS ENTIRETY

# EXHIBIT G

# REDACTED IN ITS ENTIRETY

# EXHIBIT H

# REDACTED IN ITS ENTIRETY

# EXHIBIT I

| Documents – Ruder Listed as Custodian | |
|---|---|
| HPPOL 0133551 | |
| HPPOL 0133580 | |
| HPPOL 0133666 | |
| HPPOL 0133688 | |
| HPPOL 0133697 | |
| HPPOL 0133704 | |
| HPPOL 0133712 | |
| HPPOL 0133715 | |
| HPPOL 0133764 | |
| HPPOL 0133790 | |
| HPPOL 0133816 | |
| HPPOL 0133843 | |
| HPPOL 0133883 | |
| HPPOL 0133921 | |
| HPPOL 0133966 | |
| HPPOL 0134000 | |
| HPPOL 0134021 | |
| HPPOL 0134029 | |
| HPPOL 0134035 | |
| HPPOL 0134134 | |
| HPPOL 0134177 | |
| HPPOL 0134185 | |
| HPPOL 0134252 | |
| HPPOL 0134270 | |
| HPPOL 0134279 | |
| HPPOL 0134301 | |
| HPPOL 0134335 | |
| HPPOL 0134388 | |
| HPPOL 0134422 | |
| HPPOL 0134461 | |
| HPPOL 0134475 | |
| HPPOL 0134492 | |
| HPPOL 0134561 | |
| HPPOL 0134574 | |
| HPPOL 0134599 | |
| HPPOL 0134639 | |
| HPPOL 0134650 | |
| HPPOL 0134657 | |
| HPPOL 0134658 | |
| HPPOL 0134694 | |
| HPPOL 0134724 | |
| HPPOL 0134760 | |
| HPPOL 0134810 | |
| HPPOL 0134828 | |

| | |
|---|---|
| HPPOL 0134842 | |
| HPPOL 0134883 | |
| HPPOL 0134924 | |
| HPPOL 0134937 | |
| HPPOL 0134961 | |
| HPPOL 0135000 | |
| HPPOL 0135156 | |
| HPPOL 0135172 | |
| HPPOL 0135260 | |
| HPPOL 0135279 | |
| HPPOL 0135362 | |
| HPPOL 0135438 | |
| HPPOL 0135443 | |
| HPPOL 0135503 | |
| HPPOL 0135570 | |
| HPPOL 0135605 | |
| HPPOL 0135640 | |
| HPPOL 0135654 | |
| HPPOL 0135695 | |
| HPPOL 0135773 | |
| HPPOL 0135901 | |
| HPPOL 0135921 | |
| HPPOL 0135944 | |
| HPPOL 0135979 | |
| HPPOL 0136018 | |
| HPPOL 0136053 | |
| HPPOL 0136113 | |
| HPPOL 0136120 | |
| HPPOL 0136143 | |
| HPPOL 0136176 | |
| HPPOL 0136202 | |
| HPPOL 0136222 | |
| HPPOL 0136243 | |
| HPPOL 0136290 | |
| | |
| **Documents – Ruder prepared, received, or is referenced.** | |
| HPDE 0000388 | |
| HPDE 0001263 | |
| HPDE 0001479 | |
| HPDE 0001515 | |
| HPDE 0001721 | |
| HPDE 0003254 | |
| HPDE 0003530 | |
| HPDE 0003630 | |
| HPDE 0003801 | |

| | |
|---|---|
| HPDE 0004244 | |
| HPDE 0004991 | |
| HPDE 0004997 | |
| HPDE 0005191 | |
| HPDE 0005481 | |
| HPDE 0012195 | |
| HPDE 0012197 | |
| HPDE 0013541 | |
| HPDE 0013544 | |
| HPDE 0014031 | |
| HPDE 0014385 | |
| HPDE 0014391 | |
| HPDE 0014729 | |
| HPDE 0014732 | |
| HPDE 0014737 | |
| HPDE 0014744 | |
| HPDE 0014749 | |
| HPDE 0014751 | |
| HPDE 0014763 | |
| HPDE 0085895 | |
| HPDE 0086178 | |
| HPDE 0086180 | |
| HPDE 0086187 | |
| HPDE 0086193 | |
| HPDE 0099629 | |
| HPDE 0100144 | |
| HPDE 0101374 | |
| HPDE 0101377 | |
| HPDE 0112307 | |
| HPDE 0112347 | |
| HPDE 0113572 | |
| HPDE 0115079 | |
| HPDE 0115357 | |
| HPDE 0115976 | |
| HPDE 0116539 | |
| HPDE 0117301 | |
| HPDE 0117505 | |
| HPDE 0118311 | |
| HPDE 0118912 | |
| HPDE 0118963 | |
| HPDE 0119039 | |
| HPDE 0119108 | |
| HPDE 0119895 | |
| HPDE 0120069 | |
| HPDE 0120325 | |

| | |
|---|---|
| HPDE 0121844 | |
| HPDE 0121923 | |
| HPDE 0125095 | |
| HPDE 0127515 | |
| HPDE 0127634 | |
| HPDE 0128499 | |
| HPDE 0128501 | |
| HPDE 0131202 | |
| HPDE 0133006 | |
| HPDE 0137284 | |
| HPDE 0141259 | |
| HPDE 0141383 | |
| HPDE 0141591 | |
| HPDE 0141596 | |
| HPDE 0141651 | |
| HPDE 0142244 | |
| HPDE 0142374 | |
| HPDE 0142533 | |
| HPDE 0142760 | |
| HPDE 0142762 | |
| HPDE 0159076 | |
| HPDE 0162123 | |
| HPDE 0164033 | |
| HPDE 0166309 | |
| HPDE 0174372 | |
| HPDE 0174405 | |
| HPDE 0201411 | |
| HPDE 0201474 | |
| HPDE 0201645 | |
| HPDE 0202317 | |
| HPDE 0202323 | |
| HPDE 0202671 | |
| HPDE 0204773 | |
| HPDE 0211623 | |
| HPDE 0215524 | |
| HPDE 0215539 | |
| HPDE 0218049 | |
| HPDE 0218819 | |
| HPDE 0219102 | |
| HPDE 0219132 | |
| HPDE 0219138 | |
| HPDE 0219144 | |
| HPDE 0222401 | |
| HPDE 0222519 | |
| HPDE 0222664 | |

| | |
|---|---|
| HPDE 0244111 | |
| HPDE 0278684 | |
| HPDE 0280347 | |
| HPDE 0280440 | |
| HPDE 0280448 | |
| HPDE 0283975 | |
| HPDE 0284234 | |
| HPDE 0284236 | |
| HPDE 0284238 | |
| HPDE 0284240 | |
| HPDE 0284357 | |
| HPDE 0286919 | |
| HPDE 0286969 | |
| HPDE 0286989 | |
| HPDE 0287185 | |
| HPDE 0288142 | |
| HPDE 0289763 | |
| HPDE 0291699 | |
| HPDE 0291704 | |
| HPDE 0291877 | |
| HPDE 0299930 | |
| HPDE 0300705 | |
| HPDE 0301306 | |
| HPDE 0301311 | |
| HPDE 0305233 | |
| HPDE 2125878 | |
| HPPOL 0042162 | |
| HPPOL 0044195 | |
| HPPOL 0045031 | |
| HPPOL 0045951 | |
| HPPOL 0045978 | |
| HPPOL 0046007 | |
| HPPOL 0050242 | |
| HPPOL 0050263 | |
| HPPOL 0050965 | |
| HPPOL 0051135 | |
| HPPOL 0051155 | |
| HPPOL 0051167 | |
| HPPOL 0051171 | |
| HPPOL 0051177 | |
| HPPOL 0051201 | |
| HPPOL 0051204 | |
| HPPOL 0051227 | |
| HPPOL 0051231 | |
| HPPOL 0051318 | |

| | |
|---|---|
| HPPOL 0080193 | |
| HPPOL 0081167 | |
| HPPOL 0136704 | |
| HPPOL 0144141 | |
| HPPOL 0145086 | |
| HPPOL 0145122 | |
| HPPOL 0148810 | |
| HPPOL 0148817 | |
| HPPOL 0149449 | |
| HPPOL 0150424 | |
| HPPOL 0150606 | |
| HPPOL 0150614 | |
| HPPOL 0152204 | |
| HPPOL 0152276 | |
| HPPOL 0152281 | |
| HPPOL 0152292 | |
| HPPOL 0152298 | |
| HPPOL 0153570 | |
| HPPOL 0153733 | |
| HPPOL 0153846 | |
| HPPOL 0162164 | |
| HPPOL 0162174 | |
| HPPOL 0162189 | |
| HPPOL 0162203 | |
| HPPOL 0163802 | |
| HPPOL 0164192 | |
| HPPOL 0165621 | |
| HPPOL 0167271 | |
| HPPOL 0171241 | |
| HPPOL 0201404 | |
| HPPOL 0201812 | |
| HPPOL 0202864 | |
| HPPOL 0202869 | |
| HPPOL 0211405 | |
| HPPOL 0211598 | |
| HPPOL 0211777 | |
| HPPOL 0211965 | |
| HPPOL 0212114 | |
| HPPOL 0212163 | |
| HPPOL 0212196 | |
| HPPOL 0214200 | |
| HPPOL 0214214 | |
| HPPOL 0214259 | |
| HPPOL 0215694 | |
| HPPOL 0215872 | |

| | |
|---|---|
| HPPOL 0220051 | |
| HPPOL 0220053 | |
| HPPOL 0220055 | |
| HPPOL 0220058 | |
| HPPOL 0220061 | |
| HPPOL 0220064 | |
| HPPOL 0220067 | |
| HPPOL 0220081 | |
| HPPOL 0221820 | |
| HPPOL 0223690 | |
| HPPOL 0224284 | |
| HPPOL 0226288 | |
| HPPOL 0235597 | |
| HPPOL 0235849 | |
| HPPOL 0236252 | |
| HPPOL 0236384 | |
| HPPOL 0236387 | |
| HPPOL 0236394 | |
| HPPOL 0238302 | |
| HPPOL 0238326 | |
| HPPOL 0242758 | |
| HPPOL 0256967 | |
| HPPOL 0258758 | |
| HPPOL 0260109 | |
| HPPOL 0260212 | |
| HPPOL 0260912 | |
| HPPOL 0260945 | |
| HPPOL 0260949 | |
| HPPOL 0262332 | |
| HPPOL 0262340 | |
| HPPOL 0263164 | |
| HPPOL 0263295 | |
| HPPOL 0264131 | |
| HPPOL 0275919 | |
| HPPOL 0292133 | |
| HPPOL 0292155 | |
| HPPOL 0292162 | |
| HPPOL 0292197 | |
| HPPOL 0309288 | |
| HPPOL 0309430 | |
| HPPOL 0309566 | |
| HPPOL 0309568 | |
| HPPOL 0309571 | |
| HPPOL 0309575 | |
| HPPOL 0309580 | |

| | |
|---|---|
| HPPOL 0309584 | |
| HPPOL 0309589 | |
| HPPOL 0337950 | |
| HPPOL 0337951 | |
| HPPOL 0337953 | |
| HPPOL 0338023 | |
| HPPOL 0341083 | |
| HPPOL 0341092 | |
| HPPOL 0341254 | |
| HPPOL 0341325 | |
| HPPOL 0341327 | |
| HPPOL 0341349 | |
| HPPOL 0341378 | |
| HPPOL 0341380 | |
| HPPOL 0341404 | |
| HPPOL 0341430 | |
| HPPOL 0341903 | |
| HPPOL 0342357 | |
| HPPOL 0342364 | |
| HPPOL 0344810 | |
| HPPOL 0345031 | |
| HPPOL 0345185 | |
| HPPOL 0345189 | |
| HPPOL 0345225 | |
| HPPOL 0346238 | |
| HPPOL 0346242 | |
| HPPOL 0346255 | |
| HPPOL 0346258 | |
| HPPOL 0347441 | |
| HPPOL 0349786 | |
| HPPOL 0351385 | |
| HPPOL 0352596 | |
| HPPOL 0352628 | |
| HPPOL 0352656 | |
| HPPOL 0354376 | |
| HPPOL 0356236 | |
| HPPOL 0357461 | |
| HPPOL 0357487 | |
| HPPOL 0357496 | |
| HPPOL 0357515 | |
| HPPOL 0357517 | |
| HPPOL 0357698 | |
| HPPOL 0358375 | |
| HPPOL 0359194 | |
| HPPOL 0360046 | |

| | |
|---|---|
| HPPOL 0360871 | |
| HPPOL 0361101 | |
| HPPOL 0361295 | |
| HPPOL 0368546 | |
| HPPOL 0372458 | |
| HPPOL 0372584 | |
| HPPOL 0377913 | |
| HPPOL 0377950 | |
| HPPOL 0377951 | |
| HPPOL 0379246 | |
| HPPOL 0379298 | |
| HPPOL 0382109 | |
| HPPOL 0382110 | |
| HPPOL 0382113 | |
| HPPOL 0382413 | |
| HPPOL 0382418 | |
| HPPOL 0382424 | |
| HPPOL 0382449 | |
| HPPOL 0382451 | |
| HPPOL 0382453 | |
| HPPOL 0382505 | |
| HPPOL 0382527 | |
| HPPOL 0382531 | |
| HPPOL 0382535 | |
| HPPOL 0382538 | |
| HPPOL 0382542 | |
| HPPOL 0382546 | |
| HPPOL 0382549 | |
| HPPOL 0382561 | |
| HPPOL 0382786 | |
| HPPOL 0382790 | |
| HPPOL 0383346 | |
| HPPOL 0383406 | |
| HPPOL 0383410 | |
| HPPOL 0383598 | |
| HPPOL 0383647 | |
| HPPOL 0383653 | |
| HPPOL 0383678 | |
| HPPOL 0383699 | |
| HPPOL 0383704 | |
| HPPOL 0383743 | |
| HPPOL 0386686 | |
| HPPOL 0416155 | |
| HPPOL 0416251 | |
| HPPOL 0416375 | |

| | |
|---|---|
| HPPOL 0416797 | |
| HPPOL 0417102 | |
| HPPOL 0417105 | |
| HPPOL 0417108 | |
| HPPOL 0417139 | |
| HPPOL 0417182 | |
| HPPOL 0417183 | |
| HPPOL 0417414 | |
| HPPOL 0417724 | |
| HPPOL 0417833 | |
| HPPOL 0417845 | |
| HPPOL 0418016 | |
| HPPOL 0418037 | |
| HPPOL 0418206 | |
| HPPOL 0418211 | |
| HPPOL 0418216 | |
| HPPOL 0418540 | |
| HPPOL 0418550 | |
| HPPOL 0418569 | |
| HPPOL 0419031 | |
| HPPOL 0419034 | |
| HPPOL 0419044 | |
| HPPOL 0419048 | |
| HPPOL 0419054 | |
| HPPOL 0419058 | |
| HPPOL 0419062 | |
| HPPOL 0419065 | |
| HPPOL 0419070 | |
| HPPOL 0419320 | |
| HPPOL 0420953 | |
| HPPOL 0420956 | |
| HPPOL 0420998 | |
| HPPOL 0421009 | |
| HPPOL 0421128 | |
| HPPOL 0421336 | |
| HPPOL 0425094 | |
| HPPOL 0425254 | |
| HPPOL 0425262 | |
| HPPOL 0425492 | |
| HPPOL 0425536 | |
| HPPOL 0425572 | |
| HPPOL 0425788 | |
| HPPOL 0425812 | |
| HPPOL 0425824 | |
| HPPOL 0425833 | |

| | |
|---|---|
| HPPOL 0433718 | |
| HPPOL 0436939 | |
| HPPOL 0505055 | |
| HPPOL 0633267 | |
| HPPOL 0634243 | |
| HPPOL 0634246 | |

# EXHIBIT J

# REDACTED IN ITS ENTIRETY

# Exhibit K

**From:**   Winston, Daniel C.
**Sent:**   Wednesday, June 25, 2008 2:35 PM
**To:**   'David Higer'; 'Courtney Holohan'
**Cc:**   'Courtney Holohan'
**Subject:** Polaroid v HP: Trial Witness Depositions

Dave and Courtney:

   We would like to start scheduling depositions of any undeposed witnesses disclosed on our trial witness lists, particularly given the likelihood of vacations in July.

   We will make available any or all of the undeposed fact witnesses on our lists, including Rusty Bailey, Paul Frederickson (only as to any fact witness testimony based on his work at HP outside his expert report), Chris Hayes, Juli Lee, Jim Ruder and Paul Ruiz.  In addition, to the extent you wish to depose a significant number of these witnesses, we would be willing to discuss reasonably extending the 20-hour total time limit for these additional depositions.  Please let me know which if any of these depositions you wish to take, and generally when, and I will check the witnesses' and our availability.

   We would like to take the deposition of Thomas Beaudoin, who appears to be the only undeposed fact witness on your list to date.  Due to scheduling conflicts on our end, we would need to take this deposition in late July.  The proposed date for this deposition is July 25, or otherwise July 22 or 23.  Presuming Mr. Beaudoin lives in Boston based on his position at Polaroid in Waltham, the location for the deposition would be here at Choate in Boston.

   I understand that there could be additional, undeposed witnessed disclosed in the final lists on June 30, and if so we can deal with those then.

   Please let me know.  Thanks.

Dan

Daniel C. Winston

CHOATE

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617-248-4049
f 617-248-4000
dwinston@choate.com
www.choate.com

# Exhibit L

**From:** Courtney Holohan [mailto:cholohan@kirkland.com]
**Sent:** Thursday, June 26, 2008 12:18 PM
**To:** Winston, Daniel C.
**Subject:** Re: Polaroid v HP: Trial Witness Depositions

Dear Dan:

Thank you for your June 25, 2008 email.

We would like to take the deposition of Rusty Bailey who was previously disclosed by HP.  Please let us know if July 17 works for his deposition, and in what city that deposition will occur.  If that date does not work, please let us know what dates do work.

HP did not disclose the other witnesses you list below during discovery and they are a subject of our pending motion to preclude.  Your offer of their depositions does not cure the prejudice to Polaroid from HP's failure to disclose these witnesses during discovery, and the depositions are not allowed under the Court's Order, paragraph 3(f), permitting depositions of witnesses previously disclosed during discovery.

We are endeavoring to get dates of availability for Mr. Beaudoin's deposition for you.


Best regards,

Courtney

G. Courtney Holohan
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL  60601
Phone:  312-861-3027
Fax:  312-861-2200


"Winston, Daniel C." <dwinston@choate.com>

7/9/2008

06/25/2008 01:35 PM

To "David Higer" <dhiger@kirkland.com>, "Courtney Holohan"
    <cholohan@kirkland.com>
cc "Courtney Holohan" <cholohan@kirkland.com>
Subject Polaroid v HP:  Trial Witness Depositions

Dave and Courtney:

   We would like to start scheduling depositions of any undeposed witnesses disclosed on our trial witness lists, particularly given the likelihood of vacations in July.

   We will make available any or all of the undeposed fact witnesses on our lists, including Rusty Bailey, Paul Frederickson (only as to any fact witness testimony based on his work at HP outside his expert report), Chris Hayes, Juli Lee, Jim Ruder and Paul Ruiz.  In addition, to the extent you wish to depose a significant number of these witnesses, we would be willing to discuss reasonably extending the 20-hour total time limit for these additional depositions.  Please let me know which if any of these depositions you wish to take, and generally when, and I will check the witnesses' and our availability.

   We would like to take the deposition of Thomas Beaudoin, who appears to be the only undeposed fact witness on your list to date.  Due to scheduling conflicts on our end, we would need to take this deposition in late July.  The proposed date for this deposition is July 25, or otherwise July 22 or 23.  Presuming Mr. Beaudoin lives in Boston based on his position at Polaroid in Waltham, the location for the deposition would be here at Choate in Boston.

   I understand that there could be additional, undeposed witnessed disclosed in the final lists on June 30, and if so we can deal with those then.

   Please let me know.  Thanks.

Dan

Daniel C. Winston

CHOATE

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617-248-4049
f 617-248-4000
dwinston@choate.com
www.choate.com

_____

Confidentiality Statement:

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP.  The substance of this message, along with any attachments, may be confidential and legally privileged.  If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

7/9/2008

Under regulations of the Treasury Department, we are required to include the following statement in this message: Any advice contained herein (or in any attachment hereto) regarding federal tax matters was not intended or written by the sender to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

```
*********************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*********************************************************
```

# Exhibit M

**From:** Winston, Daniel C.
**Sent:** Tuesday, July 01, 2008 12:47 PM
**To:** 'Courtney Holohan'
**Subject:** FW: Polaroid v HP: Trial Witness Depositions

Courtney:

    Is Polaroid opting not to take the offered fact depositions of Paul Frederickson, Chris Hayes, Juli Lee, Jim Ruder and Paul Ruiz?  Please let me know for their scheduling purposes.  Thanks.

Dan

---

**From:** Courtney Holohan [mailto:cholohan@kirkland.com]
**Sent:** Thursday, June 26, 2008 12:18 PM
**To:** Winston, Daniel C.
**Subject:** Re: Polaroid v HP: Trial Witness Depositions


Dear Dan:

Thank you for your June 25, 2008 email.

We would like to take the deposition of Rusty Bailey who was previously disclosed by HP.  Please let us know if July 17 works for his deposition, and in what city that deposition will occur.  If that date does not work, please let us know what dates do work.

HP did not disclose the other witnesses you list below during discovery and they are a subject of our pending motion to preclude.  Your offer of their depositions does not cure the prejudice to Polaroid from HP's failure to disclose these witnesses during discovery, and the depositions are not allowed under the Court's Order, paragraph 3(f), permitting depositions of witnesses previously disclosed during discovery.

We are endeavoring to get dates of availability for Mr. Beaudoin's deposition for you.


Best regards,

Courtney

G. Courtney Holohan


7/9/2008

Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL  60601
Phone:  312-861-3027
Fax:  312-861-2200

**"Winston, Daniel C." <dwinston@choate.com>**

06/25/2008 01:35 PM

To "David Higer" <dhiger@kirkland.com>, "Courtney Holohan"
<cholohan@kirkland.com>

CC "Courtney Holohan" <cholohan@kirkland.com>

Subject Polaroid v HP:  Trial Witness Depositions

Dave and Courtney:

   We would like to start scheduling depositions of any undeposed witnesses disclosed on our trial witness lists, particularly given the likelihood of vacations in July.

   We will make available any or all of the undeposed fact witnesses on our lists, including Rusty Bailey, Paul Frederickson (only as to any fact witness testimony based on his work at HP outside his expert report), Chris Hayes, Juli Lee, Jim Ruder and Paul Ruiz.  In addition, to the extent you wish to depose a significant number of these witnesses, we would be willing to discuss reasonably extending the 20-hour total time limit for these additional depositions.  Please let me know which if any of these depositions you wish to take, and generally when, and I will check the witnesses' and our availability.

   We would like to take the deposition of Thomas Beaudoin, who appears to be the only undeposed fact witness on your list to date.  Due to scheduling conflicts on our end, we would need to take this deposition in late July.  The proposed date for this deposition is July 25, or otherwise July 22 or 23.  Presuming Mr. Beaudoin lives in Boston based on his position at Polaroid in Waltham, the location for the deposition would be here at Choate in Boston.

   I understand that there could be additional, undeposed witnessed disclosed in the final lists on June 30, and if so we can deal with those then.

   Please let me know.  Thanks.

Dan

Daniel C. Winston

C·H·O·A·T·E

Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
t 617-248-4049
f 617-248-4000
dwinston@choate.com
www.choate.com

7/9/2008

Confidentiality Statement:

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP. The substance of this message, along with any attachments, may be confidential and legally privileged. If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

Under regulations of the Treasury Department, we are required to include the following statement in this message: Any advice contained herein (or in any attachment hereto) regarding federal tax matters was not intended or written by the sender to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

```
*************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
*************************************************************
```

# Exhibit N

# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

David W. Higer
To Call Writer Directly:
312 469-7029
dhiger@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200
Dir. Fax: 312 861-2200

July 2, 2008

**VIA EMAIL**

Matthew C. Bernstein, Esq.
Mintz Levin Cohn Ferris Glovsky and Popeo PC
5355 Mira Sorrento Place, Suite 600
San Diego, CA 92121-3039

Daniel C. Winston, Esq.
Choate, Hall & Stewart
Two International Place
Boston, MA 02110

Re:    *Polaroid Corporation v. Hewlett Packard Company*
       USDC-D. Del.-C.A. No. 06-738 (SLR)

Dear Messrs. Bernstein and Winston:

I write in response to Mr. Bernstein's June 30, 2008 letter regarding the scope of Rusty Bailey's testimony and Mr. Winston's July 1, 2008 e-mail regarding the depositions of witnesses previously undisclosed during discovery. HP did not disclose Mr. Bailey as a witness during discovery for anything other than as a 30(b)(6) witness on the marketing, advertisement, and promotion of HP camera products identified in HP's response to Polaroid's Interrogatory No. 15 and the process by which HP determined what features to include in HP camera products identified in HP's response to Polaroid's Interrogatory No. 15. HP did not disclose Paul Frederickson, Chris Hayes, Juli Lee, Jim Ruder and Paul Ruiz during discovery, and they are the subject of our pending motion to preclude.

At this time, depositions of these witnesses (other than for Mr. Bailey's previously disclosed 30(b)(6) testimony) is not allowed under the Court's Order, paragraph 3(f).

Even if depositions of previously undisclosed witnesses were allowed, depositions will not cure the prejudice to Polaroid from HP's failure to disclose these witnesses or the full scope of their trial testimony during discovery.

Accordingly, Polaroid objects to your indication that Mr. Bailey may testify on topics beyond those for which he was disclosed as a 30(b)(6) witness during discovery or that Paul Frederickson, Chris Hayes, Juli Lee, Jim Ruder and Paul Ruiz may testify at all.

Matthew C. Bernstein, Esq.
Daniel C. Winston, Esq.
July 2, 2008
Page 2

Very truly yours,

David W. Niger

DWH

cc:     Jack B. Blumenfeld, Esq.

# Exhibit O

# CHOATE

CHOATE HALL & STEWART LLP

Daniel C. Winston
t 617-248-4049
f 617-502-4049
dwinston@choate.com

July 3, 2008

**VIA EMAIL**

David W. Higer Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

Re:    Polaroid Corporation v. Hewlett Packard Company
       USDC-D. Del.-C.A. No. 06-738 (SLR)

Dear Mr. Higer:

I write in response to your letter to me and Matt Bernstein dated July 2, 2008, in which you object to HP's identification of Rusty Bailey, Paul Frederickson, Chris Hayes, Juli Lee, Jim Ruder and Paul Ruiz as potential fact witnesses at trial.  Your objection is based upon several incorrect premises.

First, Paul Frederickson and Juli Lee were each disclosed in HP's initial disclosures dated May 22, 2007, as well as in HP's supplemental disclosures dated March 18, 2008.

Second, all six witnesses were disclosed during discovery in numerous ways, in various capacities, regardless of formal listing in initial disclosures.  Thus, all six witnesses were properly listed by HP on its disclosure of fact witnesses dated June 9, 2008.

Third, all six of these witnesses were listed by HP as potential rebuttal witnesses on HP's disclosure of rebuttal fact witnesses dated June 30, 2008.  There is no requirement in the Court's Order that rebuttal fact witnesses have been disclosed during discovery.

Finally, HP does not agree that depositions of these witnesses are in any way precluded. Polaroid is free to proceed as it wishes, consistent with the procedure provided for this purpose in paragraph 3(f) of the Court's Order.

All six of these witnesses are available for deposition by Polaroid during the month of July, 2008.  Polaroid declines that opportunity at its option.

I will be out of the office next week, so if you wish to arrange for depositions please contact my partner, Bob Frank, directly next week.  Since we need to determine for these witnesses'

David W. Higer, Esq.
July 3, 2008
Page 2

scheduling purposes whether they will be deposed this month, we will assume if you do not contact us by close of business next Tuesday, July 8, 2008, that you have chosen not to take the opportunity to depose them.

Sincerely,

Daniel C. Winston

DCW/kmm

cc:    Robert S. Frank, Jr., Esq.
       Matthew C. Bernstein, Esq.

4348412v1

# Exhibit P

# KIRKLAND & ELLIS LLP
### AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois  60601

David W. Higer
To Call Writer Directly:
312 469-7029
dhiger@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200
Dir. Fax: 312 861-2200

July 7, 2008

**VIA EMAIL**

Daniel C. Winston, Esq.
Choate, Hall & Stewart
Two International Place
Boston, MA 02110

Re:    *Polaroid Corporation v. Hewlett Packard Company*
          USDC-D. Del.-C.A. No. 06-738 (SLR)

Dear Mr. Winston:

I write in response to your July 3, 2008 letter.  As we have stated in our prior correspondence, *see, e.g.,*  July 2, 2008 Higer Ltr. to Bernstein and Winston, HP did not disclose numerous witnesses (or the scope of testimony) during discovery.  Certain of these witnesses are the subject of Polaroid's motion to preclude.  *Id.*  Depositions of undisclosed witnesses are not permitted or authorized under the Court's Order, paragraph 3(f).  We will not be taking any depositions not authorized by Court Order.  Thus, we will not take the depositions of Paul Frederickson, Chris Hayes, Juli Lee, Jim Ruder and Paul Ruiz.

Very truly yours,

David W. Higer

DWH

cc:    Jack B. Blumenfeld, Esq.