IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| POLAROID CORPORATION,<br><br>    Plaintiff and Counterclaim-Defendant,<br><br>    v.<br><br>HEWLETT-PACKARD COMPANY,<br><br>    Defendant and Counterclaim-Plaintiff. | C.A. No. 06-738 (SLR) |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on July 28, 2008, a true and correct copy of *Defendant Hewlett-Packard Company's Fourth Supplemental Response to Polaroid's First Set of Interrogatories (No. 15)* was caused to be served on the counsel of record as indicated below:

| | |
|---|---|
| **_Via Email_**<br>Jack B. Blumenfeld (#1014)<br>Julie Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone:  302-658-9200<br>Fax:  302-658-3989<br>Email:  jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |
| **_Via Email_**<br>Russell E. Levine, P.C.<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone:  312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com; ggerst@kirkland.com;<br>mskinner@kirkland.com; dhiger@kirkland.com;<br>mmeginnes@kirkland.com; cholohan@kirkland.com;<br>cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

*Courtesy Copy Via Overnight Mail*
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

Dated:  August 4, 2008

FISH & RICHARDSON P.C.

By:  */s/ William J. Marsden, Jr.*
    William J. Marsden, Jr. (#2247)
    Raymond N. Scott, Jr. (#4949)
    919 N. Market Street, Suite 1100
    Wilmington, DE  19801
    Telephone:  (302) 652-5070
    Facsimile:   (302) 652-0607
    Email:  marsden@fr.com

    Robert S. Frank, Jr.
    Daniel C. Winston
    CHOATE HALL & STEWART, LLP
    Two International Place
    Boston, MA 02110
    Telephone:  (617) 248-5000
    Facsimile:  (617) 248-4000
    Email:  dwinston@choate.com

    John E. Giust
    Matthew C. Bernstein
    MINTZ, LEVIN, COHN, FERRIS,
       GLOVSKY AND POPEO PC
    3580 Carmel Mountain Road, Suite 300
    San Diego, CA 92130
    Tel.: (858) 314-1500
    Fax: (858) 314-1501
    Email:  JGiust@mintz.com
          MBernstein@mintz.com

*Attorneys for Defendant and Counterclaim-Plaintiff
Hewlett-Packard Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 4, 2008, I electronically filed with the Clerk of Court the foregoing **NOTICE OF SERVICE** using CM/ECF which will send electronic notification of such filing(s) to the following counsel:

| | |
|---|---|
| ***Via Email***<br>Jack B. Blumenfeld (#1014)<br>Julia Heaney (#3052)<br>Morris, Nichols, Arsht & Tunnell, LLP<br>1201 North Market Street<br>Wilmington, DE 19899-1347<br>Phone:  302-658-9200<br>Fax:  302-658-3989<br>Emails:  jblumenfeld@mnat.com; jheaney@mnat.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

In addition, service will be made on the following counsel of record as indicated:

| | |
|---|---|
| ***Via Email***<br>Russell E. Levine, P.C.<br>Michelle W. Skinner/David W. Higer<br>Maria A. Meginnes/Courtney Holohan/C. Beasley<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>Phone:  312-861-2000<br>Fax:  312-861-2200<br>Emails:  rlevine@kirkland.com; ggerst@kirkland.com; mskinner@kirkland.com; dhiger@kirkland.com; mmeginnes@kirkland.com; mmeginnes@kirkland.com; cbeasley@kirkland.com | Attorneys for Plaintiff and Counterclaim-Defendant Polaroid Corporation |

***Courtesy Copy Via Federal Express***
Michelle W. Skinner
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601
Phone:  312-861-2000
Fax:  312-861-2200

                                                                          /s/ *William J. Marsden, Jr.*
                                                                          William J. Marsden, Jr.

80045166.doc